EXHIBIT A

# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## C.C.E., INC. v. ACUITY, a Mutual Insurance Company

| | |
|---|---|
| Case Number | 22C01-1712-PL-001770 |
| Court | Floyd Circuit Court |
| Type | PL - Civil Plenary |
| Filed | 12/21/2017 |
| Status | 12/21/2017 , Pending (active) |

## Parties to the Case

Defendant ACUITY, a Mutual Insurance Company

Address 2800 S. TAYLOR DRIVE
SHEBOYGAN, WI 53081-8474

Plaintiff C.C.E., INC.

Address 211 BUSCH PLACE
NEW ALBANY, IN 47150

Attorney Robert Graham Bottorff
*#2410149, Retained*

705 E. Court Avenue
Jeffersonville, IN 47130
812-914-7100(W)

## Chronological Case Summary

12/21/2017 **Case Opened as a New Filing**

12/21/2017 **Complaint/Equivalent Pleading Filed**

COMPLAINT

Filed By: C.C.E., INC.
File Stamp: 12/21/2017

12/21/2017 **Appearance Filed**

APPEARANCE

For Party: C.C.E., INC.
File Stamp: 12/21/2017

12/21/2017 **Subpoena/Summons Filed**

Summons Acuity - cert mail

Filed By: C.C.E., INC.
File Stamp: 12/21/2017

12/21/2017 **Subpoena/Summons Filed**

Summons Assured - cert mail

Filed By: C.C.E., INC.
File Stamp: 12/21/2017

12/21/2017 **Summons**
Requested By:
C.C.E., INC.

Parties:
ACUITY, a Mutual Insurance Company
Status: Unserved
Anticipated Method: Registered or Certified Mail

12/21/2017 **Summons**
Requested By:
C.C.E., INC.

Parties:
ASSURED NL INSURANCE SERVICES, INC.
Status: Unserved
Anticipated Method: Registered or Certified Mail

12/21/2017 **Document Filed**
EXHIBIT A TO COMPLAINT
Filed By: C.C.E., INC.
File Stamp: 12/21/2017

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**C.C.E., INC.**
Plaintiff

Balance Due (as of 01/18/2018)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/21/2017 | Transaction Assessment | 157.00 |
| 12/21/2017 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

22C01-1712-PL-001770
Floyd Circuit Court

Filed: 12/21/2017 1:17 PM
Christy Eurton
Clerk
Floyd County, Indiana

**IN THE FLOYD COUNTY CIRCUIT COURT**

**STATE OF INDIANA**

| | | |
|---|---|---|
| C.C.E., INC., Plaintiff, | ( | |
| v. | ( | CASE NO.: 22C01-1712-PL-__________ |
| ACUITY, a Mutual Insurance Company, | ( | |
| and | ( | |
| ASSURED NL INSURANCE SERVICES, INC., | ( | |
| Defendants. | ( | |

**COMPLAINT**

Come now the plaintiff, C.C.E., Inc. (hereinafter "CCE"), by counsel, Robert G. Bottorff II, of the law firm **BOB BOTTORFF LAW PC**, and for CCE's Complaint, states as follows:

***The Parties***

1. The plaintiff, CCE, has at all relevant times been a for-profit, domestic Indiana corporation, duly organized under the laws of the State of Indiana.

2. The defendant, Acuity, a Mutual Insurance Company, is licensed to do business in the State of Indiana.

3. Assured NL Insurance Services, Inc. is a for-profit, domestic Indiana corporation, duly organized under the laws of the State of Indiana (hereinafter, collectively with Mutual Insurance Company, the "Defendants").

***Count 1—Breach of Contract***

4. CCE is the owner of certain structures, located at the commonly known address of 211 Busch Place, New Albany, Floyd County, Indiana (hereinafter the "Subject Property").

5. The Subject Property was insured by certain policies issued by the Defendants, a true and correct copy of which policy is attached hereto as **Exhibit "A"** (hereinafter the "Policy").

6. The Policy is a valid contract supported by substantial consideration, which amounts have been fully and timely paid by CCE, and which amounts were unconditionally accepted by the Defendants.

7. The Subject Property was damaged by a weather event that occurred on December 23, 2015.

8. The damage caused to the Subject Property was a loss, covered under the terms of the Policy.

9. The occurrence of this loss triggered a duty on the part of the Defendants to pay monies to CCE in order to cover the loss.

10. The Defendants were timely notified of the loss that occurred.

11. Since that time, the Defendants have failed and refused to pay out any amount(s) to for the damage caused by the weather event to the Subject Property.

12. The Defendants failure to do so amounts to a breach of contract, which breach has proximately and directly resulted in damages to CCE.

13. CCE's damages include (but are not limited to) the cost of repair of the damages to the Subject Property (including the Subject Property roof, any other exterior portion thereof, any interior portion(s) of the structure, and any personal property or trade-fixtures that have been subsequently damaged as a result of the weather event and the Defendants refusal to pay amounts due to fix the original damage to the Subject Property), clean up costs, consequential damages, expenses incurred by CCE, contractual damages, attorney's fees, and any other compensatory damages allowable under Indiana law.

***Count 2--Negligence***

14. Plaintiff hereby incorporates each and every material allegation set out hereinabove as if fully set forth herein.

15. The Defendants, independently and through their agent(s), negligently failed to procure, provide, and/or maintain insurance for CCE which was sufficient to cover the loss and/or losses at issue herein.

16. The Defendants, independently and through their agent(s), had a duty to so procure, provide, and/or maintain such insurance for CCE.

17. The Defendants failure to do so, amounts to a breach of the Defendants' duty to CCE.

18. This breach of duty is a proximate and direct cause of the damages suffered by CCE.

WHEREFORE, C.C.E., Inc., prays the court award it the following relief:

A. A judgment in an amount sufficient to compensate CCE for all damages it suffered, including (but are not limited to) the cost of repair of the damages to the Subject Property (including the Subject Property roof, any other exterior portion thereof, any interior portion(s) of the structure, and any personal property or trade-fixtures that have been subsequently damaged as a result of the weather event and the Defendants refusal to pay amounts due to fix the original damage to the Subject Property), clean up costs, consequential damages, expenses incurred by CCE, contractual damages, attorney's fees, and any other compensatory damages allowable under Indiana law.

B. Any other relief to which CCE is entitled under Indiana law.

**REQUEST FOR TRIAL BY JURY**

WHEREFORE, the plaintiff, C.C.E., Inc., by counsel, requests this matter be tried before a Jury in the disposition of all claims herein.

Robert G. Bottorff II
Robert G. Bottorff II, #24101-49
**BOB BOTTORFF LAW PC**
705 East Court Avenue
Jeffersonville, Indiana 47130-3907
Phone: (812) 914-7100
Fax: (812) 924-7673
Email: notice@bettercallbob.org
*Attorney for Plaintiff*

Filed: 12/21/2017 2:26 PM
Floyd County Circuit Court
Floyd County, Indiana




**SPECIALIZING IN EXCAVATION**

**COMMON POLICY DECLARATIONS**

First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

6703-BA (812)941-4110
ASSURED NL INSURANCE AGENCY INC
STE 205
2325 GREEN VALLEY RD
NEW ALBANY IN 47150

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

**COVERAGE**

Your coverage consists of the following lines of insurance for which a premium is indicated. This premium may be subject to adjustment.

| Line | | Premium |
|---|---|---|
| **Property** | $ | 4,288.00 |
| **General Liability** | | 8,394.00 |
| **Automobile** | | 59,029.00 |
| **Garage** | | |
| **Inland Marine** | | 8,361.00 |
| **Crime** | | |
| **Excess Liability** | | 7,962.00 |
| **Workers' Compensation** | | |
| **Bis-Pak** | | |
| **Total Advance Premium** | **$** | **88,034.00** |

Secretary

President




# Terrorism Premium Information
## Indiana

The premium for terrorism coverage, *as defined in Section 102(1) of the Act*, is based on the premiums for each coverage part included in your policy that qualifies for coverage under the Terrorism Risk Insurance Act, and the location of any property covered under the policy. Refer to the attached Policyholder Disclosure Notice of Terrorism Insurance Coverage for a description of applicable provisions in the Act.

| If your *ACUITY* policy contains the following coverage part: | The premium charge for terrorism insurance if you **accept** coverage under the Act is: |
|---|---|
| • Bis-Pak - Property Portion of Your Premium | • 4.5% of the property premium applying in Marion County<br>• 3% of the property premium for all other locations |
| • Bis-Pak - Liability Portion of Your Premium | • 1% of the liability premium applying to your policy |
| • Commercial Property and Commercial Inland Marine Coverage Parts | • 4.5% of the premium applying in Marion County<br>• 3% of the premium for all other locations |
| • Commercial General Liability and Commercial Excess Liability Coverage Parts | • 1% of the premium applying to each of the coverage parts |
| • Workers' Compensation * | • The premium charge is $.01 for each $100 of payroll for all classes. |

* Workers' Compensation coverage automatically applies to loss caused by terrorism. You are **not** permitted to reject this coverage.




# COMMERCIAL PROPERTY COVERAGE PART

## Renewal Declarations

First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

### COVERAGES PROVIDED AND COVERAGE PREMIUMS

Coverage is provided where a Limit of Insurance is shown.

| Coverage Item | Premises Number | Building Number | Limit of Insurance | Covered Causes of Loss | Coinsurance Percentage | Premium |
|---|---|---|---|---|---|---|
| Building | 001 | 001 | $ 56,810 | Special | 80% | $ 805.00 |
| Building | 005 | 001 | 643,971 | Special | 80% | 1,558.00 |
| Your Business Personal Property | 005 | 001 | 80,000 | Special | 80% | 418.00 |
| Valuable Papers and Records - (Other Than Electronic Data) | 005 | 001 | 10,000 | Special | | |
| Building | 006 | 001 | 106,000 | Special | 80% | 398.00 |
| Building | 006 | 002 | 31,800 | Special | 80% | 127.00 |
| Building | 008 | 001 | 73,034 | Special | 80% | 291.00 |
| Building | 008 | 002 | 31,800 | Special | 80% | 127.00 |

**Total Property Coverage Premium** ........................................$ **3,724.00**

### COVERAGE FORMS AND ENDORSEMENT PREMIUMS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| CP-0090F (07-88) | Commercial Property Conditions ................................$ | |
| CP-7078 (11-13) | Equipment Breakdown Coverage ................................ | 452.00 |
| IL-0017F (11-98) | Common Policy Conditions ................................ | |
| CP-0152R (07-96) | Indiana Changes - Rights of Recovery ........................... | |
| IL-0156F (07-89) | Indiana Changes - Concealment, Misrepresentation or Fraud .......... | |
| IL-7015 (03-14) | Indiana Changes - Cancellation and Nonrenewal .................. | |
| CP-1030F (09-14) | Causes of Loss - Special Form ................................ | |

## MUTUAL POLICY CONDITIONS

Every person, co-partnership or corporation insured by the company shall be a member of it and shall have one vote. The annual meeting of the members shall be held on the first Tuesday in March at 1:30 P.M. of each year, at the corporate headquarters of the company in Sheboygan, Wisconsin. Notice printed in each policy shall be sufficient as to the time and place of said meeting.

The Named Insured, upon termination of this policy, shall participate in the distribution of dividends, if any are declared, and fixed as determined by the directors in accordance with law.

This policy is nonassessable and the liability of the Named Insured to the company is limited to the payment of the premium herein provided.

**Corporate Headquarters Address**

***ACUITY***
**2800 South Taylor Drive**
**PO Box 58**
**Sheboygan, Wisconsin 53082-0058**
**(800) 242-7666**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.
Copyright, ISO Commercial Risk Services, Inc.

Includes copyrighted material of the American Association of Insurance Services with its permission.
Copyright, American Association of Insurance Services

Includes copyrighted material of the National Council on Compensation Insurance with its permission.
Copyright, National Council on Compensation Insurance

Includes copyrighted material of the Pennsylvania Compensation Rating Bureau with its permission.
Copyright, Pennsylvania Compensation Rating Bureau

Policy Number: L96722
Effective Date: 08-30-16

| Form Number | Form Title | Premium |
|---|---|---|
| CP-7096 (09-14) | ACUITY Advantages - Special Contractor | |
| IL-0935F (07-02) | Exclusion of Certain Computer-Related Losses | |
| CP-0140F (07-06) | Exclusion of Loss Due to Virus or Bacteria | |
| IL-7080 (01-15) | Cap on Losses from Certified Acts of Terrorism | 112.00 |
| IL-7082 (01-15) | Disclosure Pursuant to Terrorism Risk Insurance Act | |
| CP-7123 (10-12) | Indiana Changes - Amendment of Definition of Pollutants | |
| CP-0010R (06-07) | Building and Personal Property Coverage Form | |
| IL-0995R (01-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Act) | |
| CP-1218R (06-07) | Loss Payable Provisions | |
| | **Total Endorsement Premium** $ | **564.00** |

**PREMIUM SUMMARY**

| | |
|---|---|
| Total Property Coverage Premium $ | 3,724.00 |
| Total Endorsement Premium | 564.00 |
| **Total Advance Premium $** | **4,288.00** |

**DESCRIPTION OF PREMISES**

| Premises Number | Building Number | Construction, Occupancy and Location |
|---|---|---|
| 001 | 001 | FRAME<br>BUILDING<br>6809 SEVEN MILE LN<br>ELIZABETH IN |
| 005 | 001 | FRAME<br>NEW OFFICE FOR INSURED<br>211 BUSCH PL<br>NEW ALBANY IN |
| 006 | 001 | FRAME<br>BUILDING<br>6258 SEVEN MILE LN<br>NEW ALBANY IN |
| 006 | 002 | FRAME<br>BARN<br>6258 SEVEN MILE LN<br>NEW ALBANY IN |
| 008 | 001 | FRAME<br>HOUSE<br>6523 7 MILE LN<br>NEW ALBANY IN |

Policy Number: L96722
Effective Date: 08-30-16

| Premises Number | Building Number | Construction, Occupancy and Location |
|---|---|---|
| 008 | 002 | FRAME<br>BARN<br>6523 7 MILE LN<br>NEW ALBANY IN |

**MORTGAGE HOLDER NAME AND ADDRESS**

| Premises Number | Building Number | Mortgage Holder | Loan Number |
|---|---|---|---|
| 001 | 001 | YOUR COMMUNITY BANK<br>PO BOX 160<br>FLORENCE AL 35631 | |
| 005 | 001 | YOUR COMMUNITY BANK ISAOA<br>DEPT YCB01<br>PO BOX 160<br>FLORENCE AL 35631 | |

**OPTIONAL COVERAGES INCLUDED**

Applicable only when entries are made in the Schedule below:

| Coverage Item | Premises Number | Building Number | Deductible | Agreed Value Expiration Date | Agreed Value Amount | Inflation Guard Percentage |
|---|---|---|---|---|---|---|
| Building | 001 | 001 | $ 1,000 | | | 6% |
| Building | 005 | 001 | $ 1,000 | | | 6% |
| Your Business Personal Property | 005 | 001 | $ 1,000 | | | |
| Building | 006 | 001 | $ 1,000 | | | 6% |
| Building | 006 | 002 | $ 1,000 | | | 6% |
| Building | 008 | 001 | $ 1,000 | | | 6% |
| Building | 008 | 002 | $ 1,000 | | | 6% |

| Premises Number | Building Number | Replacement Cost Building | Replacement Cost Personal Property | Replacement Cost Including Stock | Business Income Indemnity Monthly Limit | Business Income Indemnity Maximum Period | Business Income Indemnity Extended Period | Business Income Including Rent | Business Income Excluding Rent | Business Income Rental Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | X | | | | | | | | |
| 005 | 001 | X | X | X | | | | | | |

[15] Extension of Replacement Cost to Personal Property of Others Applies

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED includes the following Additional Named Insureds:

CCE MEDIA LLC
EASTRIDGE LLC
SILVER STREET PROPERTY LLC

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within two years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1 above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

2. The coverage territory is:

a. The United States of America (including its territories and possessions);

b. Puerto Rico; and

c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a. Someone insured by this insurance;

b. A business firm:

(1) Owned or controlled by you; or

(2) That owns or controls you; or

c. Your tenant.

This will not restrict your insurance.

## CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in italics have special meaning. Refer to Section G, Definitions.

**A. COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means Risks of Direct Physical Loss unless the loss is:

1. Excluded in Section B, Exclusions; or
2. Limited in Section C, Limitations;

that follow.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

(1) An ordinance or law that is enforced even if the property has not been damaged; or

(2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in b(1) through b(4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

With respect to coverage for Volcanic Action as set forth in (5)(a), (5)(b) and (5)(c), all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (5), is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. *Fungus*, Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of *fungus*, wet or dry rot or bacteria.

But if *fungus*, wet or dry rot or bacteria results in a Covered Cause Of Loss, we will pay for the loss or damage caused by that Covered Cause Of Loss.

This exclusion does not apply:

(1) When *fungus*, wet or dry rot or bacteria results from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For *Fungus*, Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B1a through B1h apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that dam-

ages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in 2d (1) through (7) results in a *specified cause of loss* or building glass breakage, we will pay for the loss or damage caused by that *specified cause of loss* or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k, does not apply:

(a) To the extent that coverage is provided under the additional Coverage - Collapse; or

(b) To collapse caused by one or more of the following:

(i) The *specified causes of loss;*

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of *pollutants* unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the *specified causes of loss*. But if the discharge, dispersal, seepage, migration, release or escape of *pollutants* results in *a specified cause of loss,* we will pay for the loss or damage caused by that *specified cause of loss.*

This exclusion, l, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, 3a through 3c. But if an excluded cause of loss that is listed in 3a through 3c results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1 above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, sitting;

(2) Design, specifications, workmanship, repair, construction, renovations, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income And Extra Expense Coverage Form, Business Income Without Extra Expense Coverage Form Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of *finished stock;* or

(b) The time required to reproduce *finished stock.*

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming *operations,* to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the *suspension* of *operations,* we will cover such loss that affects your Business Income during the *period of restoration* and any extension of the *period of restoration* in accordance with the terms of the Extended Business Income Ad-

ditional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the *period of restoration.*

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph B1a, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B1a, Ordinance or Law;

(b) Paragraph B1c, Governmental Action;

(c) Paragraph B1d, Nuclear Hazard;

(d) Paragraph B1e, Utility Services;

(e) Paragraph B1f, War and Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) Contractual Liability

We will not defend any claim or *suit,* or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) Nuclear Hazard

We will not defend any claim or *suit,* or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. LIMITATIONS**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**e.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the *specified causes of loss* or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders' Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, a through e, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

**e.** $10,000 for building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to building materials and supplies held for sale by you, unless they are insured under the Builders' Risk Coverage Form.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C3, does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. ADDITIONAL COVERAGE COLLAPSE**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in D1 through D7.

**1.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in 2a or 2b;

(2) One or more of the *specified causes of loss;*

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This Additional Coverage - Collapse does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in 2a through 2d, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in 2a through 2d above;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in 4, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph 5 does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage-Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D1 through D7.

**E. ADDITIONAL COVERAGE - LIMITED COVERAGE FOR *FUNGUS*, WET ROT, DRY ROT AND BACTERIA**

1. The coverage described in E2 and E6 only applies when the *fungus*, wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a. A Covered Cause Of Loss other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by *fungus*, wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by *fungus*, wet or dry rot or bacteria, including the cost of

removal of the *fungus*, wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the *fungus*, wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that *fungus*, wet or dry rot or bacteria are present.

3. The coverage described under E2 of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes Of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in *fungus*, wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the *fungus*, wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by *fungus*, wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by *fungus*, wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that *fungus*, wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under paragraph F2 (Water Damage, Other Liquids, Powder or Molten Material Damage) of this Causes of Loss Form or under the Additional Coverage - Collapse.

6. The following 6a or 6b, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the *suspension* of *operations* satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

   a. If the loss which resulted in *fungus*, wet or dry rot or bacteria does not in itself necessitate a *suspension* of *operations*, but such *suspension* is necessary due to loss or damage to property caused by *fungus*, wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered *suspension* of *operations* was caused by loss or damage other than *fungus*, wet or dry rot or bacteria but remediation of *fungus*, wet or dry rot or bacteria prolongs the *period of restoration*, we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the *period of restoration*), but such coverage is limited to 30 days. The days need not be consecutive.

**F. ADDITIONAL COVERAGE EXTENSIONS**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

   (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

   (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

   (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Or Other Liquid, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder

or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, F3, does not increase the Limit of Insurance.

**G. DEFINITIONS**

**1.** *"Fungus"* means any type or form of *fungus,* including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** *"Specified causes of loss"* means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; or water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts) that is located on the described premises and contains water or steam.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Index of Policy Provisions


| | Page |
|---|---|
| **COVERAGE** | 1 |
| Covered Property | 1 |
| Property Not Covered | 1 |
| Covered Causes Of Loss | 2 |
| Additional Coverages | 2 |
| Coverage Extensions | 6 |
| **EXCLUSIONS AND LIMITATIONS** | 8 |
| **LIMITS OF INSURANCE** | 8 |
| **DEDUCTIBLE** | 8 |
| **LOSS CONDITIONS** | 9 |
| Abandonment | 9 |
| Appraisal | 9 |
| Duties In The Event Of Loss Or Damage | 9 |
| Loss Payment | 9 |
| Recovered Property | 10 |
| Vacancy | 10 |
| Valuation | 11 |
| **ADDITIONAL CONDITIONS** | 11 |
| Coinsurance | 11 |
| Mortgageholders | 12 |
| **OPTIONAL COVERAGES** | 13 |
| Agreed Value | 13 |
| Inflation Guard | 13 |
| Replacement Cost | 13 |
| Extension Of Replacement Cost To Personal Property Of Others | 14 |
| **DEFINITIONS** | 14 |

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to Section H, Definitions.

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, A1, and limited in A2, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure; and

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) *Stock;*

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities.

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as *stock* while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement.

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n, does not apply to your *stock* of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers;

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than *stock* of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract *pollutants* from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in para-

graph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 +$10,000=$59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of paragraph (3).

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of paragraph (3) is calculated as follows: $80,000 ($79,500 + $500)x.25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered

Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

We will not pay for any loss or damage under this Additional Coverage if the Covered Property was moved from the described premises to preserve it from loss or damage by a cause of loss that is not a Covered Cause of Loss.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract *pollutants* from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of *pollutants*. But we will pay for testing which is performed in the course of extracting the *pollutants* from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e(3) through e(9) of this Additional Coverage.

(3) The ordinance or law referred to in e(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants, fungus*, wet or dry rot or bacteria; or

(b) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, proliferation, spread or any activity of *fungus*, wet or dry rot, or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If

a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e(6) of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data is limited to the *specified causes of loss* as defined in that Form, and Collapse as set forth in that Form.

(b) If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data includes Collapse as set forth in that Form.

(c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss

or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part by the Extensions listed below.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to the Extensions listed below:

**a. Newly Acquired Or Constructed Property**

(1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) Your Business Personal Property

(a) If this policy covers your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) Period of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) Thirty days expire after you acquire the property or begin construction of that part of the building that would qualify as

covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the *specified causes of loss* as defined in that Form, and Collapse as set forth in that Form.

(3) If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

(4) Under this Extension, the most we will pay to replace or restore the loss information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than *stock* of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to

any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**B. EXCLUSIONS AND LIMITATIONS**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. DEDUCTIBLE**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of covered property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence. The highest applicable Deductible shall apply in this situation.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Building 1: | $60,000 |
| Limit of Insurance - Building 2: | $80,000 |
| Loss to Building 1: | $60,100 |
| Loss to Building 2: | $90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
- 250
$59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: (Exceeds Limit of Insurance plus Deductible) | $70,000 |
| Loss to Building #2: (Exceeds Limit of Insurance plus Deductible) | $90,000 |
| Loss Payable - Building #1: (Limit of Insurance) | $60,000 |
| Loss Payable - Building #2: (Limit of Insurance) | $80,000 |
| Total amount of loss payable: | $140,000 |

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses reasonably incurred to protect the Covered Property. We will consider these expenses in the settlement of a claim, but this will not increase the applicable Limit of Insurance. However, we will not consider any expenses incurred in order to protect the Covered Property from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valu-

ation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss, other than those listed in b(1)(a) through b(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in b, c, d, e and f below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** *Stock* you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

When:

The value of the property is $250,000

The Coinsurance percentage for it is 80%

The Limit of Insurance for it is $100,000

The Deductible is $250

The amount of loss is $40,000

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

When:

The value of the property is $250,000

The Coinsurance percentage for it is 80%

The Limit of Insurance for it is $200,000

The Deductible is $250

The amount of loss is $40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When:

The value of the property is:

Building at Location Number 1 $75,000
Building at Location Number 2 $100,000
Personal Property at Location Number 2 $75,000
$250,000

The Coinsurance percentage for it is 90%

The Limit of Insurance for Buildings and Personal Property at Location Numbers 1 and 2 are $180,000

The Deductible is $1,000

The amount of loss is:

Building at Location Number 2 $30,000

Personal Property at Location Number 2 $20,000
$50,000

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) Ten days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) Thirty days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of, or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Limit of Insurance, times:

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times:

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If:

The applicable Limit of Insurance is $100,000

The annual percentage increase is 8%

The number of days since the beginning of policy year (or last policy change) is 146

The amount of increase is $100,000 x .08 x (146 ÷ 365) = $3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) *Stock*, unless the Including *Stock* option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in d(1) and d(2) above are not met, the value of tenants' improvements and betterments will be determined as a pro-

portion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f below.

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in e(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then paragraph 3b(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. DEFINITIONS**

**1.** *"Fungus"* means any type or form of *fungus*, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**2.** *"Pollutants"* mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** *"Stock"* means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM

CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**A.** The Fire Department Service Charge Additional Coverage is replaced by the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for your liability for fire department service charges:

1. Assumed by contract or agreement prior to loss; or
2. Required by local ordinance.

No deductible applies to this Additional Coverage.

**B.** The following are added to Additional Coverages under Section A, Coverage:

**1. Extra Expense**

**a.** We will pay the actual and necessary Extra Expense you sustain due to direct physical loss of or damage to property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(1) The portion of the building which you rent, lease or occupy; and

(2) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**b.** Extra Expense means necessary expenses you incur during the *period of restoration* to avoid or minimize the *suspension* of business and to continue *operations* as much as possible at the described premises, or at replacement premises or temporary locations. Extra Expense is the total of all expenses that exceed the normal operating expenses that would have been incurred during the *period of restoration* if no direct physical loss or damage had occurred, and all necessary expenses that reduce the Extra Expense otherwise incurred. We will deduct from the total of such expenses the salvage value that remains of any property bought for temporary use during the *period of restoration* once *operations* are resumed.

**c.** *"Operations"* mean your business activities occurring at the described premises.

**d.** *"Period of Restoration"* means the period of time that:

(1) Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(2) Ends on the earlier of:

(a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

*Period of restoration* does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants, fungus,* wet or dry rot or bacteria; or

(3) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling remediation of property due to contamination by *pollutants* or due to the presence, growth, proliferation, spread or any activity of *fungus,* wet or dry rot or bacteria.

The expiration date of this policy will not cut short the *period of restoration.*

**e.** *"Suspension"* means the slowdown or cessation of your business activities.

**f.** We will pay for the expenses incurred

to repair or replace any property, or to research, replace or restore the lost information on damaged valuable papers and records, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage. We will not pay for loss of business income or any other consequential loss.

g. The most we will pay for loss in any one occurrence under this Additional Coverage is $1,000. This limit is additional insurance.

**2. Arson Reward**

We will pay up to $5,000 to any individual or organization for information leading to an arson conviction in connection with loss or damage to covered property. This amount is the most we will pay, regardless of the number of persons or organizations involved in providing information.

No deductible applies to this Additional Coverage.

**3. Additional Reward**

We will pay up to $5,000 to any individual or organization for information leading to a crime conviction, other than arson, in connection with loss or damage to covered property caused by or resulting from a Covered Cause of Loss. This amount is the most we will pay, regardless of the number of persons or organizations involved in providing information.

No deductible applies to this Additional Coverage.

**4. Fire Extinguisher Systems Recharge Expense**

**a.** We will pay:

(1) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

(2) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**b.** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**c.** (1) We will pay the actual cost of recharging or replacing your fire extinguishers.

(2) The most we will pay under this Additional Coverage to recharge or replace your fire extinguishing systems and for the loss of damage to Covered Property is $10,000 in any one occurrence.

**d.** No deductible applies to this Additional Coverage.

**5. Lock Replacement**

We will cover your costs to repair or replace door locks or tumblers of your described premises because of theft or loss of your door keys. The most we will pay under this Additional Coverage is $500 in any one occurrence.

No deductible applies to this Additional Coverage.

**6. Forgery and Alteration**

**a.** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in money, that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**b.** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in money, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**c.** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500.

**7. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

**b.** The Covered Causes of Loss and Exclusions Sections in the applicable Causes of Loss Form do not apply to this coverage, except for the following Exclusions:

(1) Paragraph 1c, Governmental Action;

(2) Paragraph 1d, Nuclear Hazard; and

(3) Paragraph 1f, War and Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is $5,000.

**e.** The second paragraph under Limits of Insurance is deleted.

**8. Personal Computers, Electronic Data Processing Equipment**

**a.** We will pay for loss or damage caused by or resulting from a covered cause of loss to the following types of equipment:

(1) Your personal computers, telephones, electronic data processing and word processing equipment including their component parts owned by you; and

(2) Similar property of others that is in your control.

We will not cover property rented or leased to others.

We will not pay for loss or damage caused by or resulting from processing or work upon the property covered, error in machine programming or instructions to the machine. But, if loss or damage by fire or explosion results, we will pay for the resulting loss or damage.

Covered equipment is valued at:

(1) Replacement Cost if the Replacement Cost Optional Coverage applies to Your Business Personal Property; or

(2) The least of the following amounts if the Replacement Cost Optional Coverage does not apply to Your Business Personal Property:

(a) The actual cash value of the equipment after deduction for depreciation;

(b) The cost of reasonably restoring the equipment to its condition immediately before the loss or damage; or

(c) The cost of replacing the equipment with substantially identical equipment.

**b. Breakdown Coverage**

We will pay for direct physical loss to covered equipment caused by or resulting from:

(1) Mechanical breakdown of the covered equipment;

(2) Error or omission in design or faulty construction in development, manufacture or installation of the covered equipment;

(3) Short-circuit, blow-out or other electrical damage to electrical equipment, apparatus or devices including wiring caused by or resulting from power failure originating on your premises or within 500 feet of the building containing the covered property; or

(4) Processing operations on the covered equipment or while the covered equipment is being worked on or serviced.

The deductible amount applying to Breakdown Coverage is $250.

**c.** The most we will pay under this coverage is $1,000 at each described premises.

**d.** Business Income does not apply to this Coverage Extension.

**9. Ordinance or Law Coverage**

**a. Application of Coverage**

The coverage provided applies only if both (1) and (2) are satisfied.

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) (a) The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

(b) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

(c) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage even if the building has also sustained covered direct physical damage.

**b.** We will not pay under Coverage A, Coverage B or Coverage C for:

(1) Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, or proliferation, spread of any activity of *fungus*, wet or dry rot or bacteria; or

(2) The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of *pollutants*, *fungus*, wet or dry rot or bacteria.

**c. Coverage**

(1) Coverage A - Coverage for Loss to the Undamaged Portion of the Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

(2) Coverage B - Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

(3) Coverage C - Increased Cost of Construction Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

(a) Repair or reconstruct damaged portions of that building; and/or

(b) Reconstruct or remodel undamaged portions of the building whether or not demolition is required;

When the increased cost is a consequence of enforcement of the minimum requirement of the ordinance or law.

However:

(a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(b) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

(c) When a building is damaged or destroyed and Coverage C applies to that building in accordance with (3) above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in (3).

(i) The cost of excavations, grading, backfilling and filling;

(ii) Foundation of the building;

(iii) Pilings; and

(iv) Underground pipes, flues and drains.

The items listed in (c)(i) through (c)(iv) above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, (c)(3).

**d. Loss Payment**

The most we will pay, for the total of all covered loss for Coverage A, Coverage B and Coverage C combined is $10,000. Subject to the $10,000 Blanket Limit of Insurance, the following loss payment provisions apply:

(1) When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions,

will be determined as follows:

(a) If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

(b) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the building at the time of loss.

(2) Under Coverage B, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(3) With respect to Coverage C:

(a) We will not pay under Coverage C:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for under Coverage C is the increased cost of construction at the new premises.

**e.** Under this coverage, we will not pay for loss due to any ordinance or law that:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

**f.** The Coinsurance Additional Condition does not apply to this coverage.

**g.** This coverage is excess over any coverage available to you under the Ordinance or Law Coverage endorsement, if applicable.

**h.** The following definition is added to Property Definitions:

*"Fungus"* means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**C.** The Coverage Extensions under Section A, Coverage, are replaced by the following:

**Coverage Extensions**

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Form by the extensions listed below.

Each of these extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to the extensions listed below:

**1. Newly Acquired or Constructed Property**

**a.** Buildings

If this policy covers Building, you may extend that insurance to apply to:

(1) Your new buildings or new additions, while being built on the described premises; and

(2) Buildings you acquire at locations, other than the described premises, intended for similar use as the building described in the Declarations or use as a warehouse.

The most we will pay for loss or damage under this extension is $500,000 at each building.

**b.** Your Business Personal Property

(1) If this policy covers your Business Personal Property, you may extend that insurance to apply to:

(a) Business personal property, including such property that

you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(b) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(c) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this extension is $250,000 at each building.

(2) This extension does not apply to:

(a) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(b) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**c.** Period of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**2. Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**a.** Your personal effects, meaning personal property owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**b.** Personal property in your care, custody or control belonging to other than you, your officers, your partners or your employees.

The most we will pay for loss or damage under this extension is $5,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**3. Valuable Papers And Records (Other Than Electronic Data)**

**a.** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**b.** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the *specified causes of loss* as defined in that Form, and Collapse as set forth in that Form.

**c.** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**d.** Under this Extension, the most we will pay to replace or restore the lost information is $10,000 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**4. Accounts Receivable**

You may extend the insurance that applies to Your Business Personal Property to pay for loss or damage to your records of accounts receivable caused by any Covered Cause of Loss. Accounts receivable are amounts owed to you by those with whom you deal in operating your business. We will pay:

**a.** The accounts receivable that you are unable to collect because of loss or

damage caused by a Covered Cause of Loss;

b. Interest charges on any loan used to offset the amounts you are unable to collect pending our payment of these amounts;

c. Collection costs that result from a loss in excess of your normal collection costs;

d. The reasonable cost to reconstruct your accounts receivable records.

We will not pay for contraband, or property in the course of illegal transportation or trade.

The most we will pay under this extension is $25,000 at each described premises.

**5. Property Off-Premises**

a. You may extend the insurance provided by this Coverage Form to apply to your Covered Property, while it is away from the described premises, if it is:

(1) Temporarily at a location you do not own, lease or operate;

(2) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(3) At any fair, trade show or exhibition.

b. This extension does not apply to property in or on a vehicle.

c. The most we will pay for loss or damage under this extension is $10,000.

**6. Outdoor Property**

You may extend the insurance provided by this Coverage Form to pay for loss or damage to your outdoor fences, outdoor radio and television antennas (including satellite dishes), including their lead-in wiring, masts or towers; trees, shrubs and plants (other than *stock* of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

a. Fire;

b. Lightning;

c. Explosion;

d. Riot or Civil Commotion; or

e. Aircraft.

The most we will pay for loss or damage under this extension is $5,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**7. Non-Owned Detached Trailers**

a. You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(1) The trailer is used in your business;

(2) The trailer is in your care, custody or control at the premises described in the Declarations; and

(3) You have a contractual responsibility to pay for loss or damage to the trailer.

b. We will not pay for any loss or damage that occurs:

(1) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(2) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

c. The most we will pay for loss or damage under this extension is $5,000, unless a higher limit is shown in the Declarations.

d. This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**8. Power Failure and Changes In Temperature or Humidity**

You may extend the insurance that applies to Your Business Personal Property to pay for loss or damage to that property that results from an interruption of power or a change in temperature or humidity caused by physical damage to equipment used for refrigerating, air conditioning, cooling, dehumidifying, heating, generating or converting power (including connections, supply or transmission lines and pipes), at the described premises. This extension applies only if loss or damage is caused by a Covered Cause of Loss.

**9. Property In Transit**

You may extend the insurance that applies to Your Business Personal Property to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Loss or damage must be caused by or

result from one of the following causes of loss:

a. Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism;

b. Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed; or

c. Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

The most we will pay for loss or damage under this extension is $10,000.

This Coverage Extension replaces Additional Coverage Extension F1 Property in Transit in the Causes Of Loss - Special Form.

D. Paragraph E5 of the Building and Personal Property Coverage Form and the Condominium Association Coverage Form and paragraph E6 of the Condominium Commercial Unit-Owners Coverage Form are replaced by the following:

**Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property. However, the most we will pay is the actual cash value as of the time of loss or damage, subject to the Limit of Insurance.

**EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES** **IL-0935F(7-02)**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

1. We will not pay for *loss* or damage caused directly or indirectly by the following. Such *loss* or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss* or damage.

   a. The failure, malfunction or inadequacy of:

      (1) Any of the following, whether belonging to any insured or to others:

         (a) Computer hardware, including microprocessors;

         (b) Computer application software;

         (c) Computer operating systems and related software;

         (d) Computer networks;

         (e) Microprocessors (computer chips) not part of any computer system; or

         (f) Any other computerized or electronic equipment or components; or

      (2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph 1a(1) of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in paragraph 1a of this endorsement.

2. If an excluded Cause of Loss as described in Paragraph 1 of this endorsement results:

   a. In a Covered Cause of Loss under the Commercial Crime Coverage Part or the Standard Property Policy; or

   b. Under the Commercial Property Coverage Part:

      (1) In a *specified cause of loss* or in elevator collision resulting from mechanical breakdown under the Causes of Loss - Special Form; or

      (2) In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

   we will pay only for the *loss* or damage caused by such *specified cause of loss*, elevator collision or Covered Cause of Loss.

3. We will not pay for repair, replacement or modification of any items in 1a(1) or 1a(2) of this endorsement to correct any deficiencies or change any features.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** The following is added as an Additional Coverage to the Causes of Loss - Basic Form, Broad Form or Special Form.

**Additional Coverage - Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage - Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an *accident*.

**2.** The following coverages also apply to the direct result of an *accident*. These coverages do not provide additional amounts of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(1) Make temporary repairs; and

(2) Expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $50,000.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a *hazardous substance*. This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of *perishable goods* by refrigerant, including but not limited to ammonia, which is addressed in 2c(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no *hazardous substance* been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000.

**c. Spoilage**

(1) We will pay:

(a) For physical damage to *perishable goods* due to spoilage.

(b) For physical damage to *perishable goods* due to contamination from the release of refrigerant, including but not limited to ammonia.

(c) Any necessary expenses you incur to reduce the amount of loss under this coverage, to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the *perishable goods* before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the *perishable goods* at the time of the *accident*, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation Condition.

The most we will pay for loss, damage or expense under this coverage is $50,000.

**d. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost *data*.

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur is $50,000.

**e. Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an *accident* to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition

of *covered equipment* except that it is not Covered Property.

(2) We will not pay for any loss of Business Income you sustain that results from the interruption of utility services during the first 24 hours following the *accident*. However, if the *period of restoration* begins more than 24 hours after the time of the direct physical damage for Business Income, then that time period will apply instead of the 24 hours provided for in this paragraph.

(3) The most we will pay in any *one accident* for loss, damage or expense under this coverage is the limit that applies for Business Income, Extra Expense or Spoilage.

f. **Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

3. All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage - Equipment Breakdown.

a. The following exclusions are modified:

(1) If the Causes of Loss - Basic Form or Causes of Loss - Broad Form applies, the following is added to Exclusion B2:

Depletion, deterioration, corrosion, erosion, wear and tear or other gradually developing conditions. However, if an *accident* results, we will pay for the resulting loss, damage or expense caused by that *accident*.

(2) The following is added to Exclusion B1g:

However, if electrical *covered equipment* requires drying out because of Water, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(3) If the Causes of Loss - Special Form applies, as respects this endorsement only, the last paragraph of Exclusion B2d is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2d(1) through (7) results in an *accident*, we will pay for the loss, damage or expense caused by that *accident*.

b. The following exclusions are added:

(1) We will not pay for loss, damage or expense caused by or resulting from:

(a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(b) Any of the following:

(i) Defect, programming error, programming limitation, computer virus, malicious code, loss of *data*, loss of access, loss of use, loss of functionality or other condition within or involving *data* or *media* of any kind; or

(ii) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an *accident* results, we will pay for the resulting loss, damage or expense caused by that *accident*.

(2) With respect to Service Interruption coverage, we will also not pay for an *accident* caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in item (3) under the definition of *accident*); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

(3) With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

(4) We will not pay for loss, damage or

expense caused directly or indirectly by the following, whether or not caused by or resulting from an *accident:* Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement or such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is *perishable goods,* to the extent that spoilage is covered under Spoilage coverage.

(5) We will not pay for any loss or damage to animals.

**4.** The most we will pay for loss, damage or expense under this endorsement arising from any *one accident* is the applicable Limit of Insurance shown in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

**5.** The following definitions are added:

**a.** *"Accident"* means a fortuitous event that causes direct physical damage to *covered equipment.* The event must be one of the following:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force;

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**b.** *"Covered equipment"* means Covered Property:

(1) That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

As respects this endorsement only, Covered Property includes machinery and equipment that are part of the building or structure at the premises described in the Declarations which you occupy but do not own for which you have a contractual responsibility to maintain, repair, or replace.

*Covered equipment* may utilize conventional design and technology or new or newly commercialized design and technology.

None of the following is *covered equipment:*

(1) Structure, foundation, cabinet, or compartment;

(2) Insulating or refractory material;

(3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) *Vehicle,* or any equipment mounted on a *vehicle;*

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

**c.** *"Data"* means information or instructions stored in digital code capable of being processed by machinery.

**d.** *"Hazardous substance"* means any substance that is hazardous to health or that has been declared to be hazardous to health by a governmental agency.

**e.** *"Media"* means material on which data is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

**f.** *"One accident"* means: If an initial *accident* causes other *accidents,* all will be considered *one accident.* All *accidents* that are the result of the same event will be considered *one accident.*

**g.** *"Perishable goods"* means personal property maintained under controlled conditions for its preservation, and sus-

ceptible to loss or damage if the controlled conditions change.

**h.** *"Vehicle"* means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. *Vehicle* includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a *vehicle*.

**B.** The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions:

**1. Suspension**

When any *covered equipment* is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an *accident* to that *covered equipment*. This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the *covered equipment* is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that *covered equipment*. If we suspend your insurance, you will get a pro rata refund of premium for that *covered equipment* for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is *covered equipment* under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If *covered equipment* requires replacement due to an *accident*, we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced.

However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This condition does not apply to the replacement of component parts or to any property to which Actual Cash Value applies. This condition does not increase any of the applicable limits.

## EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

**CP-0140F(7-06)**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

1. The exclusion set forth in paragraph 2 applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.
2. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

   However, this exclusion does not apply to loss or damage caused by or resulting from *fungus*, wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.
3. With respect to any loss or damage subject to the exclusion in paragraph 2, such exclusion supersedes any exclusion relating to *pollutants*.
4. The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **a.** Exclusion of *Fungus*, Wet Rot, Dry Rot And Bacteria; and

   **b.** Additional Coverage - Limited Coverage for *Fungus*, Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.
5. The terms of the exclusion in paragraph 2, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)** **IL-0995R(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is shown in italics.

*"Terrorism"* means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by *terrorism*, including action in hindering or defending against an actual or expected incident of *terrorism*. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

1. The *terrorism* is carried out by means of the dispersal or application of radioactive ma-

terial, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

5. The total of insured damage to all types of property in the United States, it territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item C5, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Part.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If *terrorism* results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of C1 or C2, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Part, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**SCHEDULE**

**The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following states, if covered under the indicated Coverage Part:**

| State | Coverage Part |
|---|---|
| Illinois | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Iowa | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Maine | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Missouri | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Wisconsin | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |

**LOSS PAYABLE PROVISIONS** CP-1218R(6-07)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

BUILDERS' RISK COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM

CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the Loss Payment Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule is a creditor, including a mortgage holder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear;

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property;

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** Ten days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**5.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**E. Contract Of Sale Clause**

**1.** The Loss Payee shown in the Schedule is a person or organization with whom you have entered into a contract for the sale of Covered Property.

**2.** For Covered Property in which both you

and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the Other Insurance Condition:

For Covered Property that is the subject of a Contract of Sale, the word "you" includes the Loss Payee.

**SCHEDULE**

| Premises Number | Building Number | Description of Property |
|---|---|---|
| 004 | 001 | ELECTRONIC BILLBOARD |
| 005 | 001 | CANON COPPIER IR2545 |

| Premises Number | Building Number | Loss Payee (Name and Address) | Loan Number | Provision Applicable |
|---|---|---|---|---|
| 004 | 001 | FIRST HARRISON BANK<br>PO BOX 130<br>CORYDON IN 47112 | | LOSS PAYABLE |
| 005 | 001 | CANON FINANCIAL SERVICES INC<br>15325 SE 30TH PL STE 100<br>BELLEVUE WA 98007 | | LOSS PAYABLE |

**INDIANA CHANGES - AMENDMENT OF DEFINITION OF POLLUTANTS** **CP-7123(10-12)**

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
STANDARD PROPERTY POLICY

The following replaces the definition of *"Pollutants"* under the Definitions section:

*"Pollutants"* means any solid, liquid, gaseous, bacterial, fungal, electromagnetic, thermal or other substance that can be toxic or hazardous, cause irritation to animals or persons and/or cause contamination to property and the environment including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Specific examples identified as pollutants include, but are not limited to, diesel, kerosene, and other fuel oils, gasoline, butane, propane, natural gas, and other fuels, brake fluid, transmission fluid, and other hydraulic fluids, ethylene glycol, methanol, ethanol, isopropyl alcohol, and propylene glycol, and other antifreeze additives, grease, tar, petroleum distillates, and other petroleum products, carbon monoxide, and other exhaust gases, stoddard solvent, mineral spirits, and other solvents, chromium compounds, emulsions/emulsifiers, naphtha, tetrachloroethylene, perchloroethylene (PERC), trichloroethylene (TCE), methylene chloroform, and other dry cleaning chemicals, methyl isobutyl ketone, methyl ethyl ketone, n-butyl acetate, 2-butoxyethanol, hexylene glycol, peroxides, freon, polychlorinated biphenyl (PCB), CFC113, chlorofluorocarbons, chlorinated hydrocarbons, adhesives, pesticides, insecticides, barium, 1,2-Dichloroethylene, ethylene dichloride, dichloromethane, methylene chloride, ethylbenzene, lead, Mercury, Selenium, sulfate, xylene, silica, sewage, and industrial waste materials and all substances specifically listed, identified, or described by one or more of the following references: **Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances** (1997 and all subsequent editions), **Agency for Toxic Substances and Disease Registry ToxFAQs™**, and/or **U.S. Environmental Protection Agency EMCI Chemical References Complete Index.** Substances identified as examples above or by the referenced lists also include materials or substances to be discarded, recycled, reconditioned, or reclaimed.

The definition of *pollutants* applies whether or not such solid, liquid, gaseous, bacterial, fungal, electromagnetic or thermal irritant or contaminant is your product or products used by or for you, and/or is an integral part of or incidental to your business or operations or has any function in your business, operations, premises, site, or location.

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM



This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by any Nuclear Hazard Exclusion, War And Military Action Exclusion or other similar exclusion.

## DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

IL-7082(1-15)

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The federal share percentage is 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**INDIANA CHANGES - RIGHTS OF RECOVERY**

CP-0152R(7-96)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**1.** Unless Section 2 or Section 3 of this endorsement applies, the Transfer of Rights of Recovery Against Others to Us Condition is replaced by the following:

**Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property or Covered Income.

**b.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.

**2.** The Transfer of Rights of Recovery Against Others to Us Condition in the Legal Liability Coverage Form is replaced by the following:

**Transfer of Rights of Recovery Against Others to Us**

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. Our right to recover damages may be enforced even if you have not been fully compensated for damages.

You must do nothing after loss to impair our rights to recover all or part of any payment we have made under this Coverage Form. At our request, you will bring *suit* or transfer those rights to us and help us enforce them.

**3.** The Transfer of Rights of Recovery Against Others to Us Condition in the Mortgageholders' Errors and Omissions Coverage Form is replaced by the following:

**Transfer of Rights of Recovery Against Others to Us**

**a.** Under Coverages A and B, if any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

(1) Prior to a loss to your Covered Property.

(2) After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(a) Someone insured by this insurance;

(b) A business firm:

(i) Owned or controlled by you; or

(ii) That owns or controls you; or

(c) Your tenant.

This will not restrict your insurance.

**b.** Under Coverages C and D, if you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. Our right to recover damages may be enforced even if you have not been fully compensated for damages.

You must do nothing after loss to impair our rights to recover all or part of any payment we have made under this Coverage Form. At our request, you will bring *suit* or transfer those rights to us and help us enforce them.

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## INDIANA CHANGES - CANCELLATION AND NONRENEWAL

IL-7015(3-14)

This endorsement modifies insurance provided under the following:

BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DIRECTORS AND OFFICERS LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

1. Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:
   a. If this policy has been in effect for 90 days or less and is not a renewal or continuation policy, we will give the First Named Insured written notice of cancellation at least 30 days prior to cancelling the policy except:
      (1) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.
      (2) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.
   b. If this policy has been in effect for more than 90 days or is a renewal or continuation policy:
      (1) We may cancel this policy only for one or more of the following reasons:
         (a) Nonpayment of premium;
         (b) There is a substantial change in the scale of risk covered by the policy;
         (c) The insured has perpetrated a fraud or material misrepresentation upon us;
         (d) The insured has failed to comply with reasonable safety recommendations; or
         (e) Reinsurance of the risk associated with the policy has been cancelled.
      (2) We will give the First Named Insured written notice of cancellation at least 45 days prior to cancelling the policy except:
         (a) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.
         (b) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.
2. Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

   If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be computed pro rata. If the First Named Insured cancels, the refund will be computed at 90% of pro rata. The cancellation will be effective even if we have not made or offered a refund.
3. The following Condition is added and supercedes any provision to the contrary:

   **NONRENEWAL**

   a. If we decide not to renew this policy, we will send written notice to the First Named Insured at least 45 days prior to the expiration date of the policy if the policy is written for a period of one year or less. If the policy is written for a period of more than one year, notice will be sent at least 45 days prior to the anniversary date of the policy.
   b. We will mail or deliver our notice to the First Named Insured's last mailing address known to us.
   c. If notice is mailed, proof of mailing will be sufficient proof of notice.

**INDIANA CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD** **IL-0156F(7-89)**

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Concealment, Misrepresentation or Fraud Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud,

committed by an insured at any time and relating to a claim under this policy.




## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### Renewal Declarations

First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

**COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART**

| Form Number | Form Title | Premium |
|---|---|---|
| CG-0001R (12-11) | Commercial General Liability Coverage Form . . . . . . . . . . . . . . . . . . . . . . $ | |
| CG-0300F (01-96) | Deductible Liability Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CG-2147F (12-07) | Employment - Related Practices Exclusion . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-0017F (11-98) | Common Policy Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-0021F (03-14) | Nuclear Energy Liability Exclusion - Broad Form . . . . . . . . . . . . . . . . . . | |
| IL-0158F (03-14) | Indiana Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-7012 (03-14) | Asbestos Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-7015 (03-14) | Indiana Changes - Cancellation and Nonrenewal . . . . . . . . . . . . . . . . . | |
| CG-2167F (12-04) | Fungi or Bacteria Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CG-2292F (12-07) | Snow Plow Operations Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CG-7300 (04-08) | ACUITY Advantages - General Liability . . . . . . . . . . . . . . . . . . . . . . . . | |
| CG-2187R (01-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Act) | |
| CG-7321 (01-15) | Cap on Losses from Certified Acts of Terrorism . . . . . . . . . . . . . . . . . . . | 74.00 |
| CG-7323 (01-15) | Exclusion of Punitive Damages Related to a Certified Act of Terrorism . . . | |
| IL-7082 (01-15) | Disclosure Pursuant to Terrorism Risk Insurance Act . . . . . . . . . . . . . . . | |
| IL-0117R (12-10) | Indiana Changes - Workers' Compensation Exclusion . . . . . . . . . . . . . . | |
| CG-0068F (05-09) | Recording and Distribution of Material or Info in Violation of Law Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CG-7367 (03-14) | Indiana Changes - Amendment of Definition of Pollutants . . . . . . . . . . . . | |
| CG-2106F (05-14) | Exclusion-Access of Confidential or Personal Info/Data with Limited BI . . | |
| CG-7167 (05-05) | Additional Insured - Owners, Lessees or Contractors-Primary and Noncontributory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50.00 |
| CG-7276 (05-05) | Additional Insd - Completed Operations Scheduled - Primary and Noncontributory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50.00 |
| CG-2033R (05-13) | Additional Insured - Owners, Lessees or Contractors - Auto Status When Require . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 469.00 |
| CG-7194 (05-13) | Additional Insd - Owners, Lessees or Contractors - Automatic Status - Primary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 469.00 |

Policy Number: L96722
Effective Date: 08-30-16

| Form Number | Form Title | Premium |
|---|---|---|
| CG-2109F (06-15) | Exclusion - Unmanned Aircraft | |
| CG-7278 (01-13) | Exclusion - Habitational Exterior Finish Systems | |
| | **Advance Endorsement Premium** | **$ 1,112.00** |

**PREMIUM SUMMARY**

| | |
|---|---|
| Advance Schedule Premium | $ 7,282.00 |
| Advance Endorsement Premium | 1,112.00 |
| **Total Advance Premium** | **$ 8,394.00** |

The Total Advance Premium shown above is based on the exposures you told us you would have when this coverage part began. We will audit this coverage part in accordance with Section IV - Conditions, item 5 Premium Audit at the close of the audit period.

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | 2,000,000 |
| Personal and Advertising Injury Limit (Any One Person or Organization) | 1,000,000 |
| Each Occurrence Limit | 1,000,000 |
| Damage to Premises Rented to You Limit (Any One Premises) | 100,000 |
| Medical Expense Limit (Any One Person) | 10,000 |
| *ACUITY* Advantages - General Liability | See CG-7300 |

**SCHEDULE OF LIABILITY CLASSIFICATIONS**

| Unit No. | Classification Description | Class Code | Premium Basis[1] | | Rates Premises | Rates Products | Advance Premium |
|---|---|---|---|---|---|---|---|
| 001 | Excavation | 94007 | If Any | PA | 30.157 | 19.681 | $ |
| 002 | Garbage, Ash or Refuse Collecting - Products - completed operations for this classification are subject to the General Aggregate Limit | 95233 | 160,000 | PA | 8.690 | Included | 1,390.00 |
| 003 | Contractors - Subcontracted Work - in Connection With Construction, Reconstruction, Erection or Repair - Not Buildings - NOC | 91581 | If Any | TC | 4.559 | 3.142 | |
| 004 | Contractors-Executive Supervisors or Executive Superintendents - Products - completed operations for this classification are subject to the General Aggregate Limit | 91580 | 57,200 | PA | 21.078 | Included | 1,206.00 |

Policy Number: L96722
Effective Date: 08-30-16

| Unit No. | Classification Description | Class Code | Premium Basis[1] | | Rates Premises | Rates Products | Advance Premium |
|---|---|---|---|---|---|---|---|
| 005 | Grading of Land | 95410 | 60,000 | PA | 12.176 | 9.451 | 1,298.00 |
| 006 | Contractors Permanent Yards-Maintenance or Storage of Equipment or Material - Products - completed operations for this classification are subject to the General Aggregate Limit | 91590 | 90,000 | PA | 11.959 | Included | 1,076.00 |
| 007 | Warehouses-Private (For Profit) - Products - Completed Operations For This Classification Are Subject To The General Aggregate Limit - | 68706 | 8,000 | AR | 31.942 | Included | 256.00 |
| 008 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 80 | AC | 1.495 | Included | 120.00 |
| 009 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 4 | AC | 1.495 | Included | 6.00 |
| 010 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 6 | AC | 1.495 | Included | 9.00 |
| 011 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 1 | AC | 1.495 | Included | 1.00 |
| 012 | Garbage or Refuse Dumps - Products - completed operations for this classification are subject to the General Aggregate Limit | 43945 | 130 | AC | 11.256 | Included | 1,463.00 |
| 013 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 30 | AC | 8.868 | Included | 266.00 |
| 014 | Dwellings - 1 Family - Lessor's Risk Only - Products - completed operations for this classification are subject to the General Aggregate Limit | 63010 | 1 | DW | 78.854 | Included | 79.00 |
| 015 | Vacant Land (Not-For-Profit) - Products - completed operations for this classification are subject to the General Aggregate Limit | 49452 | 22 | AC | 1.495 | Included | 33.00 |
| 016 | Dwellings - 1 Family - Lessor's Risk Only - Products - completed operations for this classification are subject to the General Aggregate Limit | 63010 | 1 | DW | 78.854 | Included | 79.00 |

**Advance Schedule Premium** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **7,282.00**

[1] PA = Payroll - Rates Apply Per 1,000
TC = Total Cost - Rates Apply Per 1,000
AR = Area/Square Feet - Rates Apply Per 1,000
AC = Acre - Rates Apply Per Unit
DW = Dwelling - Rates Apply Per Unit

**AUDIT PERIOD**

Annual

**FIRST NAMED INSURED IS:**

ORGANIZATION OTHER THAN PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED (Section II) includes the following Additional Named Insureds:

CCE MEDIA LLC
EASTRIDGE LLC
SILVER STREET PROPERTY LLC

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

6809 SEVEN MILE LN
ELIZABETH, IN 47117

4 ACRES WATER ST BETWEEN 13 & 15
NEW ALBANY, IN 47150

4017 CORYDON PIKE
NEW ALBANY, IN 47150

SW 1.4 S14 T25 R6E NEW ALBANY INDUSTRIAL PRK
NEW ALBANY, IN 47150

211 BUSCH PL
NEW ALBANY, IN 47150

6258 SEVEN MILE LN
NEW ALBANY, IN 47150

6746 7 MILE LN
NEW ALBANY, IN 47150

6523 7 MILE LN
NEW ALBANY, IN 47150

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Index of Policy Provisions


| | Page |
|---|---|
| **SECTION I - COVERAGES** | 1 |
| Coverage A - Bodily Injury and Property Damage Liability | 1 |
| Coverage B - Personal and Advertising Injury Liability | 5 |
| Coverage C - Medical Payments | 7 |
| Supplementary Payments - Coverages A and B | 8 |
| **SECTION II - WHO IS AN INSURED** | 9 |
| **SECTION III - LIMITS OF INSURANCE** | 10 |
| **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** | 10 |
| Bankruptcy | 10 |
| Duties in the Event of Occurrence, Offense, Claim or Suit | 10 |
| Legal Action Against Us | 11 |
| Other Insurance | 11 |
| Premium Audit | 12 |
| Representations | 12 |
| Separation of Insureds | 12 |
| Transfer of Rights of Recovery Against Others to Us | 12 |
| When We Do Not Renew | 12 |
| **SECTION V - DEFINITIONS** | 12 |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is an Insured.

Other words and phrases that appear in italics have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of *bodily injury* or *property damage* to which this insurance applies. We will have the right and duty to defend the insured against any *suit* seeking those damages. However, we will have no duty to defend the insured against any *suit* seeking damages for *bodily injury* or *property damage* to which this insurance does not apply. We may at our discretion investigate any *occurrence* and settle any claim or *suit* that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to *bodily injury* and *property damage* only if:

(1) The *bodily injury* or *property damage* is caused by an *occurrence* that takes place in the *coverage territory;*

(2) The *bodily injury* or *property damage* occurs during the policy period; and

(3) Prior to the policy period, no insured listed under paragraph 1 of Section II - Who Is An Insured and no *employee* authorized by you to give or receive notice of an *occurrence* or claim, knew that the *bodily injury* or *property damage* had occurred, in whole or in part. If such a listed insured or authorized *employee* knew, prior to the policy period, that the *bodily injury* or *property damage* occurred, then any continuation, change or resumption of such *bodily injury* or *property damage* during or after the policy period will be deemed to have been known prior to the policy period.

**c.** *Bodily injury* or *property damage* which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under paragraph 1 of Section II - Who Is An Insured or any *employee* authorized by you to give or receive notice of an *occurrence* or claim, includes any continuation, change or resumption of that *bodily injury* or *property damage* after the end of the policy period.

**d.** *Bodily injury* or *property damage* will be deemed to have been known to have occurred at the earliest time when any insured listed under paragraph 1 of Section II - Who Is An Insured or any *employee* authorized by you to give or receive notice of an *occurrence* or claim:

(1) Reports all, or any part, of the *bodily injury* or *property damage* to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the *bodily injury* or *property damage;* or

(3) Becomes aware by any other means that *bodily injury* or *property damage* has occurred or has begun to occur.

**e.** Damages because of *bodily injury* include damages claimed by any person or organization for care, loss of services or death resulting at any time from the *bodily injury.*

**2. Exclusions**

This insurance does not apply to:

**a. Expected or Intended Injury**

*Bodily injury* or *property damage* expected or intended from the standpoint of the insured. This exclusion does not apply to

*bodily injury* resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

*Bodily injury* or *property damage* for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an *insured contract,* provided the *bodily injury* or *property damage* occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an *insured contract,* reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of *bodily injury* or *property damage* provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same *insured contract;* and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

*Bodily injury* or *property damage* for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

*Bodily Injury* to:

(1) An *employee* of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that *employee* as a consequence of paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an *insured contract.*

**f. Pollution**

(1) *Bodily injury* or *property damage* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) *Bodily injury* if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) *Bodily injury* or *property damage* for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) *Bodily injury* or *property damage* arising out of heat, smoke or fumes from a *hostile fire;*

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the *pollutants* are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) *Bodily injury* or *property damage* arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of *mobile equipment* or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the *bodily injury* or *property damage* arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) *Bodily injury* or *property damage* sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) *Bodily injury* or *property damage* arising out of heat, smoke or fumes from a *hostile fire;*

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants.*

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants;* or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of *pollutants.*

However, this paragraph does not apply to liability for damages because of *property damage* that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or *suit* by or on behalf of a governmental authority.

**g. Aircraft, Auto or Watercraft**

*Bodily injury* or *property damage* arising out of the ownership, maintenance, use or entrustment to others of any aircraft, *auto* or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and *loading or unloading.*

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the ownership, maintenance, use or entrustment to others of any aircraft, *auto* or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an *auto* on, or on the ways next to, premises you own or rent, provided the *auto* is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any *insured contract* for the ownership, maintenance or use of aircraft or watercraft; or

(5) *Bodily injury* or *property damage* arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in paragraph f(2) or f(3) of the definition of *mobile equipment.*

**h. Mobile Equipment**

*Bodily injury* or *property damage* arising out of:

(1) The transportation of *mobile equipment* by an *auto* owned or operated by or rented or loaned to any insured; or

(2) The use of *mobile equipment* in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

*Bodily injury* or *property damage,* however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage to Property**

*Property damage* to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the *property damage* arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the *property damage* arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because *your work* was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to *property damage* (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are *your work* and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to *property damage* included in the *products-completed operations hazard.*

**k. Damage to Your Product**

*Property damage* to *your product* arising out of it or any part of it.

**l. Damage to Your Work**

*Property damage* to *your work* arising out of it or any part of it and included in the *products-completed operations hazard.*

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage to Impaired Property or Property Not Physically Injured**

*Property damage* to *impaired property* or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or

dangerous condition in *your product* or *your work;* or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to *your product* or *your work* after it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) *Your product;*

(2) *Your work;* or

(3) *Impaired property;*

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal and Advertising Injury**

*Bodily injury* arising out of *personal and advertising injury.*

**p. Lead**

*Bodily injury* or *property damage* arising out of the actual, alleged or threatened ingestion, inhalation, absorption, exposure or presence of lead in any form or from any source.

Coverage also does not apply to any loss, cost, expense, fine or penalty arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of lead in any form; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of or in any way responding to or assessing the effects of lead in any form.

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**r. Distribution of Material in Violation of Statutes**

*Bodily injury* or *property damage* arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions c through n and p do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of *personal and advertising injury* to which this insurance applies. We will have the right and duty to defend the insured against any *suit* seeking those damages. However, we will have no duty to defend the insured against any *suit* seeking damages for *personal and advertising injury* to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or *suit* that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums

or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to *personal and advertising injury* caused by an offense arising out of your business, but only if the offense was committed in the *coverage territory* during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation of Rights of Another**

*Personal and advertising injury* caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict *personal and advertising injury.*

**b. Material Published with Knowledge of Falsity**

*Personal and advertising injury* arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior to Policy Period**

*Personal and advertising injury* arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

*Personal and advertising injury* arising out of a criminal act committed by or at the direction of any insured.

**e. Contractual Liability**

*Personal and advertising injury* for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach of Contract**

*Personal and advertising injury* arising out of a breach of contract, except an implied contract to use another's advertising idea in your *advertisement.*

**g. Quality or Performance of Goods - Failure to Conform to Statements**

*Personal and advertising injury* arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your *advertisement.*

**h. Wrong Description of Prices**

*Personal and advertising injury* arising out of the wrong description of the price of goods, products or services stated in your *advertisement.*

**i. Infringement of Copyright, Patent, Trademark or Trade Secret**

*Personal and advertising injury* arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your *advertisement.*

However, this exclusion does not apply to infringement, in your *advertisement,* of copyright, trade dress or slogan.

**j. Insureds in Media and Internet Type Business**

*Personal and advertising injury* committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting.

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to paragraphs 14a, b and c of *personal and advertising injury* under the Definitions Section; or

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms or Bulletin Boards**

*Personal and advertising injury* arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use of Another's Name or Product**

*Personal and advertising injury* arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

*Personal and advertising injury* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants* at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up,

remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants;* or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of *pollutants*.

**o. Lead**

*Personal and advertising injury* arising out of the actual, alleged or threatened ingestion, inhalation, absorption, exposure or presence of lead in any form or from any source.

Coverage also does not apply to any loss, cost, expense, fine or penalty arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of lead in any form; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of or in any way responding to or assessing the effects of lead in any form.

**p. War**

*Personal and advertising injury,* however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**q. Distribution of Material in Violation of Statutes**

*Personal and advertising injury* arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for *bodily injury* caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the *coverage territory* and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable Limit of Insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for *bodily injury:*

**a. Any insured.**

To any insured, except *volunteer workers*.

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury on Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation and Similar Laws**

To a person, whether or not an *employee* of any insured, if benefits for the *bodily injury* are payable or must be provided under a workers' compensation or disability

benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the *products-completed operations hazard.*

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any *suit* against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or *suit*, including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the *suit*. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

   These payments will not reduce the Limits of Insurance.

2. If we defend an insured against a *suit* and an indemnitee of the insured is also named as a party to the *suit*, we will defend that indemnitee if all of the following conditions are met:

   a. The *suit* against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an *insured contract;*

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same *insured contract;*

   d. The allegations in the *suit* and the information we know about the *occurrence* are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such *suit* and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the *suit;*

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the *suit;*

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the *suit;* and

         (b) Conduct and control the defense of the indemnitee in such *suit.*

   So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2b(2) of Section I - Coverage A - Bodily Injury and Property Damage Liability, such payments will not be deemed to be damages for *bodily injury* and *property damage* and will not reduce the limits of insurance.

   Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the ap-

plicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in paragraph f above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your *executive officers* and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your *volunteer workers* only while performing duties related to the conduct of your business, or your *employees*, other than either your *executive officers* (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these *employees* or *volunteer workers* are insureds for:

(1) *Bodily injury* or *personal and advertising injury:*

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a *co-employee* in the course of his or her employment or performing duties related to the conduct of your business, or to your other *volunteer workers* while performing duties related to the conduct of your business.

(b) To the spouse, child, parent, brother or sister of that *co-employee* or *volunteer worker* as a consequence of paragraph (a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) *Property damage* to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your *employees*, or *volunteer workers*, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your *employee*) or *volunteer worker* or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to *bodily injury* or *property damage* that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to *personal and advertising injury* arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or *suits* brought; or

   c. Persons or organizations making claims or bringing *suits*.

2. The General Aggregate Limit is the most we will pay for:

   a. The sum of:

      (1) Medical expenses under Coverage C; and

      (2) Damages under Coverage A, except damages because of *bodily injury* or *property damage* included in the *products-completed operations hazard*.

   With respect to the above items, the General Aggregate Limit applies separately to:

      (1) Each location owned by or rented to you. A location is a premises involving the same or connecting lots, or a premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad, and

      (2) Each of your projects away from a location owned by or rented to you; or

   b. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of *bodily injury* and *property damage* included in the *products-completed operations hazard*.

4. Subject to paragraph 2 above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all *personal and advertising injury* sustained by any one person or organization.

5. Subject to paragraph 2 or 3 above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C;

   because of all *bodily injury* and *property damage* arising out of any one *occurrence*.

6. Subject to paragraph 5 above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of *property damage* to any one premises, while rented to you for a period of 7 or fewer consecutive days or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to paragraph 5 above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of *bodily injury* sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties in the Event of Occurrence, Offense, Claim or Suit**

   a. You must see to it that we are notified as soon as practicable of an *occurrence* or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the *occurrence* or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the *occurrence* or offense.

   b. If a claim is made or *suit* is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or *suit* and the date received; and

      (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or *suit* as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or *suit;*

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the *suit;* and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a *suit* asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when paragraph b below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in paragraph c below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builders' Risk, Installation Risk or similar coverage for *your work;*

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for *property damage* to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, *autos* or watercraft to the extent not subject to Exclusion g of Section I - Coverage A - Bodily Injury and Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any *suit* if any other insurer has a duty to defend the insured against that *suit.* If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all of the other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the First Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the First Named Insured.

c. The First Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the First Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or *suit* is brought.

8. **Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring *suit* or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the First Named Insured shown in the Declarations, written notice of nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. *"Advertisement"* means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. *"Auto"* means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   However, *auto* does not include *mobile equipment.*

3. *"Bodily injury"* means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. *"Coverage territory"* means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places not included in paragraph a above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in paragraph a above;

(2) The activities of a person whose home is in the territory described in paragraph a above, but is away for a short time on your business; or

(3) *Personal and advertising injury* offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a *suit* on the merits, in the territory described in paragraph a above or in a settlement we agree to.

5. *"Employee"* includes a *leased worker. Employee* does not include a *temporary worker.*

6. *"Executive officer"* means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. *"Hostile fire"* means one which becomes uncontrollable or breaks out from where it was intended to be.

8. *"Impaired property"* means tangible property, other than *your product* or *your work,* that cannot be used or is less useful because:

a. It incorporates *your product* or *your work* that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of *your product* or *your work* or your fulfilling the terms of the contract or agreement.

9. *"Insured contract"* means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an *insured contract;*

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement; or

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for *bodily injury* or *property damage* to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f does not include that part of any contract or agreement:

(1) That indemnifies a railroad for *bodily injury* or *property damage* arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. *"Leased worker"* means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. *Leased worker* does not include a *temporary worker.*

11. *"Loading or unloading"* means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or *auto;*

b. While it is in or on an aircraft, watercraft or *auto;* or

c. While it is being moved from an aircraft, watercraft or *auto* to the place where it is finally delivered;

but *loading or unloading* does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or *auto.*

12. *"Mobile equipment"* means any of the following

types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler-treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers.

**e.** Vehicles not described in paragraph a, b, c or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers.

**f.** Vehicles not described in paragraph a, b, c, or d above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not *mobile equipment* but will be considered *autos:*

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, *mobile equipment* does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered *autos.*

**13.** *"Occurrence"* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** *"Personal and advertising injury"* means injury, including consequential *bodily injury,* arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your *advertisement;* or

**g.** Infringing upon another's copyright, trade dress or slogan in your *advertisement.*

**15.** *"Pollutants"* means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

**16.** *"Products-completed operations hazard:"*

**a.** Includes all *bodily injury* and *property damage* occurring away from premises you own or rent and arising out of *your product* or *your work* except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, *your work* will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include *bodily injury* or *property*

*damage* arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the *loading or unloading* of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** *"Property damage"* means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the *occurrence* that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** *"Suit"* means a civil proceeding in which damages because of *bodily injury, property damage or personal and advertising injury* to which this insurance applies are alleged. *Suit* includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** *"Temporary worker"* means a person who is furnished to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions.

**20.** *"Volunteer worker"* means a person who is not your *employee*, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** *"Your product:"*

**a.** Means:

(1) Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your product;* and

(2) The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** *"Your work:"*

**a.** Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your work;* and

(2) The providing of or failure to provide warnings or instructions.

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)** **CG-2187R(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

LIQUOR LIABILITY COVERAGE PART

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

POLLUTION LIABILITY COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are shown in italics:

**1.** *"Terrorism"* means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, reli-

gious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. *"Any injury or damage"* means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal and advertising injury, injury* or *environmental damage* as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for *any injury or damage* caused directly or indirectly by *terrorism*, including action in hindering or defending against an actual or expected incident of *terrorism*. *Any injury or damage* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

1. The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or
2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or
3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or
5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or
6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:
   a. Physical injury that involves a substantial risk of death; or
   b. Protracted and obvious physical disfigurement; or
   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C5 or C6 are exceeded.

With respect to this Exclusion, Paragraphs C5 and C6 describe the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism*, there is no coverage under this Coverage Part or Policy.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**SNOW PLOW OPERATIONS COVERAGE** **CG-2292F(12-07)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the *products-completed operations hazard*, Exclusion g under Section I - Coverage A - Bodily Injury And Property Damage Liability does not apply to any *auto* used for snow plow operations.

**NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM** **IL-0021F(3-14)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**1.** The insurance does not apply:

**a.** Under any Liability Coverage to *bodily injury* or *property damage:*

(1) With respect to which an *insured* under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Medical Payments coverage, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

**c.** Under any Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material,* if:

(1) The *nuclear material:*

(a) Is at any *nuclear facility* owned by, or operated by or on behalf of, an *insured;* or

(b) Has been discharged or dispersed therefrom.

(2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an *insured;* or

(3) The *bodily injury* or *property damage* arises out of the furnishing by an *insured* of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

**2.** As used in this endorsement:

**a.** *"Hazardous properties"* include radioactive, toxic or explosive properties.

**b.** *"Nuclear material"* means *source material, special nuclear material* or *byproduct material.*

**c.** *"Source material," "special nuclear material"* and *"byproduct material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**d.** *"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor.*

**e.** *"Waste"* means any waste material:

(1) Containing *byproducts material* other than the tailings or *wastes* produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

(2) Resulting from the operation by any person or organization of any *nuclear facility* included under the first two paragraphs of the definition of *nuclear facility.*

**f.** *"Nuclear facility"* means:

(1) Any *nuclear reactor;*

(2) Any equipment or device designed or used for:

(a) Separating the isotopes of uranium or plutonium;

(b) Processing or utilizing *spent fuel;* or

(c) Handling, processing or packaging *waste.*

(3) Any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the *insured* at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235.

(4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**g.** *"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**h.** *"Property damage"* includes all forms of radioactive contamination of property.

**EXCLUSION - HABITATIONAL EXTERIOR FINISH SYSTEMS** **CG-7278(1-13)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**1.** The following exclusion is added:

This insurance does not apply to *bodily injury* or *property damage* included in the *products-completed operations hazard* or to *personal and advertising injury* arising out of:

**a.** The design, manufacture, sale, service, handling, construction, fabrication, preparation, installation, application, maintenance, disposal or repair, including remodeling, service, correction or replacement of an *exterior finish system* or any part thereof;

**b.** The application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with an *exterior finish system;*

**c.** Any method or procedure used to correct problems with an installed or partially installed *exterior finish system;* or

**d.** Any work or operations performed on or to an *exterior finish system* or any component thereof or on or to a building or structure to which an *exterior finish system* attaches that results, directly or indirectly, in the intrusion of water or moisture, including any resulting fungus, mold, mildew, virus or bacteria and any mycotoxins, spores, scents or byproducts thereof, into or on any part of the building or structure on which you performed such work or operations.

This exclusion applies only if the *exterior finish system* is or was attached to a building or structure used solely for *habitational* purposes.

This exclusion applies to *bodily injury, property damage*, or *personal and advertising injury:*

**a.** Arising out of work or operations, as described in 1 above, whether performed by you or on your behalf.

**b.** For which you assume liability in a contract or agreement, regardless of whether such contract or agreement is an *insured contract.*

**2.** The following is added to Section V - Definitions:

**a.** *"Exterior finish system"* includes, but is not limited to, an exterior insulation and finish system (EIFS), direct-applied exterior finish system (DEFS), synthetic stucco or similar system that is an exterior cladding or finish system used on a building or structure consisting of:

(1) A rigid or semi-rigid insulation board made of expanded polystyrene or other materials or a rigid or semi-rigid substrate;

(2) The adhesive and/or mechanical fasteners used to attach the insulation board to substrate or the substrate to the structure including any water-durable exterior wall substrate;

(3) A reinforced or unreinforced base coat or mesh;

(4) A finish coat providing surface texture to which color may be added; and

(5) Any flashing, caulking or sealant used with the system for any purpose.

**b.** *"Habitational"* means single or multifamily housing, including apartments, condominiums, townhouses or planned unit developments.

**EXCLUSION - UNMANNED AIRCRAFT**



This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion 2g Aircraft, Auto Or Watercraft under Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

(1) Unmanned Aircraft

*Bodily injury* or *property damage* arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an *unmanned aircraft*. Use includes operation and *loading or unloading*.

This paragraph g(1) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the ownership, maintenance, use or entrustment to others of any aircraft that is an *unmanned aircraft*.

(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft

*Bodily injury* or *property damage* arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than *unmanned aircraft*), *auto* or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and *loading or unloading*.

This paragraph g(2) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the ownership, maintenance, use or entrustment to others of any aircraft (other than *unmanned aircraft*), *auto* or watercraft that is owned or operated by or rented or loaned to any insured.

This paragraph g(2) does not apply to:

(a) A watercraft while ashore on premises you own or rent;

(b) A watercraft you do not own that is:

(i) Less than 26 feet long; and

(ii) Not being used to carry persons or property for a charge;

(c) Parking an *auto* on, or on the ways next to, premises you own or rent, provided the *auto* is not owned by or rented or loaned to you or the insured;

(d) Liability assumed under any *insured contract* for the ownership, maintenance or use of aircraft or watercraft; or

(e) *Bodily injury* or *property damage* arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in paragraph f(2) or f(3) of the definition of *mobile equipment*.

**B.** The following exclusion is added to paragraph 2 Exclusions of Coverage B - Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

*Personal and advertising injury* arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an *unmanned aircraft*. Use includes operation and *loading or unloading*.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the *personal and advertising injury* involved the ownership, maintenance, use or entrust-

ment to others of any aircraft that is an *unmanned aircraft.*

This exclusion does not apply to:

(1) The use of another's advertising idea in your *advertisement;* or

(2) Infringing upon another's copyright, trade dress or slogan in your *advertisement.*

**C.** The following definition is added to the Definitions section:

*"Unmanned aircraft"* means an aircraft that is not:

(1) Designed;

(2) Manufactured; or

(3) Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

## INDIANA CHANGES - CANCELLATION AND NONRENEWAL

**IL-7015(3-14)**

This endorsement modifies insurance provided under the following:

BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DIRECTORS AND OFFICERS LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**1.** Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

**a.** If this policy has been in effect for 90 days or less and is not a renewal or continuation policy, we will give the First Named Insured written notice of cancellation at least 30 days prior to cancelling the policy except:

(1) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(2) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**b.** If this policy has been in effect for more than 90 days or is a renewal or continuation policy:

(1) We may cancel this policy only for one or more of the following reasons:

(a) Nonpayment of premium;

(b) There is a substantial change in the scale of risk covered by the policy;

(c) The insured has perpetrated a fraud or material misrepresentation upon us;

(d) The insured has failed to comply with reasonable safety recommendations; or

(e) Reinsurance of the risk associated with the policy has been cancelled.

(2) We will give the First Named Insured written notice of cancellation at least 45 days prior to cancelling the policy except:

(a) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(b) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**2.** Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be computed pro rata. If the First Named Insured cancels, the refund will be computed at 90% of pro rata. The cancellation will be effective even if we have not made or offered a refund.

**3.** The following Condition is added and supercedes any provision to the contrary:

**NONRENEWAL**

**a.** If we decide not to renew this policy, we will send written notice to the First Named Insured at least 45 days prior to the expiration date of the policy if the policy is written for a period of one year or less. If the policy is written for a period of more than one year, notice will be sent at least 45 days prior to the anniversary date of the policy.

**b.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM** **CG-7321(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

## EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

CG-7323(1-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a *certified act of terrorism* that are awarded as punitive damages.

**B.** The following definition is added:

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT** **IL-7082(1-15)**

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The federal share percentage is 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**DEDUCTIBLE LIABILITY INSURANCE** **CG-0300F(1-96)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**1.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule as applicable to such coverages.

**2.** You may select a deductible amount on either a per claim or a per *occurrence* basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule. The deductible amount stated in the Schedule applies as follows:

**a. Per Claim Basis** - If the deductible amount indicated in the Schedule is on a per claim basis, that deductible applies as follows:

(1) Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of *bodily injury;*

(2) Under Property Damage Liability Coverage, to all damages sustained by any one person because of *property damage;* or

(3) Under Bodily Injury Liability and Property Damage Liability Coverage combined, to all damages sustained by any one person because of:

(a) *Bodily injury;*

(b) *Property damage;* or

(c) *Bodily injury* and *property damage* combined;

as the result of any one *occurrence.*

If damages are claimed for care, loss of services or death resulting at any time from *bodily injury,* a separate deductible amount will be applied to each person making a claim for such damages.

With respect to *property damage,* person includes an organization.

**b. Per Occurrence Basis** - If the deductible amount indicated in the Schedule is on a per *occurrence* basis, that deductible amount applies as follows:

(1) Under Bodily Injury Liability Coverage, to all damages because of *bodily injury;*

(2) Under Property Damage Liability Coverage, to all damages because of *property damage;* or

(3) Under Bodily Injury Liability and Property Damage Liability Coverage combined, to all damages because of:

(a) *Bodily injury;*

(b) *Property damage;* or

(c) *Bodily injury* and *property damage* combined;

as the result of any one *occurrence,* regardless of the number of persons or organizations who sustain damages because of that *occurrence.*

With respect to *property damage,* person includes an organization.

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend the insured against any *suits* seeking those damages; and

**b.** Your duties in the event of an *occurrence,* claim or *suit;*

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any claim or *suit* and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**SCHEDULE**

| Applicable Coverage | Amount and Basis of Deductible (per claim) | (per occurrence) |
|---|---|---|
| PROPERTY DAMAGE LIABILITY | $ 2,000 | |

**Application of Endorsement**

Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all *bodily injury* and *property damage,* however caused.

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION** **CG-0068F(5-09)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion r of paragraph 2 Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**r. Recording And Distribution Of Material Or Information In Violation Of Law**

*Bodily injury* or *property damage* arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion q of paragraph 2 Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

*Personal and advertising injury* arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**ASBESTOS EXCLUSION** **IL-7012(3-14)**

This endorsement modifies insurance provided under the following:

BIS-PAK BUSINESS LIABILITY AND MEDICAL EXPENSE COVERAGE FORM

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

GARAGE COVERAGE FORM

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

The following exclusion is added:

**Asbestos**

This insurance does not apply to any *bodily injury* or *property damage* arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.

**EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION**

**CG-2106F(5-14)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion 2q of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraph (1) or (2) above.

However, unless paragraph (1) above applies, this exclusion does not apply to damages because of *bodily injury*.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to paragraph 2 Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

*Personal and advertising injury* arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU - PRIMARY AND NONCONTRIBUTORY**

**CG-7194(5-13)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Section II - Who Is An Insured is amended to include as an additional insured:

   a. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as additional insured on your policy; and

   b. Any other person or organization you are required to add as an additional insured under the contract or agreement described in paragraph a above.

   Such person or organization is an additional insured only with respect to liability for *bodily injury, property damage* or *personal and advertising injury* caused, in whole or in part, by:

   a. Your acts or omissions; or

   b. The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured.

   A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

2. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   a. *Bodily injury, property damage* or *personal and advertising injury* arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

      (1) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (2) Supervisory, inspection, architectural or engineering activities.

   b. *Bodily injury* or *property damage* occurring after:

      (1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

      (2) That portion of *your work* out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

3. The insurance provided by this endorsement is primary and noncontributory.

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

CG-2147F(12-07)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to paragraph 2 Exclusions, of Section I - Coverage A - Bodily Injury and Property Damage Liability:

   This insurance does not apply to:

   *Bodily injury* to:

   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of *bodily injury* to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies:

   (1) Whether the injury-causing event described in paragraphs (1), (2) or (3) above occurs before employment, during employment or after employment of that person.

   (2) Whether the insured may be liable as an employer or in any other capacity; and

   (3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

2. The following exclusion is added to paragraph 2 Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:

   This insurance does not apply to:

   *Personal and advertising injury* to:

   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of *personal and advertising injury* to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies:

   (1) Whether the injury-causing event described in paragraphs (1), (2) or (3) above occurs before employment, during employment or after employment of that person.

   (2) Whether the insured may be liable as an employer or in any other capacity; and

   (3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU** **CG-2033R(5-13)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Section II - Who Is An Insured is amended to include as an additional insured:

   a. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and

   b. Any other person or organization you are required to add as an additional insured under the contract or agreement described in paragraph a above.

   Such person or organization is an additional insured only with respect to liability for *bodily injury*, *property damage* or *personal and advertising injury* caused, in whole or in part, by:

   a. Your acts or omissions; or

   b. The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured. A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

2. With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

a. *Bodily injury, property damage* or *personal and advertising injury* arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   (1) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (2) Supervisory, inspection, architectural or engineering activities.

b. *Bodily injury* or *property damage* occurring after:

   (1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   (2) That portion of *your work* out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

***ACUITY* ADVANTAGES - GENERAL LIABILITY** **CG-7300(4-08)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. **Extended Non-Owned Watercraft**

   Exclusion g Exception (2)(a) of Coverage A - Bodily Injury and Property Damage Liability is replaced by the following:

   (a) Less than 51 feet long; and

2. **Increased Bail Bond Amount**

   The limit shown in paragraph 1b of Supplementary Payments - Coverages A and B is increased to $750.

3. **Increased Reasonable Expenses Incurred by the Insured**

   The limit shown in paragraph 1d of Supplementary Payments - Coverages A and B is increased to $300.

4. **Newly Acquired Organizations**

   Item 3a of Section II - Who Is An Insured is replaced by the following:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

5. **Knowledge of Claim or Suit**

   The following is added to Paragraph 2, Duties in the Event of Occurrence, Offense, Claim or Suit of Section IV - Commercial General Liability Conditions:

   Knowledge of an *occurrence*, claim or *suit* by your agent, servant or *employee* shall not in itself constitute knowledge of the Named Insured unless an officer of the Named Insured has received such notice from the agent, servant or *employee*.

**ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - PRIMARY AND NONCONTRIBUTORY**

**CG-7167(5-05)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Who Is An Insured (Section II) is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for *bodily injury, property damage* or *personal and advertising injury* caused, in whole or in part, by:
   a. Your acts or omissions; or
   b. The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated below.
2. The insurance provided by this endorsement is primary and noncontributory.
3. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to *bodily injury* or *property damage* occurring after:
   a. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
   b. That portion of *your work* out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s)**
**(Name and Address)**

MAC CONSTRUCTION
1908 UNRUH CT
NEW ALBANY IN 47150

**Location(s) of Covered Operations**

VARIOUS

**INDIANA CHANGES**

**IL-0158F(3-14)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX COVERAGE FORM K
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY PREMISES COVERAGE FORM L
COMMERCIAL CRIME - SAFE DEPOSITORY LIABILITY COVERAGE FORM M
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY - MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM*
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
FARM LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

* Under the Mortgage Holders Errors and Omissions Coverage Form, the following condition applies only to Coverage C and Coverage D.

The following condition is added:

Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

**FUNGI OR BACTERIA EXCLUSION** **CG-2167F(12-04)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. The following exclusion is added to Paragraph 2, Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:

   **Fungi or Bacteria**

   a. *Bodily injury* or *property damage* which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any *fungi* or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, *fungi* or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any *fungi* or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

2. The following exclusion is added to Paragraph 2, Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:

   **Fungi or Bacteria**

   a. *Personal and advertising injury* which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungi* or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, *fungi* or bacteria, by any insured or by any other person or entity.

3. The following definition is added to the Definitions Section:

   *"Fungi"* means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**ADDITIONAL INSURED - COMPLETED OPERATIONS SCHEDULED - PRIMARY AND NONCONTRIBUTORY (OWNERS, LESSEES OR CONTRACTORS)** **CG-7276(5-05)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Section II - Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for *bodily injury* or *property damage* caused, in whole or in part, by *your work* at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the *products-completed operations hazard.*

The insurance provided by this endorsement is primary and noncontributory.

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s)**
**(Name and Address)**

MAC CONSTRUCTION
1908 UNRUH CT
NEW ALBANY IN 47150

**Location and Description of Completed Operations**

VARIOUS

**INDIANA CHANGES - WORKERS' COMPENSATION EXCLUSION** **IL-0117R(12-10)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Form
Owners And Contractors Protective Liability Coverage Part
Products/Completed Operations Liability Coverage Form
Railroad Protective Liability Coverage Form

The following is added to the Workers' Compensation and Similar Laws Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the Workers' Compensation Exclusion:

This exclusion also applies to any obligation of the *insured* under the Indiana Workers' Compensation statutes arising out of the failure of the *insured* to exact from a contractor (or subcontractor if the *insured* is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Commercial Excess Liability Coverage Form, the following is added to exclusion 2e:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**INDIANA CHANGES - AMENDMENT OF DEFINITION OF POLLUTANTS** **CG-7367(3-14)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

The definition of *"Pollutants"* is replaced by the following:

*"Pollutants"* means any solid, liquid, gaseous, bacterial, fungal, electromagnetic, thermal or other substance that can be toxic or hazardous, cause irritation to animals or persons and/or cause contamination to property and the environment including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Specific examples identified as pollutants include, but are not limited to, diesel, kerosene, and other fuel oils, gasoline, butane, propane, natural gas, and other fuels, brake fluid, transmission fluid, and other hydraulic fluids, ethylene glycol, methanol, ethanol, isopropyl alcohol, and propylene glycol, and other antifreeze additives, grease, tar, petroleum distillates, and other petroleum products, carbon monoxide, and other exhaust gases, stoddard solvent, mineral spirits, and other solvents, chromium compounds, emulsions/emulsifiers, naphtha, tetrachloroethylene, perchloroethylene (PERC), trichloroethylene (TCE), methylene chloroform, and other dry cleaning chemicals, methyl isobutyl ketone, methyl ethyl ketone, n-butyl acetate, 2-butoxyethanol, hexylene glycol, peroxides, freon, polychlorinated biphenyl (PCB), CFC113, chlorofluorocarbons, chlorinated hydrocarbons, adhesives, pesticides, insecticides, barium, 1,2-Dichloroethylene, ethylene dichloride, dichloromethane, methylene chloride, ethylbenzene, lead, Mercury, Selenium, sulfate, xylene, silica, sewage, and industrial waste materials and all substances specifically listed, identified, or described by one or more of the following references: **Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances** (1997 and all subsequent editions), **Agency for Toxic Substances and Disease Registry ToxFAQs™**, and/or **U.S. Environmental Protection Agency EMCI Chemical References Complete Index.** Substances identified as examples above or by the referenced lists also include materials or substances to be discarded, recycled, reconditioned, or reclaimed.

The definition of *pollutants* applies whether or not such solid, liquid, gaseous, bacterial, fungal, electromagnetic or thermal irritant or contaminant is your product or products used by or for you, and/or is an integral part of or incidental to your business or operations or has any function in your business, operations, premises, site, or location.



**COMMERCIAL AUTO COVERAGE PART**

## Business Auto Renewal Declarations

Item One
First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

Item Two
**SCHEDULE OF COVERAGES AND COVERED AUTOS**

Each of these coverages apply only to those *autos* shown as covered *autos* by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Auto Symbols | Limit of Insurance | Premium |
|---|---|---|---|
| Liability | 1 | $ 1,000,000 each *accident* | $ 38,599.00 |
| Auto Medical Payments | 7 | 5,000 each person | 415.00 |
| Uninsured Motorists Bodily Injury | 7,8,9 | 1,000,000 each person 1,000,000 each *accident* | 180.00 |
| Underinsured Motorists | 7,8,9 | 1,000,000 each person 1,000,000 each *accident* | 583.00 |
| Comprehensive | 7,8 | Actual cash value, cost of repair or stated amount (if any), whichever is less, minus the deductible shown in Item Three for each covered *auto*. | 3,772.00 |
| Collision | 7,8 | Actual cash value, cost of repair or stated amount (if any), whichever is less, minus the deductible shown in Item Three for each covered *auto*. | 15,480.00 |

**Estimated Schedule Premium ........................................ $ 59,029.00**

**PREMIUM SUMMARY**

Estimated Schedule Premium ........................................ $ 59,029.00
Estimated Endorsement Premium ........................................

**Estimated Advance Premium ........................................ $ 59,029.00**

**COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO BUSINESS AUTO COVERAGE**

Policy Number: L96722
Effective Date: 08-30-16

| Form Number | Form Title | Premium |
|---|---|---|
| IL-0017F (11-98) | Common Policy Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | |
| IL-0021F (03-14) | Nuclear Energy Liability Exclusion - Broad Form . . . . . . . . . . . . . . . . . . . . | |
| IL-7012 (03-14) | Asbestos Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-7100 (02-11) | End. for Motor Carrier Policies of Insurance for Public Liability Form MCS-90 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-7213 (10-98) | Add'l Insd - Automatic Status When Required in a Written Agreement With You . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-7045 (03-14) | Failure to Disclose Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-7002 (10-90) | Notice of Cancellation Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-7036 (12-15) | Indiana Uninsured and Underinsured Motorists Coverage . . . . . . . . . . . . . | |
| CA-7041 (10-12) | Indiana Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-0156F (07-89) | Indiana Changes - Concealment, Misrepresentation or Fraud . . . . . . . . . . | |
| IL-0158F (03-14) | Indiana Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-7015 (03-14) | Indiana Changes - Cancellation and Nonrenewal . . . . . . . . . . . . . . . . . . | |
| CA-0001F (10-14) | Business Auto Coverage Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-2384F (10-13) | Exclusion of Terrorism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-7246 (11-15) | ACUITY Advantages - Business Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| IL-0117R (12-10) | Indiana Changes - Workers' Compensation Exclusion . . . . . . . . . . . . . . . | |
| CA-7264 (10-12) | Indiana Changes - Amendment of Definition of Pollutants . . . . . . . . . . . . . | |
| CA-9903F (03-06) | Auto Medical Payments Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| CA-7027 (12-93) | Loss Payable Clause . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

**Estimated Endorsement Premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**

Item Three
**SCHEDULE OF COVERAGES**

| Unit No. | Model Year | Vehicle Description | Vehicle ID Number | PGS Comp | PGS Coll | Terr | Class Code |
|---|---|---|---|---|---|---|---|
| 001 | 04 | CHEVROLET C3500 SILVERADO | 1GBJC332X4F232414 | 008 | 008 | 106 | 21584 |
| 002 | 00 | FORD F450 SUPER DUTY | 1FDXF46F0YEA27404 | 007 | 007 | 106 | 21584 |
| 003 | 95 | LANDOLL TRAILER | 1LH317VHXS1007678 | 008 | 008 | 106 | 67584 |
| 004 | 00 | MACK CH613 | 1M2AA14Y9YW124411 | 011 | 011 | 106 | 50571 |
| 005 | 02 | TRAIL KING TRAILER | 1TKJ0S0302M050820 | 008 | 008 | 106 | 67584 |
| 006 | 02 | DODGE RAM 3500 | 3B6MC36C52M288842 | 008 | 008 | 106 | 21584 |
| 007 | 03 | MACK CV713 | 1M2AG10C83M002659 | 011 | 011 | 106 | 40571 |
| 008 | | HIRED AUTOS ($ 0 estimated cost of hire, as defined below)[2] | | | | 106 | 500001 |
| 009 | | NONOWNED AUTOS (15 Employees) | | | | 106 | 600001 |
| 010 | 15 | KENWORTH CONSTRUCT T880 | 1NKZLPOX4FJ423248 | 011 | 011 | 106 | 40571 |
| 011 | 05 | MACK 700 CV700 | 1M2AG11C05M019075 | 011 | 011 | 106 | 50471 |
| 012 | 11 | CHEVROLET HHR LT | 3GNBACFU6BS631002 | 007 | 007 | 106 | 01584 |

Policy Number: L96722
Effective Date: 08-30-16

| Unit No. | Model Year | Vehicle Description | Vehicle ID Number | PGS Comp | PGS Coll | Terr | Class Code |
|---|---|---|---|---|---|---|---|
| 013 | 99 | FORD F350 SUPER DUTY | 1FDWF36F2XEA17722 | 006 | 006 | 106 | 21584 |
| 014 | 13 | CHEVROLET SILVERADO K1500 LT | 1GCRKSE74DZ166669 | 008 | 008 | 106 | 01584 |
| 015 | 06 | GMC C8500 C8C042 | 1GDM8C1C06F43019 | 009 | 009 | 106 | 33571 |
| 016 | 13 | KENWORTH CONSTRUCT T800 | 1NKDXPEX9DJ363388 | 011 | 011 | 106 | 40571 |
| 017 | 98 | MACK 600 CH600 | 1M1AA18Y0WW086949 | 011 | 011 | 133 | 40571 |
| 018 | 16 | CHEVROLET SILVERADO PICKUP | 16C1KWE896F123500 | 010 | 010 | 106 | 01584 |
| 019 | 16 | GMC YUKON DENALI | 1GKS2CKJXGR311925 | 010 | 010 | 106 | 01584 |

| Unit No. | Liability Limit | Liability BI Premium | Liability PD Premium | PD Deductible | Medical Payments Limit | Medical Payments Premium |
|---|---|---|---|---|---|---|
| 001 | 1,000,000 | 1,358.00 | Included | | | |
| 002 | 1,000,000 | 1,358.00 | Included | | 5,000 | 39.00 |
| 003 | 1,000,000 | 154.00 | Included | | | |
| 004 | 1,000,000 | 4,229.00 | Included | | 5,000 | 39.00 |
| 005 | 1,000,000 | 154.00 | Included | | | |
| 006 | 1,000,000 | 1,358.00 | Included | | 5,000 | 39.00 |
| 007 | 1,000,000 | 4,193.00 | Included | | 5,000 | 39.00 |
| 008 | 1,000,000 | 43.00 | Included | | | |
| 009 | 1,000,000 | 204.00 | Included | | | |
| 010 | 1,000,000 | 4,193.00 | Included | | 5,000 | 39.00 |
| 011 | 1,000,000 | 3,227.00 | Included | | 5,000 | 39.00 |
| 012 | 1,000,000 | 1,304.00 | Included | | | |
| 013 | 1,000,000 | 1,358.00 | Included | | 5,000 | 39.00 |
| 014 | 1,000,000 | 2,000.00 | Included | | | |
| 015 | 1,000,000 | 2,484.00 | Included | | 5,000 | 39.00 |
| 016 | 1,000,000 | 4,193.00 | Included | | 5,000 | 39.00 |
| 017 | 1,000,000 | 2,789.00 | Included | | 5,000 | 25.00 |
| 018 | 1,000,000 | 2,000.00 | Included | | | |
| 019 | 1,000,000 | 2,000.00 | Included | | 5,000 | 39.00 |

| Unit No. | Uninsured Motorists Limit [3] | Uninsured Motorists Premium | UMPD Deductible | Underinsured Motorists Limit [3] | Underinsured Motorists Premium |
|---|---|---|---|---|---|
| 001 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 002 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 003 | | | | | |
| 004 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 005 | | | | | |
| 006 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 007 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |

Policy Number: L96722
Effective Date: 08-30-16

| Unit No. | Uninsured Motorists | | UMPD Deductible | Underinsured Motorists | |
|---|---|---|---|---|---|
| | Limit [3] | Premium | | Limit [3] | Premium |
| 008 | 1,000/1,000/0 | 10.00 | | 1,000/1,000 | 10.00 |
| 009 | 1,000/1,000/0 | 5.00 | | 1,000/1,000 | 18.00 |
| 010 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 011 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 012 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 013 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 014 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 015 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 016 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 017 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 018 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |
| 019 | 1,000/1,000/0 | 11.00 | | 1,000/1,000 | 37.00 |

| Unit No. | Comprehensive | | | Specified Causes of Loss | | | Full Glass |
|---|---|---|---|---|---|---|---|
| | Stated Amount | Deductible Amount | Premium Amount | Stated Amount | Deductible Amount | Premium Amount | |
| 001 | | 1,000 | 81.00 | | | | |
| 002 | | 1,000 | 66.00 | | | | |
| 003 | | 1,000 | 86.00 | | | | |
| 004 | | 1,000 | 233.00 | | | | |
| 005 | | 1,000 | 86.00 | | | | |
| 006 | | 1,000 | 81.00 | | | | |
| 007 | | 1,000 | 262.00 | | | | |
| 008 | | 1,000 | 19.00 | | | | |
| 009 | | | | | | | |
| 010 | | 1,000 | 640.00 | | | | |
| 011 | | 1,000 | 197.00 | | | | |
| 012 | | 1,000 | 136.00 | | | | |
| 013 | | 1,000 | 60.00 | | | | |
| 014 | | 1,000 | 213.00 | | | | |
| 015 | | 1,000 | 210.00 | | | | |
| 016 | | 1,000 | 527.00 | | | | |
| 017 | | 1,000 | 269.00 | | | | |
| 018 | | 1,000 | 303.00 | | | | |
| 019 | | 1,000 | 303.00 | | | | |

Policy Number: L96722
Effective Date: 08-30-16

| Unit No. | Stated Amount | Collision Deductible Amount | Premium Amount | Towing Limit | Towing Premium | APC Discount | Safety Discount |
|---|---|---|---|---|---|---|---|
| 001 | | 1,000 | 140.00 | | | | |
| 002 | | 1,000 | 109.00 | | | | |
| 003 | | 1,000 | 144.00 | | | | |
| 004 | | 1,000 | 983.00 | | | | |
| 005 | | 1,000 | 144.00 | | | | |
| 006 | | 1,000 | 140.00 | | | | |
| 007 | | 1,000 | 923.00 | | | | |
| 008 | | 1,000 | 37.00 | | | | |
| 009 | | | | | | | |
| 010 | | 1,000 | 4,317.00 | | | | |
| 011 | | 1,000 | 846.00 | | | | |
| 012 | | 1,000 | 280.00 | | | | |
| 013 | | 1,000 | 99.00 | | | | |
| 014 | | 1,000 | 465.00 | | | | |
| 015 | | 1,000 | 623.00 | | | | |
| 016 | | 1,000 | 3,192.00 | | | | |
| 017 | | 1,000 | 1,066.00 | | | | |
| 018 | | 1,000 | 986.00 | | | | |
| 019 | | 1,000 | 986.00 | | | | |

| Unit No. | Fleet No. | Premium Per Unit Number |
|---|---|---|
| 001 | | 1,627.00 |
| 002 | | 1,620.00 |
| 003 | | 384.00 |
| 004 | | 5,532.00 |
| 005 | | 384.00 |
| 006 | | 1,666.00 |
| 007 | | 5,465.00 |
| 008 | | 119.00 |
| 009 | | 227.00 |
| 010 | | 9,237.00 |
| 011 | | 4,357.00 |
| 012 | | 1,768.00 |
| 013 | | 1,604.00 |
| 014 | | 2,726.00 |
| 015 | | 3,404.00 |
| 016 | | 7,999.00 |

| Unit No. | Fleet No. | Premium Per Unit Number |
|---|---|---|
| 017 | | 4,197.00 |
| 018 | | 3,337.00 |
| 019 | | 3,376.00 |

**Estimated Schedule Premium ................ $ 59,029.00**

[2] Cost of hire means the total amount you incur for the hire of *autos* you do not own (not including *autos* you borrow or rent from your partners or *employees* or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

[3] First number is thousands of bodily injury coverage each person; second number is thousands of bodily injury coverage each *accident;* third number (if any) is thousands of property damage coverage each *accident.*

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED includes the following Additional Named Insureds:

NONE

**FIRST NAMED INSURED IS:**

CORPORATION

# BUSINESS AUTO COVERAGE FORM

## Index of Policy Provisions


| | Page |
|---|---|
| **SECTION I - COVERED AUTOS** | 1 |
| Description of Covered Auto Designation Symbols | 1 |
| Owned Autos You Acquire After the Policy Begins | 1 |
| Certain Trailers, Mobile Equipment and Temporary Substitute Autos | 2 |
| **SECTION II - LIABILITY COVERAGE** | 2 |
| Coverage | 2 |
| Exclusions | 3 |
| Limit of Insurance | 5 |
| **SECTION III - PHYSICAL DAMAGE COVERAGE** | 5 |
| Coverage | 5 |
| Exclusions | 6 |
| Limit of Insurance | 6 |
| Deductible | 7 |
| **SECTION IV - BUSINESS AUTO CONDITIONS** | 7 |
| Loss Conditions | 7 |
| General Conditions | 8 |
| **SECTION V - DEFINITIONS** | 9 |

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the *autos* that are covered *autos* for each of your coverages. The following numerical symbols describe the *autos* that may be covered *autos.* The symbols entered next to a coverage on the Declarations designate the only *autos* that are covered *autos.*

**A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS**

SYMBOL DESCRIPTION

**1** = ANY *AUTO.*

**2** = OWNED *AUTOS* ONLY. Only those *autos* you own (and for Liability Coverage any *trailers* you do not own while attached to power units you own). This includes those *autos* you acquire ownership of after the policy begins.

**3** = OWNED PRIVATE PASSENGER *AUTOS* ONLY. Only the private passenger *autos* you own. This includes those private passenger *autos* you acquire ownership of after the policy begins.

**4** = OWNED *AUTOS* OTHER THAN PRIVATE PASSENGER *AUTOS* ONLY. Only those *autos* you own that are not of the private passenger type (and for Liability Coverage any *trailers* you do not own while attached to power units you own). This includes those *autos* not of the private passenger type you acquire ownership of after the policy begins.

**5** = OWNED *AUTOS* SUBJECT TO NO-FAULT. Only those *autos* you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those *autos* you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged.

**6** = OWNED *AUTOS* SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those *autos* you own that because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those *autos* you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

**7** = SPECIFICALLY DESCRIBED *AUTOS.* Only those *autos* described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any *trailers* you do not own while attached to any power unit described in Item Three).

**8** = HIRED *AUTOS* ONLY. Only those *autos* you lease, hire, rent or borrow. This does not include any *auto* you lease, hire, rent or borrow from any of your *employees* or partners or members of their households.

**9** = NONOWNED *AUTOS* ONLY. Only those *autos* you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes *autos* owned by your *employees,* partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

**19** = MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY OR OTHER MOTOR VEHICLE INSURANCE LAW ONLY. Only those *autos* that are land vehicles and that would qualify under the definition of *mobile equipment* under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged.

**B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS**

1. If symbols 1, 2, 3, 4, 5, 6 or 19 are entered next to a coverage in Item Two of the Declarations, then you have coverage for *autos* that you acquire of the type described for the remainder of the policy period.
2. But, if symbol 7 is entered next to a cov-

erage in Item Two of the Declarations, an *auto* you acquire will be a covered *auto* for that coverage only if:

a. We already cover all *autos* that you own for that coverage or it replaces an *auto* you previously owned that had that coverage; and

b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered *autos* for Liability Coverage:

1. *Trailers* with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. *Mobile equipment* while being carried or towed by a covered *auto.*

3. Any *auto* you do not own while used with the permission of its owner as a temporary substitute for a covered *auto* you own that is out of service because of its:

a. Breakdown;

b. Repair;

c. Servicing;

d. *Loss;* or

e. Destruction.

## SECTION II - LIABILITY COVERAGE

**A. COVERAGE**

We will pay all sums an *insured* legally must pay as damages because of *bodily injury* or *property damage* to which this insurance applies, caused by an *accident* and resulting from the ownership, maintenance or use of a covered *auto.*

We will also pay all sums an *insured* legally must pay as a *covered pollution cost or expense* to which this insurance applies, caused by an *accident* and resulting from the ownership, maintenance or use of covered *autos.* However, we will only pay for the *covered pollution cost or expense* if there is either *bodily injury* or *property damage* to which this insurance applies that is caused by the same *accident.*

We have the right and duty to defend any *insured* against a *suit* asking for such damages or a *covered pollution cost or expense.* However, we have no duty to defend any *insured* against a *suit* seeking damages for *bodily injury* or *property damage* or a *covered pollution cost or expense* to which this insurance does not apply. We may investigate and settle any claim or *suit* as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is an Insured**

The following are *insureds:*

a. You for any covered *auto.*

b. Anyone else while using with your permission a covered *auto* you own, hire or borrow except:

(1) The owner or anyone else from whom you hire or borrow a covered *auto.* This exception does not apply if the covered *auto* is a *trailer* connected to a covered *auto* you own.

(2) Your *employee* if the covered *auto* is owned by that *employee* or a member of his or her household.

(3) Someone using a covered *auto* while he or she is working in a business of selling, servicing, repairing, parking or storing *autos* unless that business is yours.

(4) Anyone other than your *employees,* partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their *employees,* while moving property to or from a covered *auto.*

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered *auto* owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an *insured* described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the *insured:*

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an *accident* we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any *suit* against the *insured* we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the *insured* at our request, in-

cluding actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the *insured* in any *suit* against the *insured* we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the *insured.*

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any *suit* against the *insured* we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out of State Coverage Extensions**

While a covered *auto* is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limit or limits specified by a compulsory or financial responsibility law in the jurisdiction where the covered *auto* is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered *auto* is being used.

We will not pay anyone more than once for the same elements of *loss* because of these extensions.

**B. EXCLUSIONS**

This insurance does not apply to any of the following:

**1. Expected or Intended Injury**

*Bodily injury* or *property damage* expected or intended from the standpoint of the *insured.*

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an *insured contract* provided the *bodily injury* or *property damage* occurs subsequent to the execution of the contract or agreement; or

**b.** That the *insured* would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the *insured* or the *insured's* insurer may be held liable under any workers' compensation law, disability benefits law or unemployment compensation law or any similar law.

**4. Employee Indemnification and Employer's Liability**

*Bodily injury* to:

**a.** An *employee* of the *insured* arising out of and in the course of:

(1) Employment by the *insured;* or

(2) Performing duties related to the conduct of the *insured's* business; or

**b.** The spouse, child, parent, brother or sister of that *employee* as a consequence of paragraph a above.

This exclusion applies:

**a.** Whether the *insured* may be liable as an employer or in any other capacity; and

**b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to *bodily injury* to domestic *employees* not entitled to workers' compensation benefits or to liability assumed by the *insured* under an *insured contract.* For the purposes of the coverage form, a domestic *employee* is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

*Bodily injury* to:

**a.** Any fellow *employee* of the *insured* arising out of and in the course of the fellow *employee's* employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow *employee* as a consequence of paragraph a above.

**6. Care, Custody or Control**

*Property damage* to or *covered pollution cost or expense* involving property owned or transported by the *insured* or in the *insured's* care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling of Property**

*Bodily injury* or *property damage* resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the *insured* for movement into or onto the covered *auto;* or

b. After it is moved from the covered *auto* to the place where it is finally delivered by the *insured.*

**8. Movement of Property by Mechanical Device**

*Bodily injury* or *property damage* resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered *auto.*

**9. Operations**

*Bodily injury* or *property damage* arising out of the operation of:

a. Any equipment listed in paragraphs 6b and 6c of the definition of *mobile equipment*; or

b. Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

*Bodily injury* or *property damage* arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs a or b above.

Your work will be deemed completed at the earliest of the following times:

a. When all of the work called for in your contract has been completed.

b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

*Bodily injury* or *property damage* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered *auto;*

(2) Otherwise in the course of transit by or on behalf of the *insured;* or

(3) Being stored, disposed of, treated or processed in or upon the covered *auto.*

b. Before the *pollutants* or any property in which the *pollutants* are contained are moved from the place where they are accepted by the *insured* for movement into or onto the covered *auto;* or

c. After the *pollutants* or any property in which the *pollutants* are contained are moved from the covered *auto* to the place where they are finally delivered, disposed of or abandoned by the *insured.*

Paragraph a above does not apply to fuels, lubricants, fluids, exhaust gases or other similar *pollutants* that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered *auto* or its parts, if:

(1) The *pollutants* escape, seep, migrate, or are discharged, dispersed or released directly from an *auto* part designed by its manufacturer to hold, store, receive or dispose of such *pollutants;* and

(2) The *bodily injury, property damage* or *covered pollution cost or expense* does not arise out of the operation of any equipment listed in paragraphs 6b and 6c of the definition of *mobile equipment.*

Paragraphs b and c above of this exclusion do not apply to *accidents* that occur away from premises owned by or rented to an *insured* with respect to *pollutants* not in or upon a covered *auto* if:

(1) The *pollutants* or any property in which the *pollutants* are contained are upset, overturned or damaged as a result of the maintenance or use of a covered *auto;* and

(2) The discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused directly by such upset, overturn or damage.

**12. War**

*Bodily injury* or *property damage* arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered *autos* while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered *auto* is being prepared for such a contest or activity.

**C. LIMIT OF INSURANCE**

Regardless of the number of covered *autos*, *insureds*, premiums paid, claims made or vehicles involved in the *accident*, the most we will pay for the total of all damages and *covered pollution cost or expense* combined, resulting from any one *accident* is the Limit of Insurance for Liability Coverage shown in the Declarations.

All *bodily injury*, *property damage* and *covered pollution cost or expense* resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one *accident*.

No one will be entitled to receive duplicate payments for the same elements of *loss* under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. COVERAGE**

**1.** We will pay for *loss* to a covered *auto* or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

(1) The covered *auto's* collision with another object; or

(2) The covered *auto's* overturn.

**b. Specified Causes of Loss Coverage**

Caused by:

(1) Fire, lightning or explosion;

(2) Theft;

(3) Windstorm, hail or earthquake;

(4) Flood;

(5) Mischief or vandalism; or

(6) The sinking, burning, collision or derailment of any conveyance transporting the covered *auto*.

**c. Collision Coverage**

Caused by:

(1) The covered *auto's* collision with another object; or

(2) The covered *auto's* overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered *auto* of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles**

If you carry Comprehensive Coverage for the damaged covered *auto*, we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** *Loss* caused by hitting a bird or animal; and

**c.** *Loss* caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered *auto's* collision or overturn considered a *loss* under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will also pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered *auto* of the private passenger type. We will pay only for those covered *autos* for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered *auto* is returned to use or we pay for its *loss*.

**b. Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an *insured* becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

(1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered *auto;*

(2) Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered *auto;* or

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered *auto.*

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. EXCLUSIONS**

1. We will not pay for *loss* caused by or resulting from any of the following. Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss.*

**a. Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for *loss* to any covered *auto* while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for *loss* to any covered *auto* while that covered *auto* is being prepared for such a contest or activity.

3. We will not pay for *loss* due and confined to:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such *loss* resulting from the total theft of a covered *auto.*

4. We will not pay for *loss* to any of the following:

a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

b. Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

d. Any accessories used with the electronic equipment described in paragraph c above.

5. Exclusions 4c and 4d do not apply to equipment designed to be operated solely by use of the power from the *auto's* electrical system that, at the time of *loss,* is:

a. Permanently installed in or upon the covered *auto;*

b. Removable from a housing unit which is permanently installed in or upon the covered *auto;*

c. An integral part of the same unit housing any electronic equipment described in paragraphs a and b above; or

d. Necessary for the normal operation of the covered *auto* or the monitoring of the covered *auto's* operating system.

6. We will not pay for *loss* to a covered *auto* due to *diminution of value.*

**C. LIMIT OF INSURANCE**

1. The most we will pay for *loss* in any one *accident* is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of the *loss;* or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. $1,000 is the most we will pay for *loss* in any one *accident* to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of *loss,* is:

a. Permanently installed in or upon the covered *auto* in a housing, opening or other location that is not normally used by the *auto* manufacturer for the installation of such equipment;

b. Removable from a permanently installed housing unit as described in paragraph 2a above or is an integral part of that equipment; or

c. An integral part of such equipment.

3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total *loss*.

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. DEDUCTIBLE**

For each covered *auto*, our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to *loss* caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. LOSS CONDITIONS**

**1. Appraisal for Physical Damage Loss**

If you and we disagree on the amount of *loss*, either may demand an appraisal of the *loss*. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of *loss*. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties in the Event of Accident, Claim, Suit or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of *accident*, claim, *suit* or *loss*, you must give us or our authorized representative prompt notice of the *accident* or *loss*. Include:

(1) How, when and where the *accident* or *loss* occurred;

(2) The *insured's* name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved *insured* must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the *insured's* own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or *suit*.

(3) Cooperate with us in the investigation or settlement of the claim or defense against the *suit*.

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is *loss* to a covered *auto* or its equipment you must also do the following:

(1) Promptly notify the police if the covered *auto* or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered *auto* from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered *auto* and records proving the *loss* before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

a. There has been full compliance with all the terms of this coverage form; and

b. Under Liability coverage, we agree in writing that the *insured* has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the *insured's* liability.

4. **Loss Payment - Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property at our expense. We will pay for any damage that results to the *auto* from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the *loss*, our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after *accident* or *loss* to impair them.

**B. GENERAL CONDITIONS**

1. **Bankruptcy**

Bankruptcy or insolvency of the *insured* or the *insured's* estate will not relieve us of any obligations under this coverage form.

2. **Concealment, Misrepresentation or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other *insured*, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This coverage form;

b. The covered *auto;*

c. Your interest in the covered *auto;* or

d. A claim under this coverage form.

3. **Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit to Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

5. **Other Insurance**

a. For any covered *auto* you own, this coverage form provides primary insurance. For any covered *auto* you do not own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered *auto* which is a *trailer* is connected to another vehicle, the Liability Coverage this coverage form provides for the *trailer* is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered *auto* you own.

b. For Hired Auto Physical Damage Coverage, any covered *auto* you lease, hire, rent or borrow is deemed to be a covered *auto* you own. However, any *auto* that is leased, hired, rented or borrowed with a driver is not a covered *auto*.

c. Regardless of the provisions of paragraph a above, this coverage form's Liability Coverage is primary for any liability assumed under an *insured contract*.

d. When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the First Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the First Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

a. Under this coverage form, we cover *accidents* and *losses* occurring:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory.

b. The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if:

(a) A covered *auto* of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(b) The *insured's* responsibility to pay damages is determined in a *suit* on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

c. We also cover *loss* to, or *accidents* involving, a covered *auto* while being transported between any of these places.

**8. Two or More Coverage Forms or Policies Issued by Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same *accident*, the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION V - DEFINITIONS

**A.** *"Accident"* includes continuous or repeated exposure to the same conditions resulting in *bodily injury* or *property damage.*

**B.** *"Auto"* means:

**1.** A land motor vehicle, *trailer* or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, *auto* does not include *mobile equipment.*

**C.** *"Bodily injury"* means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** *"Covered pollution cost or expense"* means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants*; or

**2.** Any claim or *suit* by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of *pollutants.*

*Covered pollution cost or expense* does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered *auto;*

(2) Otherwise in the course of transit by or on behalf of the *insured;* or

(3) Being stored, disposed of, treated or processed in or upon the covered *auto;*

**b.** Before the *pollutants* or any property in which the *pollutants* are contained are moved from the place where they are accepted by the *insured* for movement into or onto the covered *auto;* or

**c.** After the *pollutants* or any property in which the *pollutants* are contained are moved from the covered *auto* to the place where they finally are delivered, disposed of or abandoned by the *insured.*

Paragraph a above does not apply to fuels, lubricants, fluids, exhaust gases or other similar *pollutants* that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered *auto* or its parts, if:

(1) The *pollutants* escape, seep, migrate, or are discharged, dispersed or released directly from an *auto* part designed by its manufacturer to hold, store, receive or dispose of such *pollutants;* and

(2) The *bodily injury, property damage*

or *covered pollution cost or expense* does not arise out of the operation of any equipment listed in paragraphs 6b or 6c of the definition of *mobile equipment.*

Paragraphs b and c above do not apply to *accidents* that occur away from premises owned by or rented to an *insured* with respect to *pollutants* not in or upon a covered *auto* if:

(1) The *pollutants* or any property in which the *pollutants* are contained are upset, overturned or damaged as a result of the maintenance or use of a covered *auto;* and

(2) The discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused directly by such upset, overturn or damage.

**E.** *"Diminution in value"* means the actual or perceived loss in market value or resale value which results from a direct or accidental *loss.*

**F.** *"Employee"* includes a *leased worker. Employee* does not include a *temporary worker.*

**G.** *"Insured"* means any person or organization qualifying as an *insured* in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each *insured* who is seeking coverage or against whom a claim or *suit* is brought.

**H.** *"Insured contract"* means:

1. A lease of premises;
2. A sidetrack agreement;
3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for *bodily injury* or *property damage* to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.
6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your *employees,* of any *auto.* However, such contract or agreement shall not be considered an *insured contract* to the extent that it obligates you or any of your *employees* to pay for *property damage* to any *auto* rented or leased by you or any of your *employees.*

An *insured contract* does not include that part of any contract or agreement:

1. That indemnifies a railroad for *bodily injury* or *property damage* arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;
2. That pertains to the loan, lease or rental of an *auto* to you or any of your *employees,* if the *auto* is loaned, leased or rented with a driver; or
3. That holds a person or organization engaged in the business of transporting property by *auto* for hire harmless for your use of a covered *auto* over a route or territory that person or organization is authorized to serve by public authority.

**I.** *"Leased worker"* means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. *Leased worker* does not include a *temporary worker.*

**J.** *"Loss"* means direct and accidental loss or damage.

**K.** *"Mobile equipment"* means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;
2. Vehicles maintained for use solely on or next to premises you own or rent;
3. Vehicles that travel on crawler-treads;
4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:
   a. Power cranes, shovels, loaders, diggers or drills; or
   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;
5. Vehicles not described in paragraph 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:
   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or
   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in paragraph 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not *mobile equipment* but will be considered *autos:*

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning.

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, *mobile equipment* does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered *autos.*

L. *"Pollutants"* means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. *"Property damage"* means damage to or loss of use of tangible property.

N. *"Suit"* means a civil proceeding in which:

   1. Damages because of *bodily injury* or *property damage;* or

   2. A *covered pollution cost or expense;*

   to which this insurance applies are alleged.

   Suit includes:

   1. An arbitration proceeding in which such damages or *covered pollution costs or expenses* are claimed and to which the *insured* must submit or does submit with our consent; or

   2. Any other alternative dispute resolution proceeding in which such damages or *covered pollution costs or expenses* are claimed and to which the *insured* submits with our consent.

O. *"Temporary worker"* means a person who is furnished to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions.

P. *"Trailer"* includes semitrailer.

**INDIANA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE** **CA-7036(12-15)**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For a covered *auto* licensed or principally garaged in, or *garage operations* conducted in, Indiana:

1. **COVERAGE**

   a. **Uninsured Motorists Coverage**

      We will pay all sums in excess of any deductible shown in the Declarations that the *insured* is legally entitled to recover as compensatory damages from the owner or driver of an *uninsured motor vehicle*. The damages must result from:

      (1) *Bodily injury* sustained by the *insured* and caused by an *accident* with an *uninsured motor vehicle*. This coverage applies only if the Declarations indicate that Uninsured Motorists Bodily Injury Coverage applies; or

      (2) *Property damage* caused by an *accident* with an *uninsured motor vehicle*. This coverage applies only if the Declarations indicate that Uninsured Motorists Property Damage Coverage applies.

      The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the *uninsured motor vehicle*.

   b. **Underinsured Motorists Coverage**

      We will pay all sums the *insured* is legally entitled to recover as compensatory damages from the owner or driver of an *underinsured motor vehicle*. The damage must result from *bodily injury* sustained by an *insured* and caused by an *accident* with an *underinsured motor vehicle*. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the *underinsured motor vehicle*.

      We will pay under this coverage only if paragraph (1) or (2) below applies:

      (1) The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

      (2) A tentative settlement has been made between an *insured* and the insurer of the *underinsured motor vehicle* and we:

         (a) Have been given prompt written notice of such tentative settlement; and

         (b) Advance payment to the *insured* in an amount equal to the tentative settlement within 30 days after receipt of notification.

2. **WHO IS AN INSURED**

   If the Named Insured is designated in the Declarations as:

   a. An individual, then the following are *insureds:*

      (1) The Named Insured and any *family members*.

      (2) Anyone else *occupying* a covered *auto* or a temporary substitute for a covered *auto*. The covered *auto* must be out of service because of its breakdown, repair, servicing, *loss* or destruction.

      (3) Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured*.

   b. A partnership, limited liability company, corporation or any other form of organization, then the following are *insureds*.

      (1) Anyone *occupying* a covered *auto* or a temporary substitute for a covered *auto*. The covered *auto* must be out of service because of its breakdown, repair, servicing, *loss* or destruction.

      (2) Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured*.

      (3) The Named Insured for *property damage* only.

3. **EXCLUSIONS**

   This insurance does not apply to:

   a. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an *underinsured motor vehicle* in accordance with the procedure described in paragraph 1b(2).

   b. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation law, disability benefits law or similar law;

   c. *Bodily injury* if sustained by:

      (1) An individual Named Insured while *occupying* any vehicle owned by that Named Insured that is not a covered *auto* under this Coverage Form; or

      (2) Any *family member* while *occupying* any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

d. Any *insured* using a vehicle without a reasonable belief that the *insured* is entitled to do so;

e. *Property damage* to an *auto* or to property contained in an *auto* owned by the Named Insured which is not a covered *auto;*

f. The direct or indirect benefit of any insurer of property;

g. *Property damage* for which the *insured* has been or is entitled to be compensated by other property or physical damage insurance;

h. Punitive or exemplary damages; and

i. *Property damage* caused by a hit-and-run vehicle.

j. *Bodily injury* or *property damage* arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

k. *Noneconomic loss* sustained by any *insured* if such *insured* is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

However, Exclusion 3k does not apply to an *insured* under 18 years of age.

**4. LIMIT OF INSURANCE**

**a. Uninsured Motorists Coverage**

(1) The Uninsured Motorists Bodily Injury Coverage Limit of Insurance shown in the Declarations applies regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident.*

(a) The "each person" Limit of Insurance is the most we will pay for all damages resulting from *bodily injury* to any one person caused by any one *accident,* including all damages claimed by any person or organization for care, loss of services or death resulting from the *bodily injury.*

(b) Subject to the "each person" Limit of Insurance, the "each accident" Limit of Insurance is the most we will pay for all damages resulting from *bodily injury* caused by any one *accident.*

(2) The Uninsured Motorists Property Damage Coverage Limit of Insurance shown in the Declarations applies regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident.*

The "each accident" Limit of Insurance is the most we will pay for all damages resulting from *property damage* caused by any one *accident.*

The amount of damages will be reduced by any deductible applying to Uninsured Motorists Property Damage Coverage.

**b. Underinsured Motorists Coverage**

The Underinsured Motorists Coverage Limit of Insurance shown in the Declarations applies regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident.*

(1) The "each person" Limit of Insurance is the most we will pay for all damages resulting from *bodily injury* to any one person caused by any one *accident,* including all damages claimed by any person or organization for care, loss of services or death resulting from the *bodily injury.*

(2) Subject to the "each person" Limit of Insurance, the "each accident" Limit of Insurance is the most we will pay for all damages resulting from *bodily injury* caused by any one *accident.*

c. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

d. No one will be entitled to receive duplicate payments for the same elements of *loss* under this Coverage Form and any Liability Coverage Form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of *loss* for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of *loss* if a person is entitled to receive payment for the same element of loss under any workers' compensation, disability benefits or similar law.

e. We will not pay for a *loss* which is paid or payable under Physical Damage Coverage.

f. No *insured* shall recover duplicate payments for the same elements of *loss* or payments in excess of damages sustained.

**5. CHANGES IN CONDITIONS**

The Conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

**a.** Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary and Excess Insurance Provisions in the Motor Carrier Endorsement and Motor Carrier Coverage Form is replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

| | |
|---|---|
| **First Priority** | The Uninsured Motorists Coverage or Underinsured Motorists Coverage applicable to the vehicle the *insured* was *occupying* at the time of the *accident.* |
| **Second Priority** | Any other coverage form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the *insured.* |

(1) The Limit of Insurance under the vehicle the *insured* was *occupying* under the coverage form or policy in the First Priority shall first be exhausted.

(2) The maximum recovery for damages under all coverage forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a First or Second Priority basis.

(3) We will pay only our share of the *loss.* Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

**b.** For Uninsured Motorists Coverage, the Legal Action Against Us provision is replaced by the following:

(1) No one may bring a legal action against us under this Coverage Form until there has been full compliance with all terms of this Coverage Form.

(2) Any legal action against us under this Coverage Form must be brought within two years after the date of the *accident.* However, this paragraph b(2) does not apply to an *insured* if, within two years after the date of the *accident,* we and the *insured* agree to arbitration in accordance with this endorsement.

**c.** For Underinsured Motorists Coverage, the Legal Action Against Us provision is replaced by the following:

(1) No one may bring a legal action against us under this Coverage Form until there has been full compliance with all terms of this Coverage Form.

(2) Any legal action against us under this Coverage Form must be brought within two years after the date of the *accident.* However, this paragraph c(2) does not apply if, within two years after the date of the *accident:*

(a) We and the *insured* agree to arbitration in accordance with this endorsement.

(b) The *insured* has filed an action for *bodily injury* against the owner or operator of the *underinsured motorists vehicle,* and such action is:

(i) filed in a court of competent jurisdiction; and

(ii) not barred by the applicable state statute of limitations.

In the event that the two year time limitation identified in this Condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**d.** Duties in the Event of Accident, Claim, Suit or Loss is changed by adding the following:

(1) Promptly notify the police if a hit-and-run driver is involved;

(2) Promptly send us copies of the legal papers if a *suit* is brought; and

(3) A person seeking coverage from an insurer, owner or operator of an *underinsured motor vehicle* must also promptly notify us in writing of a tentative settlement between the *insured* and the insurer and allow us to advance payment to that *insured* in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**e.** Transfer of Rights of Recovery Against Others to Us is changed by adding the following:

(1) If we make any payment and the *insured* recovers from another party, the *insured* shall hold the proceeds in trust for us and pay us back the amount we have paid.

(2) With respect to Underinsured Motorists Coverage, our rights do not apply under this provision if we:

(a) Have been given prompt written notice of a tentative settlement between an *insured* and the insurer of the *underinsured motor vehicle;* and

(b) Fail to advance payment to the *insured* in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the *insured* in an amount equal to the tentative settlement within 30 days after notification:

(i) That payment will be separate from any amount the insured is entitled to recover under the provisions of this coverage; and

(ii) We also have the right to recover the advance payment from the insurer, or the owner or operator of the *underinsured motor vehicle.*

(3) If we make a payment because the insurer of the uninsured motor vehicle or underinsured motor vehicle is or becomes insolvent, the Transfer of Rights of Recovery Against Others To Us Condition does not apply to any rights of recovery against:

(a) The Indiana Guaranty Fund; or

(b) The *insured* of the insolvent insurer, except in amounts that exceed the limit of liability of the coverage form or policy that was issued by that insolvent insurer.

**f.** The following Condition is added:

**Arbitration**

If we and an *insured* disagree whether the *insured* is legally entitled to recover damages from the owner or driver of an *uninsured motor vehicle* or *underinsured motor vehicle* or do not agree as to the amount of damages that are recoverable by that *insured,* then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the *insured* lives. Local rules of law as to arbitration procedures and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**6. ADDITIONAL DEFINITIONS**

As used in this endorsement:

**a.** *"Family member"* means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**b.** *"Noneconomic loss"* means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

**c.** *"Occupying"* means in, upon or getting in, on, out or off.

**d.** *"Property damage"* means damage to a covered *auto* or to property owned by the Named Insured or if the Named Insured is an individual, a *family member* while contained in a covered *auto.* However, *property damage* does not include loss of use of damaged or destroyed property.

**e.** *"Uninsured motor vehicle"* means a land motor vehicle or *trailer:*

(1) For which no liability bond or policy at the time of an *accident* provides at least the amounts required by the financial responsibility law of Indiana;

(2) For which an insuring or bonding company denies coverage or is or becomes insolvent; or

(3) Which is a hit-and-run vehicle and neither the driver nor the owner can be identified. The vehicle must hit an *insured,* a covered *auto* or a vehicle an *insured* is *occupying* or must hit another vehicle that hits an *insured,* a covered *auto* or a vehicle an *insured* is *occupying.*

However, *uninsured motor vehicle* does not include any vehicle:

(1) Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by the financial responsibility law of Indiana;

(2) Owned by a governmental unit or agency while being used in an authorized manner; or

(3) Designed for use mainly off public roads while not on public roads.

**f.** *"Underinsured motor vehicle"* means a land motor vehicle or *trailer* for which the sum of all liability bonds or policies at the time of an *accident* provides at least the amounts required by the financial responsibility law of Indiana but their limits are either:

(1) Less than the Limits of Insurance for Underinsured Motorists Coverage; or

(2) Reduced by payments to others injured in the *accident* to an amount which is less than the Limits of Insurance for Underinsured Motorists Coverage.

However, *underinsured motor vehicle* does not include any vehicle:

(1) Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required;

(2) Owned by a governmental unit or agency while being used in an authorized manner; or

(3) Designed for use mainly off public roads while not on public roads.

**INDIANA CHANGES - CANCELLATION AND NONRENEWAL** **IL-7015(3-14)**

This endorsement modifies insurance provided under the following:

BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DIRECTORS AND OFFICERS LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**1.** Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

**a.** If this policy has been in effect for 90 days or less and is not a renewal or continuation policy, we will give the First Named Insured written notice of cancellation at least 30 days prior to cancelling the policy except:

(1) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(2) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**b.** If this policy has been in effect for more than 90 days or is a renewal or continuation policy:

(1) We may cancel this policy only for one or more of the following reasons:

(a) Nonpayment of premium;

(b) There is a substantial change in the scale of risk covered by the policy;

(c) The insured has perpetrated a fraud or material misrepresentation upon us;

(d) The insured has failed to comply with reasonable safety recommendations; or

(e) Reinsurance of the risk associated with the policy has been cancelled.

(2) We will give the First Named Insured written notice of cancellation at least 45 days prior to cancelling the policy except:

(a) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(b) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**2.** Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be computed pro rata. If the First Named Insured cancels, the refund will be computed at 90% of pro rata. The cancellation will be effective even if we have not made or offered a refund.

**3.** The following Condition is added and supercedes any provision to the contrary:

**NONRENEWAL**

**a.** If we decide not to renew this policy, we will send written notice to the First Named Insured at least 45 days prior to the expiration date of the policy if the policy is written for a period of one year or less. If the policy is written for a period of more than one year, notice will be sent at least 45 days prior to the anniversary date of the policy.

**b.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**ENDORSEMENT FOR MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980 (MCS-90)**

CA-7100(2-11)

Issued to CCE INC C/O JEFF EASTRIDGE 211 BUSCH PL NEW ALBANY IN 47150

Dated at SHEBOYGAN, WISCONSIN on AUGUST 25, 2016

Amending Policy No. L96722 Effective Date AUGUST 30, 2016

Name of Insurance Company *ACUITY,* A MUTUAL INSURANCE COMPANY

Countersigned by

President

This insurance is primary and the company shall not be liable for amounts in excess of $750,000 for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is: 920-458-9131.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date the notice is received by the FMCSA at its office in Washington, D.C.).

**DEFINITIONS AS USED IN THIS ENDORSEMENT**

***Accident*** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

***Motor Vehicle*** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

***Bodily Injury*** means injury to the body, sickness, or disease to any person, including death resulting from any of these.

***Property Damage*** means damage to or loss of use of tangible property.

***Environmental Restoration*** means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

***Public Liability*** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

---

THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.

**SCHEDULE OF LIMITS - *PUBLIC LIABILITY***

| Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous) | $ 750,000 |
| (2) For-hire and Private (In interstate, foreign or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials. Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | 5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity, or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials, and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | 1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group 1, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | 5,000,000 |

**EXCLUSION OF TERRORISM**



This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is shown in italics:

**1.** *"Terrorism"* means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** *"Any injury, damage, loss or expense"* means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal injury, personal and advertising injury, loss,* loss of use, rental reimbursement after *loss* or *covered pollution cost or expense,* as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage or Garagekeepers Coverage - Customers' Sound Receiving Equipment, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for *any injury, damage, loss or expense* caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism. Any injury, damage, loss or expense* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

**1.** The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

**3.** The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried

out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs B5 and B6 are exceeded.

With respect to this exclusion, Paragraphs B5 and B6 describe the thresholds used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of *terrorism*, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage or Garagekeepers Coverage - Customers' Sound Receiving Equipment, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any *loss*, loss of use or rental reimbursement after *loss* caused directly or indirectly by *terrorism*, including action in hindering or defending against an actual or expected incident of *terrorism*. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

1. The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or
2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or
3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or
5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph C5 is exceeded.

With respect to this exclusion, Paragraph C5 describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of *terrorism*, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of *terrorism* that is not subject to the exclusion in Paragraph B or C, coverage does not apply to *any injury, damage, loss or expense* that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

## ASBESTOS EXCLUSION

**IL-7012(3-14)**

This endorsement modifies insurance provided under the following:

BIS-PAK BUSINESS LIABILITY AND MEDICAL EXPENSE COVERAGE FORM

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

GARAGE COVERAGE FORM

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

The following exclusion is added:

**Asbestos**

This insurance does not apply to any *bodily injury* or *property damage* arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.

**_ACUITY_ ADVANTAGES - BUSINESS AUTO** CA-7246(11-15)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

1. **Newly Acquired Organizations**

   The following is added to paragraph A1, Who Is an Insured of Section II - Liability Coverage:

   Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. This coverage does not apply to bodily injury or property damage that occurred before you acquired or formed the organization;

   c. No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

2. **Increased Supplementary Payments**

   a. The limit shown in paragraph A2a(2) of Section II - Liability Coverage is increased to $2,500.

   b. The limit shown in paragraph A2a(4) of Section II - Liability Coverage is increased to $300.

3. **Towing for Covered Autos after Covered Losses**

   The following is added to paragraph A4 Coverage Extensions of Section III - Physical Damage Coverage in the Business Auto Coverage Form and to paragraph - A4 Coverage Extension under Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form and the Towing Coverage endorsement, if it applies to your policy:

   If a covered *loss* to a covered *auto* renders the vehicle undriveable, we will pay for reasonable and necessary costs to tow the vehicle to the nearest service or salvage facility. This coverage only applies to a covered *auto* insured for Comprehensive or Collision coverage. Such payments will not reduce the limits of insurance described in C Limit of Insurance.

4. **Coverage Extensions**

   The following are added to paragraph A4, Coverage Extensions of Section III - Physical Damage Coverage in the Business Auto Coverage Form and to paragraph A4, Coverage Extensions under Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form:

   a. **Fuel in Vehicle Coverage**

      We will also pay, with respect to a covered *loss*, the actual loss sustained for the *loss* to the fuel used to operate your vehicle but only with respect to a covered *auto*. You must provide documentation supporting your claim for damages.

      **Deductible**

      A deductible applies to this coverage. Refer to paragraph 5 Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle, and Electronic Logging Devices or Electronic On-Board Recorders for further information.

   b. **Miscellaneous Equipment Used With Covered Vehicle Coverage**

      We will also pay, with respect to a covered *loss*, the actual cash value, repair cost or replacement cost, whichever is less, for *loss* to your miscellaneous equipment but only with respect to a covered *auto*. Miscellaneous equipment means hand trucks, dollies, pallets, pads, covers, binders, tarps, tie-downs, chains and other similar equipment used in the handling of property being transported.

      **Deductible**

      A deductible applies to this coverage. Refer to paragraph 5 Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle, and Electronic Logging Devices or Electronic On-Board Recorders for further information.

   c. **Electronic Logging Devices or Electronic On-Board Recorders**

      We will also pay, with respect to a covered *loss*, up to $3,000 for the actual loss sustained to an electronic on-board recorder or electronic logging device permanently installed in the *auto* but only with respect to a covered *auto*.

      **Deductible**

      A deductible applies to this coverage. Refer to paragraph 5 Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used with Covered Vehicle, and Electronic Logging Devices or Electronic On-Board Recorders for further information.

5. **Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle, and Electronic Logging Devices or Electronic On-Board Recorders**

   a. If *loss* to property covered by these coverages is the result of a *loss* to the covered

*auto* under this Coverage Form's Comprehensive or Collision Coverage, then for each covered *auto* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to *loss* to property covered by an extension caused by fire or lightning.

**b.** If *loss* to property covered by these coverages is the result of a *loss* to the covered *auto* under this Coverage Form's Specified Causes of Loss Coverage, then for each covered *auto* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by a $100 deductible.

**c.** In the event that there is more than one applicable deductible, only the highest deductible will apply. In no event will more than one deductible apply.

**6. Deductible Waiver**

The following is added to paragraph D of Section III - Physical Damage Coverage in the Business Auto Coverage Form and to paragraph D of Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form:

If the insured chooses to have a damaged windshield or other glass repaired, no deductible will apply to the loss.

**7. Knowledge of an Occurrence**

The following is added to paragraph A2, Duties in the Event of Accident, Claim, Suit or Loss of Section IV - Business Auto Conditions in the Business Auto Coverage Form and to paragraph A2, Duties in the Event of an Accident, Claim, Suit or Loss of Section V - Motor Carrier Conditions in the Motor Carrier Coverage Form:

Knowledge of an *accident*, claim, *suit*, or *loss* by an agent or *employee* of any insured shall not in itself constitute knowledge of the insured unless your partners, executive officers, directors, managers, members or a person who has been designated by them to receive reports of *accidents*, claims, *suits* or *loss* shall have received such notice from the agent or *employee*.

## INDIANA CHANGES - WORKERS' COMPENSATION EXCLUSION

IL-0117R(12-10)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Form
Owners And Contractors Protective Liability Coverage Part
Products/Completed Operations Liability Coverage Form
Railroad Protective Liability Coverage Form

The following is added to the Workers' Compensation and Similar Laws Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the Workers' Compensation Exclusion:

This exclusion also applies to any obligation of the *insured* under the Indiana Workers' Compensation statutes arising out of the failure of the *insured* to exact from a contractor (or subcontractor if the *insured* is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Commercial Excess Liability Coverage Form, the following is added to exclusion 2e:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM** IL-0021F(3-14)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**1.** The insurance does not apply:

**a.** Under any Liability Coverage to *bodily injury* or *property damage:*

(1) With respect to which an *insured* under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Medical Payments coverage, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

**c.** Under any Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material,* if:

(1) The *nuclear material:*

(a) Is at any *nuclear facility* owned by, or operated by or on behalf of, an *insured;* or

(b) Has been discharged or dispersed therefrom.

(2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an *insured;* or

(3) The *bodily injury* or *property damage* arises out of the furnishing by an *insured* of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

**2.** As used in this endorsement:

**a.** *"Hazardous properties"* include radioactive, toxic or explosive properties.

**b.** *"Nuclear material"* means *source material, special nuclear material* or *byproduct material.*

**c.** *"Source material," "special nuclear material"* and *"byproduct material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**d.** *"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor.*

**e.** *"Waste"* means any waste material:

(1) Containing *byproducts material* other than the tailings or *wastes* produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

(2) Resulting from the operation by any person or organization of any *nuclear facility* included under the first two paragraphs of the definition of *nuclear facility.*

**f.** *"Nuclear facility"* means:

(1) Any *nuclear reactor;*

(2) Any equipment or device designed or used for:

(a) Separating the isotopes of uranium or plutonium;

(b) Processing or utilizing *spent fuel;* or

(c) Handling, processing or packaging *waste.*

(3) Any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the *insured* at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235.

(4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

g. *"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

h. *"Property damage"* includes all forms of radioactive contamination of property.

**INDIANA CHANGES**

**CA-7041(10-12)**

For a covered *auto* licensed in, or *garage operations* conducted in Indiana, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

1. Except as provided in paragraph 2 of this endorsement, the Other Insurance Condition in the Business Auto and Garage Coverage Forms and the Other Insurance - Primary and Excess Insurance Provisions in the Motor Carrier Coverage Form is changed by adding the following and supersedes any provision to the contrary:

   If there is other applicable insurance available under one or more policies or provisions of coverage, any insurance we provide for any covered *auto* owned by an *insured* is primary and shall first be exhausted.

2. The Other Insurance Condition in the Business Auto and Garage Coverage Forms and the Other Insurance - Primary and Excess Insurance Provisions in the Motor Carrier Coverage Form is changed by adding the following:

   a. When two coverage forms providing liability coverage apply to an *auto* and:

      (1) One provides coverage to a named insured engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing *autos;* and

      (2) The other provides coverage to a person not engaged in that business; and

      (3) At the time of an *accident* a person described in 2a(2) is operating an *auto* owned by the business described in 2a(1);

      then that person's liability coverage is primary and the coverage form issued to a business described in 2a(1) is excess over any coverage available to that person.

   b. When two coverage forms providing liability coverage apply to an *auto* and:

      (1) One provides coverage to a named insured engaged in the business of repairing, servicing, parking or storing *autos;* and

      (2) The other provides coverage to a person not engaged in that business; and

      (3) At the time of an *accident* an *insured* under the coverage form described in 2b(1) is operating an *auto* owned by a person described in 2b(2);

      then the liability coverage form issued to the business described in 2b(1) is primary and the coverage form issued to a person described in 2b(2) is excess over any coverage available to the business.

## AUTO MEDICAL PAYMENTS COVERAGE



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1. COVERAGE**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an *insured* who sustains *bodily injury* caused by an *accident.* We will pay only those expenses incurred within three years from the date of the *accident.*

**2. WHO IS AN INSURED**

**a.** You while *occupying* or, while a pedestrian, when struck by any *auto.*

**b.** If you are an individual, any *family member* while *occupying* any *auto* or, while a pedestrian, when struck by any *auto.*

**c.** Anyone else *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of service because of its breakdown, repair, servicing, loss or destruction.

**3. EXCLUSIONS**

This insurance does not apply to any of the following:

**a.** *Bodily injury* sustained by an *insured* while *occupying* a vehicle located for use as a premises.

**b.** *Bodily injury* sustained by you or any *family member* while *occupying* or struck by any vehicle (other than a covered *auto*) owned by you or furnished or available for your regular use.

**c.** *Bodily injury* sustained by any *family member* while *occupying* or struck by any vehicle (other than a covered *auto*) owned by or furnished or available for the regular use of any *family member.*

**d.** *Bodily injury* to your *employee* arising out of and in the course of employment by you. However we will cover *bodily injury* to your domestic *employees* if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic *employee* is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e.** *Bodily injury* to an *insured* while working in a business of selling, servicing, repairing or parking *autos* unless that business is yours.

**f.** *Bodily injury* arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** *Bodily injury* to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**h.** *Bodily injury* sustained by an *insured* while *occupying* any covered *auto* while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any *bodily injury* sustained by an *insured* while the *auto* is being prepared for such a contest or activity.

**4. LIMIT OF INSURANCE**

Regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for *bodily injury* for each *insured* injured in any one *accident* is the Limit of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of *loss* under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**5. CHANGES IN CONDITIONS**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**a.** The Transfer of Rights of Recovery Against Others to Us Condition does not apply.

**b.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary and Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**6. ADDITIONAL DEFINITIONS**

As used in this endorsement:

a. *"Family member"* means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

b. *"Occupying"* means in, upon, getting in, on, out or off.

**COMMON POLICY CONDITIONS**

**IL-0017F(11-98)**

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**INDIANA CHANGES - AMENDMENT OF DEFINITION OF POLLUTANTS** **CA-7264(10-12)**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

The following replaces the definition of *"Pollutants"* under the Definitions section:

*"Pollutants"* means any solid, liquid, gaseous, bacterial, fungal, electromagnetic, thermal or other substance that can be toxic or hazardous, cause irritation to animals or persons and/or cause contamination to property and the environment including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Specific examples identified as pollutants include, but are not limited to, diesel, kerosene, and other fuel oils, gasoline, butane, propane, natural gas, and other fuels, brake fluid, transmission fluid, and other hydraulic fluids, ethylene glycol, methanol, ethanol, isopropyl alcohol, and propylene glycol, and other antifreeze additives, grease, tar, petroleum distillates, and other petroleum products, carbon monoxide, and other exhaust gases, stoddard solvent, mineral spirits, and other solvents, chromium compounds, emulsions/emulsifiers, naphtha, tetrachloroethylene, perchloroethylene (PERC), trichloroethylene (TCE), methylene chloroform, and other dry cleaning chemicals, methyl isobutyl ketone, methyl ethyl ketone, n-butyl acetate, 2-butoxyethanol, hexylene glycol, peroxides, freon, polychlorinated biphenyl (PCB), CFC113, chlorofluorocarbons, chlorinated hydrocarbons, adhesives, pesticides, insecticides, barium, 1,2-Dichloroethylene, ethylene dichloride, dichloromethane, methylene chloride, ethylbenzene, lead, Mercury, Selenium, sulfate, xylene, silica, sewage, and industrial waste materials and all substances specifically listed, identified, or described by one or more of the following references: **Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances** (1997 and all subsequent editions), **Agency for Toxic Substances and Disease Registry ToxFAQs™**, and/or **U.S. Environmental Protection Agency EMCI Chemical References Complete Index.** Substances identified as examples above or by the referenced lists also include materials or substances to be discarded, recycled, reconditioned, or reclaimed.

The definition of *pollutants* applies whether or not such solid, liquid, gaseous, bacterial, fungal, electromagnetic or thermal irritant or contaminant is your product or products used by or for you, and/or is an integral part of or incidental to your business or operations or has any function in your business, operations, premises, site, or location.

**INDIANA CHANGES** **IL-0158F(3-14)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX COVERAGE FORM K

COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY PREMISES COVERAGE FORM L

COMMERCIAL CRIME - SAFE DEPOSITORY LIABILITY COVERAGE FORM M

COMMERCIAL GENERAL LIABILITY COVERAGE PART

COMMERCIAL PROPERTY - LEGAL LIABILITY COVERAGE FORM

COMMERCIAL PROPERTY - MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM*

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

FARM LIABILITY COVERAGE FORM

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

* Under the Mortgage Holders Errors and Omissions Coverage Form, the following condition applies only to Coverage C and Coverage D.

The following condition is added:

Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

## INDIANA CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD

IL-0156F(7-89)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The Concealment, Misrepresentation or Fraud Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

1. Concealment or misrepresentation of a material fact; or
2. Fraud,

committed by an insured at any time and relating to a claim under this policy.

## FAILURE TO DISCLOSE ENDORSEMENT

IL-7045(3-14)

This endorsement modifies insurance provided under the following:

BIS-PAK COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
ERRORS AND OMISSIONS COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
POLLUTION LIABILITY COVERAGE FORM
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

It is agreed that failure of the insured to disclose all hazards existing as of the inception or renewal date of this policy, or errors or omissions in applications, declarations, schedules, endorsements or other documents shall not prejudice the insured with respect to the coverage afforded by this policy as long as such failure, error or omission was unintentional.

## NOTICE OF CANCELLATION ENDORSEMENT

IL-7002(10-90)

All Coverage Parts included in this policy are subject to the following condition:

If we cancel this policy, for any reason other than nonpayment of premium, we will mail advance notice to the person(s) or organization(s) as shown in the Schedule.

**SCHEDULE**

| Person or Organization (Name and Address) | Advance Notice (Days) |
|---|---|
| LOUISVILLE JEFFERSON CTY METRO<br>GOVENMENT INSPECT PERMITS & LICEN<br>444 S 5TH ST STE 100<br>LOUISVILLE KY 40202 | 30 |

**ADDITIONAL INSURED - AUTOMATIC STATUS WHEN REQUIRED IN WRITTEN AGREEMENT WITH YOU**

**CA-7213(10-98)**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

**1.** Who Is an Insured under Section II - Liability Coverage is amended to include any person or organization with whom you have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such persons or organizations are additional insureds only with respect to liability arising out of operations performed for the additional insured by you.

**2.** The Limits of Insurance applicable to the additional insured are those specified in the written contract or agreement or in the Declarations for this Coverage Form, whichever is less. These Limits of Insurance are inclusive and not in addition to the Limits of Insurance shown in the Declarations.

**LOSS PAYABLE CLAUSE** **CA-7027(12-93)**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE**

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

GENERAL ELECTRIC CAPITAL
CORPORATION ISAOA
PO BOX 35707
BILLINGS MT 59107

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16
Expiration Date: 08-30-17

| Unit Number | **Model Year** | Description of Applicable Vehicles<br>**Vehicle Description** | **ID Number** |
|---|---|---|---|
| 010 | 2015 | KENWORTH CONSTRUCT T880 | 1NKZLPOX4FJ423248 |

| **Unit Number** | **Physical Damage Deductibles**<br>**Comprehensive** | **Specified Causes of Loss** | **Collision** |
|---|---|---|---|
| 010 | $ 1,000 | | $ 1,000 |

**LOSS PAYABLE CLAUSE**



This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE**

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

CENTRA CREDIT UNION
INSURANCE TRACKING CENTER
PO BOX 924104
FORT WORTH TX 76124

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

Description of Applicable Vehicles

| Unit Number | Model Year | Vehicle Description | ID Number |
|---|---|---|---|
| 018 | 2016 | CHEVROLET SILVERADO PICKUP | 16C1KWE896F123500 |

Physical Damage Deductibles

| Unit Number | Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 018 | $ 1,000 | | $ 1,000 |

**LOSS PAYABLE CLAUSE** CA-7027(12-93)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE**

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

THE HUNTINGTON NATIONAL BANK
2361 MORSE RD
COLUMBUS OH 43229

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

| Unit Number | Model Year | Description of Applicable Vehicles<br>Vehicle Description | ID Number |
|---|---|---|---|
| 019 | 2016 | GMC YUKON DENALI | 1GKS2CKJXGR311925 |

| Unit Number | Physical Damage Deductibles<br>Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 019 | $ 1,000 | | $ 1,000 |

## LOSS PAYABLE CLAUSE

CA-7027(12-93)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

### SCHEDULE

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

RENTCO RENTALS LLC
2807 SABLE MILL LN
JEFFERSONVILLE IN 47130

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

Description of Applicable Vehicles

| Unit Number | Model Year | Vehicle Description | ID Number |
|---|---|---|---|
| 008 | | HIRED AUTOS | |

Physical Damage Deductibles

| Unit Number | Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 008 | $ 1,000 | | $ 1,000 |

**LOSS PAYABLE CLAUSE**

CA-7027(12-93)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE**

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

UHL IDEALEASE
4300 POPLAR LEVEL RD
LOUISVILLE KY 40213

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16
Expiration Date: 08-30-17

| Unit Number | Model Year | Description of Applicable Vehicles<br>Vehicle Description | ID Number |
|---|---|---|---|
| 008 | | HIRED AUTOS | |

| Unit Number | Physical Damage Deductibles<br>Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 008 | $ 1,000 | | $ 1,000 |

## LOSS PAYABLE CLAUSE

CA-7027(12-93)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

### SCHEDULE

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

**Loss Payee (Name and Address)**

ALLIED FINANCIAL
PO BOX 8133
COCKEYSVILLE MD 21030

Policy Number: L96722

Policy Period: Effective Date: 08-30-16
Expiration Date: 08-30-17

Description of Applicable Vehicles

| Unit Number | Model Year | Vehicle Description | ID Number |
|---|---|---|---|
| 012 | 2011 | CHEVROLET HHR LT | 3GNBACFU6BS631002 |

Physical Damage Deductibles

| Unit Number | Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 012 | $ 1,000 | | $ 1,000 |

## LOSS PAYABLE CLAUSE

CA-7027(12-93)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1.** We will pay, as interest may appear, you and the loss payee named in the Schedule for *loss* to a covered *auto*.

**2.** The insurance covers the interest of the loss payee unless the *loss* results from conversion, secretion or embezzlement on your part.

**3. CANCELLATION**

**a.** If we cancel the policy for any reason other than nonpayment of premium, we will mail notice to the loss payee in accordance with the Cancellation Common Policy Condition.

**b.** If the policy is cancelled due to nonpayment of premium, we will mail to the loss payee, a copy of the policy lapse notice we send the insured.

**c.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**d.** Cancellation ends this agreement.

**4.** If we make any payment to the loss payee, we will obtain their rights against any other party.

### SCHEDULE

**First Named Insured and Address:**

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

**Loss Payee (Name and Address)**

ASCENTIUM CAPITAL LLC ISAOA
PO BOX 979059
MIAMI FL 33197

**Company Name and Address:**

*ACUITY*, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058

**Agency Name and Number:**

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

Description of Applicable Vehicles

| Unit Number | Model Year | Vehicle Description | ID Number |
|---|---|---|---|
| 016 | 2013 | KENWORTH CONSTRUCT T800 | 1NKDXPEX9DJ363388 |

**Physical Damage Deductibles**

| Unit Number | Comprehensive | Specified Causes of Loss | Collision |
|---|---|---|---|
| 016 | $ 1,000 | | $ 1,000 |



# COMMERCIAL INLAND MARINE COVERAGE PART

## Renewal Declarations

First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

**COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART**

| Form Number | Form Title | Premium |
|---|---|---|
| IL-0017F (11-98) | Common Policy Conditions ....................................$ | |
| IM-7027 (07-96) | Indiana Amendatory Endorsement ................................ | |
| IM-100R (11-01) | Inland Marine General Terms ................................... | |
| IM-7122 (06-13) | Contractor's Equipment Coverage Form .......................... | |
| IL-7080 (01-15) | Cap on Losses from Certified Acts of Terrorism .................... | 244.00 |
| IL-7082 (01-15) | Disclosure Pursuant to Terrorism Risk Insurance Act ................ | |
| IL-0995R (01-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Act) | |
| IM-7026 (01-90) | Loss Payable Provisions ....................................... | |
| | **Advance Endorsement Premium** .......................................**$** | **244.00** |

**PREMIUM SUMMARY**

| | |
|---|---|
| Advance Premium ...........................................$ | 8,117.00 |
| Advance Endorsement Premium ................................. | 244.00 |
| **Total Advance Premium** ...........................................**$** | **8,361.00** |

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED includes the following Additional Named Insureds:

NONE

# INLAND MARINE GENERAL TERMS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

This policy is subject to the following *terms*, the Common Policy Conditions and other applicable *terms* in the Commercial Inland Marine Coverage Forms.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to Section A, Definitions.

## A. DEFINITIONS

1. *"Insured"* means you. With respect to covered property that is not used for *business*, the word *insured* also means:
   a. Your spouse;
   b. Your relatives if residents of your household;
   c. Persons under the age of 21 in your care or the care of your resident relatives; or
   d. Your legal representative if you die while insured by this policy. (This person is an *insured* only for the covered property.)
2. *"Business"* means a trade, profession or occupation whether full or part time. This includes:
   a. The rental of property to others; and
   b. Farming.
3. *"Described premises"* means that part of the building and grounds which you occupy at the location shown.
4. *"Terms"* means the conditions, definitions, exclusions, limitations and provisions used in this policy.

## B. PERILS EXCLUDED

We do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril. We do not pay for a loss that results from:

1. Wear and tear to covered property.
2. Gradual deterioration of covered property.
3. A fault or weakness that is intrinsic to the property which causes it to break, spoil, become defective or destroy itself.
4. Insects or vermin damage to covered property.
5. Delay, loss of market, loss of use or *business* interruption.
6. Obsolescence or depreciation of covered property.
7. War. This means:
   a. Declared war, undeclared war, civil war, insurrection, rebellion or revolution;
   b. A warlike act by a military force or by military personnel;
   c. The destruction, seizure or use of the property for a military purpose; or
   d. The discharge of a nuclear weapon even if it is accidental.
8. Civil Authority. This means:
   a. Seizure or destruction under quarantine or customs regulations;
   b. Confiscation or destruction by order of a government or public authority; or
   c. Risks of contraband or illegal transportation or trade.
9. Nuclear Hazard. This means nuclear reaction, nuclear radiation or radioactive contamination:
   a. Whether controlled or uncontrolled; or
   b. Caused by, contributed to or aggravated by a peril covered by this policy. A loss caused by nuclear hazard will not be considered to be a loss caused by fire, explosion or smoke. If fire is covered by this policy, we do cover the loss caused by a fire that results from the nuclear hazard.
10. Other perils that are not covered. These are listed for each coverage.

We do not pay for such excluded loss even if the following contribute to, aggravate or cause the loss:

1. The act or decision of a person, group, organization or governmental body. This includes the failure to act or decide.
2. A fault, defect or error, negligent or not, in:
   a. Planning, zoning, surveying, siting, grading, compacting, land use or development of property.
   b. The design, blueprint, specification, workmanship, construction, renovation, remodeling or repair of property. This includes the materials needed to construct, remodel or repair the property.
   c. Maintenance of property.

   These apply whether or not the property is covered by this policy.
3. A condition of the weather.
4. The collapse of a building or structure except as provided under the Builders' Risk Coverage Form, and the Property In The Course Of Construction Coverage Form.

## C. WHAT MUST BE DONE IN CASE OF LOSS

1. **Protect the Property**

   The *insured* must take all reasonable steps to protect or recover the covered property after a loss has occurred.

2. **Notice**

   The *insured* must promptly notify us or our agent, in writing if requested.

3. **Notice to Police**

   The *insured* must promptly notify the police if the loss results from a violation of the law.

4. **Proof of Loss**

   The *insured* must send us a statement of loss, under oath if requested, within 90 days after the loss occurs. The following information must be included:

   a. The date, time, place and details of the loss;

   b. Other insurance that may cover the loss;

   c. Your interest and the interest of all others in the property involved in the loss. This includes all mortgages and liens;

   d. Changes in the title to the covered property during the policy period;

   e. Detailed estimates for the repair or replacement of the covered property; and

   f. An inventory of lost, damaged and all remaining covered property. This must show in detail the quantity, description, cost and actual cash value of the property and the amount of the loss. Copies of all bills, receipts and related documents that substantiate the inventory must be attached.

5. **Additional Duties**

   As often as we may reasonably request, an *insured* must:

   a. Submit to an examination under oath;

   b. Assist us in obtaining the attendance of employees for examination under oath;

   c. Exhibit damaged and undamaged property; and

   d. Produce all records that relate to value, loss and cost, and permit copies and abstracts to be made from them.

6. **Cooperation**

   The *insured* must cooperate with us in performing all acts that are required by this Inland Marine coverage.

7. **Volunteer Payments**

   The *insured* may not voluntarily make payments, assume obligations, pay or offer rewards or incur other expenses, except at the *insured's* own expense.

8. **Abandonment**

   The *insured* may not abandon the property to us without our written consent.

## D. HOW MUCH WE PAY

1. **Actual Cash Value**

   Actual cash value includes a deduction for depreciation, however caused.

2. **Valuation**

   Valuation is based on the actual cash value of the property at the time of loss.

3. **The Amount We Pay**

   The smallest of the amounts shown below is the most that we will pay for a loss:

   a. The amount determined under Valuation;

   b. The cost to repair, replace or rebuild the property with material of like kind and quality;

   c. The amount of your interest in the property; or

   d. The coverage amount shown.

   This amount will be adjusted by the deductible amount, coinsurance penalty or other limitation which may apply.

4. **Loss to Pairs or Sets**

   If there is a loss to an item that is part of a pair or set, at your option we will pay the full actual cash value up to the coverage amount shown for the pair or set. You will give us the remainder of the pair or set. If you do not choose this option, we will pay only for a reasonable part of the actual cash value of the pair or set.

5. **Loss to Parts**

   If there is a loss to a part of an item that consists of several parts, we will pay only for the loss to that part. A loss to a part is not considered to be a loss to the whole item.

6. **Insurance Under More Than One Policy**

   If there is other collectible insurance that applies to a covered loss, or would have applied in the absence of this Inland Marine coverage, we will pay for the loss only after the full amount from the other insurance has been paid.

7. **Insurance Under More Than One Coverage**

   If more than one coverage applies to the same loss, we will pay no more than the actual amount of the loss.

8. **Losses Paid by Others**

   We will not pay for that part of a loss that has been paid by someone else.

9. **Restoring the Coverage Amount**

   The payment of a claim will not reduce the

coverage amount. If we pay a loss for items that are separately listed and the coverage amount that applies to these items is reduced at your request, we will return the unearned premium for these items to you.

## E. LOSS PAYMENT

### 1. Our Options

We may:

a. Pay the loss in money; or

b. Repair, replace or rebuild the property. We must give the *insured* notice of our intent to do so within 30 days after we have received a satisfactory proof of loss.

   We may take all or a part of the damaged property at the agreed or appraised value. Property that we have paid for or replaced will become our property.

### 2. Your Property

We will adjust all losses with you. Payment will be made to you unless a loss payee is named with respect to this Inland Marine coverage.

### 3. Property of Others

Loss to property of others may be adjusted with you. We reserve the right to adjust the loss with the owner. Our payment to the owner will satisfy our obligation to you for loss to this property. At our option, without cost to you, we may choose to defend you from suits which result from a covered loss to the property of others.

### 4. When We Pay

We will pay for a loss within 30 days after a satisfactory proof of loss is received and the amount of the loss has been agreed to in writing.

## F. CLAIMS AGAINST OTHERS

### 1. Subrogation

If we pay for a loss, we may require the *insured* to assign to us the right of recovery against others. We will not pay for a loss if the *insured* impairs this right to recover. The *insured's* right to recover from others may be waived in writing before a loss occurs.

### 2. Loan Receipts

When we believe that a loss can be recovered from others:

a. We may make an advance payment to you in the form of a loan.

b. At our expense, we will be allowed to bring suit in the *insured's* name against those who are responsible for the loss.

c. The loan will be repaid from the amount recovered.

### 3. Recoveries

The *insured* must notify us or we must notify the *insured* promptly if either receives a recovery for a loss which we have paid. The costs that are incurred by either party in making the recovery are to be reimbursed first. We are entitled to the surplus up to the amount that we have paid for the loss. The *insured* may then keep any excess.

## G. DISAGREEMENTS

### 1. Appraisal

If you and we do not agree on the amount of the loss, the actual cash value of the property or the cost to repair or replace the property, either party may demand that these amounts be determined by appraisal.

If either party makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days after the receipt of the written demand. The two appraisers will select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court in the state where the appraisal is pending to select an umpire.

The appraisers will determine:

a. The amount of the loss;

b. The actual cash value of the property; and

c. The cost to repair or replace the property.

Each amount will be stated separately.

If the appraisers submit a written report of an agreement to us, the agreement will establish these amounts. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. A written agreement by any two of these three will establish the amounts stated above.

Each appraiser will be paid by the party selecting that appraiser. The compensation of the umpire and other expenses of the appraisal will be shared equally by you and us.

### 2. Suit Against Us

No suit to recover for a loss may be brought against us unless:

a. All the *terms* of this Inland Marine coverage have been complied with; and

b. The suit is commenced within one year after the loss.

## H. OTHER POLICY CONDITIONS

### 1. Conformity With Statutes

The *terms* of this Inland Marine coverage in conflict with statutes of the state where this policy is issued are changed to conform to those statutes.

**2. Continuous Policies**

If this policy is issued on a continuous basis (with no specific date of expiration), we may substitute or we may add at each anniversary date the forms and endorsements then authorized for use with this Inland Marine coverage.

**3. Liberalization**

If a revision of a form or endorsement which would broaden coverage without an additional premium is adopted during the policy period or within six months before the Inland Marine coverage is effective, the broadened coverage will apply.

**4. Misrepresentation, Concealment or Fraud**

This Inland Marine coverage is void if before or after a loss:

a. The *insured* has concealed or misrepresented:

(1) A material fact or circumstance that relates to this insurance or the subject thereof; or

(2) An *insured's* interest herein.

b. There has been fraud or false swearing by an *insured* with regard to a matter that relates to this insurance or the subject thereof.

**5. No Benefit to Bailee**

This Inland Marine coverage will not benefit those who are paid to assume custody of the covered property.

**6. Reporting Terms Only**

This Inland Marine coverage may be subject to reporting *terms*. If it is cancelled, you must report the required amounts as of the cancellation date.

**7. Premium Audit**

a. The estimated premium for this declaration is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the *insured* will be billed for the balance, if any. We will send notice to you, and the due date for the audit premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the *insured* will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

# CONTRACTOR'S EQUIPMENT COVERAGE FORM

## A. COVERAGE AMOUNT

### 1. Scheduled Contractor's Equipment

Each item that is covered must be described in the Schedule. A coverage amount must be shown for each item. This is the most that we will pay for a loss to that item.

### 2. Unscheduled Contractor's Equipment

Subject to a maximum of $2,500 per item, the most we will pay for all loss or damage in any one occurrence is the coverage amount for Unscheduled Contractor's Equipment shown in the Schedule.

### 3. Nonowned Tools and Equipment

The most we will pay for all loss or damage in any one occurrence is the coverage amount for Nonowned Tools and Equipment shown in the Schedule.

### 4. Employees' Tools

The most we will pay for all loss or damage in any one occurrence is the coverage amount for Employees' Tools shown in the Schedule.

## B. DEDUCTIBLE

The deductible amounts shown in the Schedule will apply separately to each class of covered property for loss or damage in any one occurrence after all other adjustments have been made.

When the occurrence involves loss or damage to multiple items within Scheduled Contractor's Equipment, then the highest deductible amount applicable to the lost or damaged items will be deducted from the total amount of loss or damage to those items.

## C. COINSURANCE

### 1. Scheduled Contractor's Equipment

You must maintain a minimum coverage amount for each described item. This minimum coverage amount is the full actual cash value of the described item. If the coverage amount at the time of loss is less than the minimum coverage amount, we will pay only a part of a loss. Our part of the loss will be determined by dividing the coverage amount by the minimum coverage amount. This percentage will be applied to the final adjusted loss to determine the amount that we will pay.

### 2. Unscheduled Contractor's Equipment

You must maintain a minimum coverage amount for unscheduled contractor's equipment. This minimum coverage amount is the full actual cash value of all covered unscheduled equipment. If the coverage amount at the time of loss is less than the minimum coverage amount, we will pay only a part of a loss. Our part of the loss will be determined by dividing the coverage amount by the minimum coverage amount. This percentage will be applied to the final adjusted loss to determine the amount that we will pay.

### 3. Nonowned Tools and Equipment

You must maintain a minimum coverage amount for nonowned tools and equipment. This minimum coverage amount is the full actual cash value of all covered nonowned tools and equipment. If the coverage amount at the time of loss is less than the minimum coverage amount, we will pay only a part of a loss. Our part of the loss will be determined by dividing the coverage amount by the minimum coverage amount. This percentage will be applied to the final adjusted loss to determine the amount that we will pay.

## D. PROPERTY COVERED

In this form, covered property refers to one or more classes of property as described below:

### 1. Scheduled Contractor's Equipment

We cover only those described items for which a coverage amount is shown in the Schedule. It is a condition that at the time this coverage is effective, all described items are in sound condition.

### 2. Unscheduled Contractor's Equipment

We cover tools and other contractor's equipment owned by you and used in your business. We cover only tools and equipment which is in sound condition at the time this coverage is effective.

### 3. Nonowned Tools and Equipment

We cover contractor's tools and equipment leased or rented from others that are in your care, custody or control and used in your business.

### 4. Employees' Tools

We cover employee's tools which are used in connection with your business.

## E. EXTENSIONS OF COVERAGE

### 1. Newly Acquired Equipment

We cover contractor's equipment acquired during the policy period for up to 30 days after each item is acquired. This extension applies only to items of contractor's equipment which have an actual cash value of more than $2,000. You must provide us with a complete description of each item

within this 30-day period and pay the additional premium.

We cover these items for their actual cash value. The most that we will pay for all such items will be twenty-five percent of the total coverage amount for all described items.

Coverage for each item acquired will end at the earliest of the following:

a. When the newly acquired item is reported to us;

b. The end of the reporting period shown above; or

c. The expiration date of this policy.

**2. Borrowed Equipment**

We cover contractors' equipment which you borrow from others while such equipment is in your care, custody and control and being used in your business. We cover these items for their actual cash value. The most we will pay in one occurrence for loss or damage to borrowed contractors' equipment is twenty-five percent of the total coverage amount for all covered property under this coverage form.

**F. PROPERTY EXCLUDED**

We do not cover:

1. Property that is not in sound condition when this coverage is effective.
2. Property that you rent to others.
3. Property that is waterborne. We do cover property that is in transit on a regular ferry, lighter or carfloat.
4. Property that is underground, in caissons or underwater.
5. Property that is or will be a permanent part of a building or structure.
6. Plans, blueprints, designs or specifications.
7. Self-propelled vehicles that are designed for highway use.
8. Aircraft.
9. Watercraft.
10. Tires and tubes mounted on vehicles. We do cover tires and tubes mounted on covered vehicles if the loss is caused by:
    a. Fire, windstorm, theft or vandalism.
    b. A covered peril which also damages the vehicle.

**G. PERILS COVERED**

1. Except for booms that exceed 25 feet in length, we cover direct physical loss to covered property unless the loss is caused by a peril that is excluded. The loss must be due to an external cause.
2. For booms that exceed 25 feet in length, we cover direct physical loss to this property caused only by fire, lightning, windstorm, hail, earthquake, flood, smoke, explosion; aircraft, spacecraft, self-propelled missiles and objects that fall from these items; vehicles, including an accident to a transporting vehicle; strike, riot, civil commotion; vandalism, theft, attempted theft; sprinkler leakage, collapse of buildings and the upset or overturn of the unit of which the boom is a part or the collision of the unit with another object.

**H. PERILS EXCLUDED**

We do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril. We do not pay for a loss that results from:

1. A dishonest or illegal act, alone or in collusion with another, by:
    a. You;
    b. Others who have an interest in the property;
    c. Others to whom you entrust the property; or
    d. The employees or agents of a, b or c, whether or not they are at work.

    We do cover loss caused by dishonest acts by carriers or other bailees for hire.
2. Mysterious disappearance.
3. Any cause when the only proof that a loss occurred is an inventory shortage.
4. Dampness of atmosphere.
5. Extremes of temperature.
6. Corrosion or rust.
7. Pitting.
8. Mechanical breakdown or failure. If a fire or explosion results, we do cover the loss caused by the fire or explosion.
9. Electrical currents, other than those caused by lightning, that damage an electrical apparatus or its wiring. If a fire or explosion results, we do cover the loss caused by the fire or explosion.
10. A process to repair, adjust, service or maintain the covered property. If a fire or explosion results, we do cover the loss caused by the fire or explosion.
11. The weight of a load when it exceeds the designed capacity of a machine to lift or support the load from any position.
12. The neglect of the insured to use all reasonable means to save and preserve the

covered property from impending loss or damage, and during and after the occurrence of a covered loss.

There are other perils that are not covered. These are listed in the Inland Marine General Terms.

**I. TERRITORY WHERE COVERAGE APPLIES**

Coverage applies only while the property is in the United States, Canada or Puerto Rico. This includes property that is in transit except to or from Alaska, Hawaii or Puerto Rico.

**J. VALUATION**

The following Valuation provisions apply and supersede any provisions to the contrary:

1. We will determine the value of Scheduled Contractor's Equipment using the Basis for Valuation shown in the Schedule. Valuation for all other covered property is based on the actual cash value of the property at the time of loss.
2. We will never pay more than the coverage amount shown in the Schedule.
3. We will not pay more for loss or damage on a replacement cost basis without deduction for depreciation than the least of:
   a. The cost to replace, on the same premises, the lost or damaged property with other property that is of comparable material and quality and is used for the same purpose.
   b. The amount you actually spend that is necessary to repair or replace the lost or damaged property.
   c. The coverage amount shown in the Schedule for the covered property.

**SCHEDULE**

**Scheduled Contractor's Equipment**

| Deductible Amount | Items to Which the Deductible Applies |
|---|---|
| $ 1,000 | 2000 DYNALIFT DL8H |
| 1,000 | 2001 EXCAVATOR E2 230LC |
| 1,000 | 1999 580SL BACKHOE C |
| 1,000 | 2003 TRACTOR TR1 TN75 |
| 1,000 | 2004 ROLL OFF DUMPSTER |
| 1,000 | 2004 BACKHOE 580SM B2 580B2 |
| 1,000 | 2006 SKIDSTEER CN5975013 SK3 5175 |
| 1,000 | 1986 TRACTOR WITH ATTACHM TR2 864 |
| 1,000 | ALUM CONCRET |
| 1,000 | 2006 TRACTOR LOADER GTH644 |
| 1,000 | 65 TON IRO |
| 1,000 | 1998 S60/4WD MANLIFT |
| 1,000 | 4WD TRACTOR W/FOLDAB L3830DT-F |

| Described Item | Manufacturer / Serial Number | Basis for Valuation | Coverage Amount |
|---|---|---|---|
| 2000 DYNALIFT DL8H | GEHL 8H42JP0430181 | Actual Cash Value | $ 10,000 |
| 2001 EXCAVATOR E2 230LC | JOHN DEERE FF0230X601023 | Actual Cash Value | 75,000 |
| 1999 580SL BACKHOE C | CASE JJG0269777 | Actual Cash Value | 20,000 |
| 2003 TRACTOR TR1 TN75 | NEW HOLLAND | Actual Cash Value | 15,000 |

| Described Item | Manufacturer / Serial Number | Basis for Valuation | Coverage Amount |
|---|---|---|---|
| | 1290151 | | |
| 2004 ROLL OFF DUMPSTER | | Actual Cash Value | 10,000 |
| 2004 BACKHOE 580SM B2 | CASE | Actual Cash Value | 30,000 |
| 580B2 | N4C304133 | | |
| 2006 SKIDSTEER CN5975013 | BOBCAT | Actual Cash Value | 10,000 |
| SK3 5175 | 5252207 | | |
| 1986 TRACTOR WITH | INTERNATIONAL | Actual Cash Value | 10,000 |
| ATTACHM TR2 864 | | | |
| ALUM CONCRET | WESTERN | Actual Cash Value | 40,000 |
| 2006 TRACTOR LOADER | GENIE | Actual Cash Value | 20,000 |
| GTH644 | GTH606A9668 | | |
| 65 TON IRO | SCOTCHMAN | Actual Cash Value | 10,000 |
| 1998 S60/4WD MANLIFT | GENIE | Actual Cash Value | 10,000 |
| | 2403 | | |
| 4WD TRACTOR W/FOLDAB | KUBOTA | Actual Cash Value | 15,000 |
| L3830DT-F | 30794 | | |

**Nonowned Tools and Equipment**

Deductible: $1,000

Coverage Amount: $376,000

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)** IL-0995R(1-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is shown in italics.

*"Terrorism"* means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by *terrorism*, including action in hindering or defending against an actual or expected incident of *terrorism*. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

1. The *terrorism* is carried out by means of the dispersal or application of radioactive ma-

terial, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

5. The total of insured damage to all types of property in the United States, it territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

   With respect to this item C5, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism*, there is no coverage under this Coverage Part.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If *terrorism* results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of C1 or C2, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Part, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**SCHEDULE**

**The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following states, if covered under the indicated Coverage Part:**

| State | Coverage Part |
|---|---|
| Illinois | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Iowa | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Maine | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Missouri | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Wisconsin | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |

**LOSS PAYABLE PROVISIONS** IM-7026(1-90)

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following is added to the Loss Payment Section of the Inland Marine General Terms, as indicated in the Schedule:

**1. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee, shown in the Schedule, have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**2. LENDER'S LOSS PAYABLE**

**a.** The Loss Payee shown in the Schedule is a creditor (including a mortgage holder or trustee) with whom you have entered into a contract for the sale of Covered Property, whose interest in that Covered Property is established by such written contracts as:

(1) Warehouse receipts;

(2) A contract for deed;

(3) Bills of lading; or

(4) Financing statements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

(1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear;

(2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property;

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) Ten days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) Thirty days before the effective date of cancellation if we cancel for any other reason.

**d.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**e.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**3. CONTRACT OF SALE**

**a.** The Loss Payee shown in the Schedule is a person or organization with whom you have entered into a contract for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

(1) Adjust losses with you; and

(2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to item 6, Insurance Under More Than One Policy under How Much We Pay on the Inland Marine General Terms:

For Covered Property that is the subject of a Contract of Sale, the "other collectible insurance" includes other collectible insurance available to the loss payee that applies to a covered loss or would have applied in the absence of this Inland Marine Coverage.

SCHEDULE

| Description of Property | Loss Payee (Name and Address) | Loan Number | Provision Applicable |
|---|---|---|---|
| | WHAYNE SUPPLY COMPANY<br>1400 CECIL AVE<br>LOUISVILLE KY 40211 | | LOSS PAYABLE |

## COMMON POLICY CONDITIONS

IL-0017F(11-98)

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### E. PREMIUMS

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM** **IL-7080(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by any Nuclear Hazard Exclusion, War And Military Action Exclusion or other similar exclusion.

**DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT** **IL-7082(1-15)**

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The federal share percentage is 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**INDIANA AMENDATORY ENDORSEMENT**



This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**1.** Any provision in this Coverage Part entitled Misrepresentation, Concealment or Fraud is replaced by the following:

**Misrepresentation, Concealment or Fraud**

We will not pay for any loss or damage in any case of:

**a.** Misrepresentation or concealment of a material fact; or

**b.** Fraud,

committed by an *insured* at any time and relating to a claim under this policy.

**2.** Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

**a.** If this policy has been in effect for 90 days or less and is not a renewal or continuation policy, we will give the First Named Insured written notice of cancellation at least 30 days prior to cancelling the policy except:

(1) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(2) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**b.** If this policy has been in effect for more than 90 days or is a renewal or continuation policy:

(1) We may cancel this policy only for one or more of the following reasons:

(a) Nonpayment of premium;

(b) There is a substantial change in the scale of risk covered by the policy;

(c) The insured has perpetrated a fraud or material misrepresentation upon us;

(d) The insured has failed to comply with reasonable safety recommendations; or

(e) Reinsurance of the risk associated with the policy has been cancelled.

(2) We will give the First Named Insured written notice of cancellation at least 45 days prior to cancelling the policy except:

(a) When cancellation is for nonpayment of premium, we will give at least 10 days written notice.

(b) When cancellation is due to fraud or material misrepresentation, we will give at least 20 days written notice.

**3.** Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund will be computed at 90% of pro rata. The cancellation will be effective even if we have not made or offered a refund.

**4.** The following conditions are added:

**a. Nonrenewal**

(1) If we decide not to renew this policy, we will send written notice to the First Named Insured at least 45 days prior to the expiration date of the policy if the policy is written for a period of one year or less. If the policy is written for a period of more than one year, notice will be sent at least 45 days prior to the anniversary date of the policy.

(2) We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

(3) If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Bankruptcy**

Bankruptcy or insolvency of any *insured* shall not relieve the company of any of its obligations under this policy.

**c. Notice**

Notice given by or on behalf of the *insured* to any of our authorized agents in Indiana, with particulars sufficient to identify the *insured*, shall be considered to be notice to us.

**5.** Any provision in this Coverage Part entitled Transfer of Rights of Recovery Against Others to Us is replaced by the following:

**Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property or Covered Income.

**b.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.



## COMMERCIAL EXCESS LIABILITY COVERAGE PART

### Renewal Declarations

First Named Insured and Address:

CCE INC
C/O JEFF EASTRIDGE
211 BUSCH PL
NEW ALBANY IN 47150

Agency Name and Number:

ASSURED NL INSURANCE AGENCY INC
6703-BA

Policy Number: L96722

Policy Period: Effective Date: 08-30-16

Expiration Date: 08-30-17

12:01 A.M. standard time at your mailing address shown in the declarations

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

### COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| CU-7008 (11-05) | Asbestos Exclusion .......... $ | |
| CU-7010 (03-03) | Nuclear Energy Liability Exclusion Endorsement .......... | |
| CU-7072 (01-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Fed. Act) .. | |
| CU-7054 (03-03) | Fungi or Bacteria Exclusion .......... | |
| CU-7037 (05-05) | Commercial Excess Liability Coverage Form .......... | |
| CU-7067 (03-03) | War Liability Exclusion .......... | |
| CU-7085 (01-15) | Cap on Losses from Certified Acts of Terrorism .......... | 79.00 |
| CU-7087 (01-15) | Exclusion of Punitive Damages Related to a Certified Act of Terrorism ... | |
| IL-7082 (01-15) | Disclosure Pursuant to Terrorism Risk Insurance Act .......... | |
| IL-0117R (12-10) | Indiana Changes - Workers' Compensation Exclusion .......... | |
| | **Advance Endorsement Premium .......... $** | **79.00** |

### PREMIUM SUMMARY

| | |
|---|---|
| Advance Premium .......... $ | 7,883.00 |
| Advance Endorsement Premium .......... | 79.00 |
| **Total Advance Premium .......... $** | **7,962.00** |

### ADDITIONAL NAMED INSUREDS

WHO IS AN INSURED includes the following Additional Named Insureds:

NONE

Policy Number: L96722
Effective Date: 08-30-16

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| General Aggregate | $ | 3,000,000 |
| Products-Completed Operations Aggregate | | 3,000,000 |
| Each Occurrence | | 3,000,000 |

**PREMIUM COMPUTATION**

Not Subject to Audit

| | | |
|---|---|---|
| Estimated Advance Premium | $ | 7,883.00 |

**SCHEDULE OF UNDERLYING INSURANCE - GENERAL LIABILITY**

Policy Number: CG-L96722
Name of Insurer: ACUITY, A Mutual Insurance Company
Policy Period: 08-30-16 To 08-30-17

Occurrence Coverage

**Limits or Amounts of Insurance**

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ | 2,000,000 |
| Products-Completed Operations Aggregate Limit | | 2,000,000 |
| Personal and Advertising Injury Limit (Any One Person or Organization) | | 1,000,000 |
| Each Occurrence Limit | | 1,000,000 |

**SCHEDULE OF UNDERLYING INSURANCE - AUTOMOBILE LIABILITY**

Policy Number: CA-L96722
Name of Insurer: ACUITY, A Mutual Insurance Company
Policy Period: 08-30-16 To 08-30-17

**Limits or Amounts of Insurance**

| | | |
|---|---|---|
| Bodily Injury and Property Damage Combined Single Limit (Each Accident) | $ | 1,000,000 |

**SCHEDULE OF UNDERLYING INSURANCE - EMPLOYERS' LIABILITY**

Policy Number: AVWCIN2330192014
Name of Insurer: AMERICAN INTERSTATE INSURANCE COMPANY
Policy Period: 08-30-16 To 08-30-17

**Limits or Amounts of Insurance**

| | | |
|---|---|---|
| Bodily Injury by Accident (Each Accident) | $ | 1,000,000 |
| Bodily Injury by Disease (Policy Limit) | | 1,000,000 |
| Bodily Injury by Disease (Each Employee) | | 1,000,000 |

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Index of Policy Provisions


| | Page |
|---|---|
| **SECTION I - COVERAGES** | 1 |
| Insuring Agreement | 1 |
| Exclusions | 1 |
| Investigation or Settlement of Claims or Defense of Insured Against Suits | 2 |
| Coverage Extension | 3 |
| **SECTION II - LIMIT OF INSURANCE** | 3 |
| **SECTION III - CONDITIONS** | 4 |
| Appeals | 4 |
| Bankruptcy of Underlying Insurer | 4 |
| Duties in the Event of Occurrence, Claim or Suit | 4 |
| Maintenance of Underlying Insurance | 4 |
| Other Insurance | 4 |
| Policy Period | 5 |
| **SECTION IV - DEFINITIONS** | 5 |

## COMMERCIAL EXCESS LIABILITY COVERAGE FORM

This policy contains both a Products-Completed Operations Aggregate Limit and a General Aggregate Limit of Insurance. These are described in Section II - Limit of Insurance.

Other provisions in this policy restrict coverage. Read the entire policy and any *underlying insurance* carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under any *underlying insurance*. The words "we," "us" and "our" refer to the Company providing this insurance.

The words "this insurance" mean the liability insurance provided under this policy.

The word "insured" means any person or organization qualifying as such under any *underlying insurance*.

Other words and phrases that appear in italics have special meaning. Refer to Section IV - Definitions of this policy.

## SECTION I - COVERAGES

**1. Insuring Agreement**

**a.** We will pay those sums, in excess of the amount payable under the terms of any *underlying insurance*, that the insured becomes legally obligated to pay as damages because of *injury* or damage to which this insurance applies, provided that the *underlying insurance* also applies, or would apply but for the exhaustion of its applicable Limits of Insurance.

We will also pay those sums that the insured becomes legally obligated to pay as damages because of *injury* or damage to which the insurance provided under the Coverage Extension applies as set forth in paragraph 4 below.

**b.** We have the right to participate in the investigation or settlement of claims or the defense of the insured against suits seeking damages because of *injury* or damage to which this insurance may apply. We have a duty to investigate or settle such claims or to defend the insured against such suits when the applicable Limit of Insurance of the *underlying insurance* has been used up by payment of judgments, settlements and any cost or expense subject to such limit.

We will have the right and duty to participate in the investigation and settlement of claims or the defense of the insured against suits seeking damages because of *injury* or damage to which the insurance provided under the Coverage Extension may apply.

This right or duty to defend is limited as set forth in paragraph 3 below.

However, we will have no duty to defend the insured against any suit seeking damages for *injury* or damage to which this insurance does not apply.

**c.** The amount we will pay for damages is limited as described in Section II - Limit of Insurance.

**d.** This insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the *underlying insurance*, except:

(1) We have no obligation under this insurance with respect to any claim or suit that is settled without our consent; and

(2) With respect to any provisions to the contrary contained in this insurance.

**2. Exclusions**

The exclusions that apply to the *underlying insurance* apply to this insurance. Also, this insurance does not apply to damages because of:

**a.** *Injury* or damage to premises rented to you or temporarily occupied by you with permission of the owner.

**b.** Any duty to pay expenses under any medical payments coverage.

**c.** Any duty to reimburse an insurer as provided by the terms of the Endorsement For Motor Carrier Policies of Insurance For Public Liability Under Sections 29 and 30 of the Motor Carrier Act of 1980 or under the terms of any similar endorsement required by Federal or state statute.

**d.** Any duty payable only because of the attachment of the Endorsement For Motor Carrier Policies of Insurance For Public Liability or any similar endorsement required by Federal or state statute.

**e.** Any duty imposed by law under any automobile no-fault, uninsured motorist, underinsured motorist, workers' compensation, disability benefits or unemployment compensation law or any similar law.

**f.** Any duty imposed by law under the following:

(1) Section 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Credit Protection Act (Public Law

90-321; 82 Stat. 146 et. seq.);

(2) Title IV (Odometer Requirements) of the Motor Vehicle Information and Cost Savings Act (Public Law 92-513; 86 Stat. 961); or

(3) Employee's Retirement Income Security Act (E.R.I.S.A.) of 1974 as now or hereafter amended.

**g.** *Injury* or damage to personal property in the care, custody or control of the insured.

This exclusion does not apply to liability assumed under a sidetrack agreement.

**h.** *Injury* or damage sustained by an employee, former employee, prospective employee or their beneficiaries or legal representatives and caused by any negligent act, error or omission of the insured, or any other person for whose acts the insured is legally liable, in the administration of any employee benefit program. Administration includes giving counsel to employees, interpreting, handling of employee records, and effecting enrollment, termination or cancellation of employees.

**i.** Any obligation to pay any claim or claims made against you or any of your officers, directors or trustees, individually or collectively, by reason of a wrongful act in their respective capacities as officers, directors or trustees.

As used in this exclusion, "wrongful act" means any actual or alleged error, misstatement or misleading statement, act or omission, or neglect or breach of duty made or committed by your directors, officers or trustees.

**j.** Any obligation arising out of an act, error or omission of an insured:

(1) While performing the duties of an insurance agent in your garage operations; or

(2) In your garage operations as a result of title paper preparation.

As used in this exclusion:

(1) "Insurance agent" means a person or organization who is duly licensed as an insurance agent by the regulatory authority of the state in which the insured's principal place of business is located.

(2) "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. Garage operations includes the ownership, maintenance or use of the autos indicated in Section I of the Garage Coverage Form as covered autos. Garage operations also includes all operations necessary or incidental to a garage business.

(3) "Title paper preparation" means the preparation of official title papers for registering an auto sold by you. This includes the designation of a lienholder who holds a financial interest in the auto.

(4) "Auto" means a land motor vehicle, trailer or semitrailer.

**k.** Any obligation imposed due to the application of any statute permitting a customer to return an auto sold by an insured, if the auto fails to perform satisfactorily.

As used in this exclusion, "auto" means a land motor vehicle, trailer or semitrailer.

**l.** *Injury* or damage your customer becomes legally obligated to pay which arise out of the use of your covered auto. This exclusion applies only if your business is shown in the Declarations of the *underlying insurance* as an auto dealership.

However, if your customer becomes legally obligated to pay for *injury* or damage which arise out of their use of your covered auto and if there is:

(1) No other valid and collectible insurance (whether primary, excess or contingent) available to your customer, we will pay up to the compulsory or financial responsibility law limits where the covered auto is principally garaged.

(2) Other valid and collectible insurance (whether primary, excess or contingent) available to the customer but it is less than the compulsory or financial responsibility law limits where the covered auto is principally garaged, we will pay only for the amount by which the compulsory or financial responsibility law limits exceed the limits of the other insurance.

**3. Investigation or Settlement of Claims or Defense of Insured Against Suits**

**a.** When we have the duty to defend, we will pay for all *defense expense* once our duty to defend begins. We may investigate any claim or suit.

If we exercise our right to defend when there is no duty, we will pay only that *defense expense* we incur.

If we provide a defense, we may investigate any claim or suit at our discretion. We may settle such claim or suit within the Limit of Insurance available at the time of the settlement.

**b.** Our right or duty to defend ends when we

have used up the Limits of Insurance available in the payment of any judgments or settlements as provided under Section II - Limit of Insurance. This applies both to claims and suits pending at the time and those filed thereafter.

c. When we control the investigation or settlement of a claim or the defense of the insured against a suit, we will pay for the *defense expense*. If by mutual agreement or court order the insured assumes control before the applicable Limit of Insurance available is used up, we will reimburse the insured for reasonable *defense expense*.

d. As soon as the Limit of Insurance available is used up, you will then arrange to assume control of the investigation or settlement of all such claims or the defense of you or any other insured against such suits when our right or duty to investigate, settle or defend them ends.

e. We will assist the insured in the transfer of control of the investigation or settlement of claims or the defense of the insured against suits under c or d above. Until such transfer is completed, we will take on behalf of any insured those steps that we think proper:

(1) To avoid a default in any claim or suit; or

(2) To the continued investigation or settlement of a claim or defense of the insured against a suit.

You agree that if we take such steps:

(1) We do not waive or give up any of our rights under this insurance; and

(2) You will reimburse us for any *defense expense* that arises out of such steps if the applicable Limit of Insurance available has been used up.

f. Any payment for *defense expense* will not reduce the Limits of Insurance.

4. **Coverage Extension**

a. The terms of this policy are extended as follows:

If *underlying insurance* provides coverage for the use of watercraft you do not own, in addition to watercraft ashore on premises you own or rent, the coverage provided by this policy is extended to cover any watercraft you do not own that is:

(1) Less than 75 feet long; and

(2) Not being used to carry persons or property for a charge;

even if these nonowned watercraft are not insured in the *underlying insurance*.

b. We will only pay for damages up to the limits of insurance.

## SECTION II - LIMIT OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below define the most we will pay under the terms of this insurance regardless of the number of:

a. Insureds;

b. Claims made or suits brought;

c. Persons or organizations making claims or bringing suits.

2. The General Aggregate Limit is the most we will pay for all damages under Section I - Coverages, other than damages arising out of:

a. The *products-completed operations hazard*; or

b. The ownership, operation, maintenance, use, loading or unloading, or entrustment to others, of an auto.

The General Aggregate Limit applies separately to:

a. Each location owned by or rented to you. A location is a premises involving the same or connecting lots, or a premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad; and

b. Each of your projects away from a location owned by or rented to you.

Each payment we make for such damages reduces by the amount of the payment, the General Aggregate Limit. This reduced limit will then be the Limit of Insurance available for further damages of these kinds.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Section I - Coverages because of damages arising out of the *products-completed operations hazard*. Each payment we make for such damages reduces, by the amount of the payment, the Products-Completed Operations Aggregate Limit. This reduced limit will then be the Limit of Insurance available for further damages of these kinds.

4. Subject to 2 and 3 above, or with respect to *injury* or damage arising out of the ownership, operation, maintenance, use, loading or unloading, or entrustment to others of an auto, the Each Occurrence Limit is the most we will pay for the sum of damages under Section I - Coverages because of all *injury* and damage arising out of any one *occurrence*.

5. The limits of this policy apply separately to

each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTION III - CONDITIONS

We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with the Conditions contained in this policy and those contained in any *underlying insurance.*

If any of the following conditions are contrary to Conditions contained in the *underlying insurance,* the provisions contained in this policy apply.

**1. Appeals**

In the event the *underlying insurer* elects not to appeal a judgment in excess of the limits of the *underlying insurance,* we may elect to make such appeal. If we so elect, we shall be liable, in addition to the applicable Limit of Insurance for all *defense expenses* we incur.

**2. Bankruptcy of Underlying Insurer**

In the event of bankruptcy or insolvency of any *underlying insurer,* this policy shall not replace such *underlying insurance.* This policy applies as if the *underlying insurance* was valid and collectible.

**3. Duties In the Event of Occurrence, Claim or Suit**

**a.** You must see to it that we are notified as soon as practicable of an *occurrence* or offense which may result in a claim. To the extent possible notice should include:

(1) How, when and where the *occurrence* or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any *injury* or damage arising out of the *occurrence* or offense.

**b.** If a claim or suit is received by any insured you must:

(1) Immediately record the specifics of the claim or suit and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a suit;

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or the defense of the insured against the suit;

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of *injury* or damage to which this insurance may also apply; and

(5) Notify us immediately of any judgment or settlement of any claim or suit brought against any insured.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Maintenance of Underlying Insurance**

**a.** You agree to maintain the *underlying insurance* in full force and effect during the term of this policy. You agree to inform us within 10 days of any replacement of that *underlying insurance* by the same or another company. If there is any change in the replacement *underlying policy* in hazard, policy limits or coverage, including any terms, conditions and endorsements, we will only be liable under this insurance to the same extent as if there had been no change in, or replacement of, *underlying insurance.*

**b.** In the event that any *underlying insurance* is cancelled or not renewed and not replaced, you must notify us within 10 days. We will not be liable under this insurance for more than we would have been liable if that *underlying insurance* had not terminated if you do not request cancellation of this policy effective the same date that the *underlying insurance* was cancelled.

**c.** Reduction or exhaustion of the *aggregate limit* of any *underlying insurance* by payments for judgments or settlements will not be a failure to maintain *underlying insurance* in full force and effect.

**d.** No statement contained in this Condition limits our right to cancel or not renew this policy.

**5. Other Insurance**

This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or any other basis, except oth-

er insurance written specifically to be excess over this insurance.

**6. Policy Period**

This insurance will respond to *injury* or damage that occurs, or arises from an offense committed, during the policy period of this insurance shown in the Declarations.

## SECTION IV - DEFINITIONS

1. *"Aggregate limit"* means the maximum amount stated in the policy for which the insurer will be liable, regardless of the number of covered claims.

2. *"Defense expense"* means payments allocated to the investigation or settlement of a specific claim or the defense of the insured against a specific suit, including:

   a. Attorney fees and all other litigation expenses.

   b. The cost of bonds to appeal a judgment or award in our defense of the insured against any suit.

   c. Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which bodily injury liability coverage provided by *underlying insurance* applies.

   d. The cost of bonds to release attachments. This is only for bond amounts within the Limit of Insurance available.

   e. Reasonable expenses incurred by the insured at our request to assist us in the investigation or settlement of the claim or the defense of the insured against the suit. This includes actual loss of earnings up to $100 a day because of time off from work.

   f. Cost taxed against the insured in the suit.

   g. Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of Section II - Limits of Insurance.

   *Defense expense* does not include:

   a. Salaries and expenses of our employees or the insured's employees, other than:

      (1) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific claim or suit; and

      (2) The expenses described in e above.

   b. Fees and expenses of independent adjusters we hire.

3. *"Injury"* means bodily injury, property damage, personal injury or advertising injury as defined in the *underlying insurance.*

4. *"Occurrence"* means:

   a. With respect to bodily injury to persons other than your employees and property damage, an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

   b. With respect to bodily injury to your employees arising out of and in the course of their employment by you, the accident or disease which causes the bodily injury; and

   c. With respect to offenses committed by the insured resulting in personal injury or advertising injury, all such injury sustained by any one person or organization.

5. *"Occurrence limit"* means any specific limit, other than an *aggregate limit,* applicable to any *underlying insurance,* regardless of whether such limit is subject to an *aggregate limit* in the *underlying policy.*

6. *"Products-completed operations hazard"*:

   a. Includes all *injury* occurring away from premises you own or rent and arising out of *your product* or *your work* except:

      (1) Personal injury or advertising injury as defined in the *underlying insurance;*

      (2) Products that are still in your physical possession; or

      (3) Work that has not yet been completed or abandoned. However, *your work* will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed;

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include *injury* arising out of:

      (1) The transportation of property, unless the *injury* or damage arises out of a condition in or on a vehicle not owned

or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment, or abandoned or unused materials; or

(3) Products or operations for which the classification in the General Liability *underlying policy* or in our General Liability manual or rules includes products or completed operations.

**7.** *"Underlying insurance"* means the liability insurance coverage provided under policies shown in the Schedule of Underlying Insurance in the Declarations, for the limits and periods indicated. It includes any policies issued to replace those policies during the term of this insurance, provided that you have notified us within 10 days of the replacement, and the replacement policies provide:

**a.** At least the same policy limits;

**b.** The same hazards insured against, except as modified by general program revisions; and

**c.** The same coverage, including all terms, conditions and endorsements.

**8.** *"Underlying insurer"* means any insurer who issues a policy of *underlying insurance.*

**9.** *"Underlying policy"* means a policy providing *underlying insurance.*

**10.** *"Your product"* means:

**a.** Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

*Your product* includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your product;* and

**b.** The providing of or failure to provide warnings or instructions.

*Your product* does not include vending machines or other property rented to or located for the use of others but not sold.

**11.** *"Your work"* means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

*Your work* includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your work;* and

**b.** The providing of or failure to provide warnings or instructions.

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)**

**CU-7072(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A. Applicability Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are shown in italics:

1. *"Terrorism"* means activities against persons, organizations or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. *"Any injury or damage"* means any injury or damage covered under any Coverage Form or underlying insurance to which this en-

dorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal and advertising injury, injury* or *environmental damage* as may be defined in any applicable Coverage Form or underlying insurance.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for *any injury or damage* caused directly or indirectly by *terrorism*, including action in hindering or defending against an actual or expected incident of *terrorism*. *Any injury or damage* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

1. The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or
2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or
3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or
5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or
6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:
   a. Physical injury that involves a substantial risk of death; or
   b. Protracted and obvious physical disfigurement; or
   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C5 or C6 are exceeded.

With respect to this Exclusion, Paragraphs C5 and C6 describe the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism*, there is no coverage under this Coverage Form.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Form.

**ASBESTOS EXCLUSION**

**CU-7008(11-05)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following exclusion is added:

**Asbestos**

1. This insurance does not apply to *injury*, including but not limited to, physical or mental injury, mental anguish or shock, sickness, disease, occupational disease, disability or death, or damage to property arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.
2. The following definition applies:

   *"Injury"* means bodily injury or property damage as defined in the *underlying insurance.*

**NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT** **CU-7010(3-03)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

1. This insurance does not apply to:

   a. Any claim or accident:

      (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

         (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof; or

         (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

   b. Any claim or accident resulting from the *hazardous properties* of *nuclear material,* if:

      (1) The *nuclear material:*

         (a) Is at any *nuclear facility* owned by, or operated by or on behalf of, an insured; or

         (b) Has been discharged or dispersed therefrom;

      (2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

      (3) The claim or accident arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

2. As used in this endorsement:

   a. *"Hazardous properties"* include radioactive, toxic or explosive properties.

   b. *"Nuclear material"* means *source material, special nuclear material* or *by-product material.*

   c. *"Source material," "special nuclear material"* and *"by-product material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   d. *"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor.*

   e. *"Waste"* means any waste material:

      (1) Containing *by-products material* other than the tailings or *wastes* produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

      (2) Resulting from the operation by any person or organization of any *nuclear facility* included under the first two paragraphs of the definition of *nuclear facility.*

   f. *"Nuclear facility"* means:

      (1) Any *nuclear reactor;*

      (2) Any equipment or device designed or used for:

         (a) Separating the isotopes of uranium or plutonium;

         (b) Processing or utilizing *spent fuel;* or

         (c) Handling, processing or packaging *waste;*

      (3) Any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      (4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

   and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

g. *"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

h. *"Property damage"* includes all forms of radioactive contamination of property.

**INDIANA CHANGES - WORKERS' COMPENSATION EXCLUSION** **IL-0117R(12-10)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

COMMERCIAL GENERAL LIABILITY COVERAGE PART

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Form
Owners And Contractors Protective Liability Coverage Part
Products/Completed Operations Liability Coverage Form
Railroad Protective Liability Coverage Form

The following is added to the Workers' Compensation and Similar Laws Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the Workers' Compensation Exclusion:

This exclusion also applies to any obligation of the *insured* under the Indiana Workers' Compensation statutes arising out of the failure of the *insured* to exact from a contractor (or subcontractor if the *insured* is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Commercial Excess Liability Coverage Form, the following is added to exclusion 2e:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**FUNGI OR BACTERIA EXCLUSION** **CU-7054(3-03)**

The endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

1. The following exclusion is added to Paragraph 2, Exclusions of Section I - Coverages:

   a. *Injury* or damage which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any *fungi* or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, *fungi* or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any *fungi* or bacteria that are, are on, or are contained in, a good or product intended for consumption.

2. The following definition is added to the Definitions Section:

   *"Fungi"* means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM** **CU-7085(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Form.

**EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM** **CU-7087(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a *certified act of terrorism* that are awarded as punitive damages.

**B.** The following definition is added:

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Form.

**DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT** **IL-7082(1-15)**

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The federal share percentage is 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019; and 80% beginning on January 1, 2020. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## WAR LIABILITY EXCLUSION

CU-7067(3-03)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following exclusion is added:

This insurance does not apply to:

*Injury* or damage, however caused, arising, directly or indirectly, out of:

1. War, including undeclared or civil war; or
2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**22C01-1712-PL-001770**
Floyd Circuit Court

Filed: 12/21/2017 1:17 PM
Christy Eurton
Clerk
Floyd County, Indiana

# IN THE FLOYD COUNTY CIRCUIT COURT

## STATE OF INDIANA

| | | |
|---|---|---|
| C.C.E., INC., Plaintiff, | ( | |
| v. | ( | CASE NO.: 22C01-1712-PL- |
| ACUITY, a Mutual Insurance Company, | ( | |
| and | ( | |
| ASSURED NL INSURANCE SERVICES, INC., | ( | |
| Defendants. | ( | |

## APPEARANCE

1. *Name of Initiating Party(ies)*: C.C.E., INC.

2. *Attorney Information*:
Robert G. Bottorff II, Attorney No. 24101-49
**BOB BOTTORFF LAW PC**
705 East Court Avenue
Jeffersonville, Indiana 47130
Telephone: (812) 914-7100
Facsimile: (812) 924-7673
Email: notice@bettercallbob.org

3. *Case Type*: Plenary (PL)

4. *Related Cases*: None

5. *Accept Fax Service*: No

6. *Accept Courthouse Mailbox Service*: No

Robert G. Bottorff II
Robert G. Bottorff II, #24101-49
**BOB BOTTORFF LAW PC**
705 East Court Avenue
Jeffersonville, Indiana 47130-3907
Phone: (812) 914-7100
Fax: (812) 924-7673
Email: notice@bettercallbob.org
*Attorney for Plaintiff*

22C01-1712-PL-001770
Floyd Circuit Court

Filed: 12/21/2017 1:17 PM
Christy Eurton
Clerk
Floyd County, Indiana

**IN THE FLOYD COUNTY CIRCUIT COURT**

**STATE OF INDIANA**

| | | |
|---|---|---|
| C.C.E., INC., Plaintiff, | ( | |
| v. | ( | CASE NO.: 22C01-1712-PL- |
| ACUITY, a Mutual Insurance Company, | ( | |
| and | ( | |
| ASSURED NL INSURANCE SERVICES, INC., Defendants. | ( | |

**SUMMONS**

**The State of Indiana to Defendant Address: ACUITY, a Mutual Insurance Company**
**2800 S TAYLOR DRIVE**
**SHEBOYGAN, WI 53081-8474**

You have been sued by the person - named "plaintiff" in the Floyd Circuit Court.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons. (You have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL**

DATE: 12/21/2017

Robert G. Bottorff II, #24101-49
**BOB BOTTORFF LAW PC**
705 East Court Avenue
Jeffersonville, Indiana 47130-3907
Phone: (812) 914-7100
Fax: (812) 924-7673
Email: notice@bettercallbob.org

Christina M. Eurton



22C01-1712-PL-001770
Floyd Circuit Court

Filed: 12/21/2017 1:17 PM
Christy Eurton
Clerk
Floyd County, Indiana

**IN THE FLOYD COUNTY CIRCUIT COURT**

**STATE OF INDIANA**

| | | |
|---|---|---|
| C.C.E., INC., | ( | |
| Plaintiff, | ( | |
| v. | ( | |
| | ( | CASE NO.: 22C01-1712-PL- |
| ACUITY, a Mutual Insurance Company, | ( | |
| | ( | |
| and | ( | |
| | ( | |
| ASSURED NL INSURANCE SERVICES, INC., | ( | |
| | ( | |
| Defendants. | ( | |

**SUMMONS**

**The State of Indiana to Defendant Address: ASSURED NL INSURANCE SERVICES, INC.**
**135 N. PENNSYLVANIA ST, STE. 1610**
**INDIANAPOLIS, IN 46204**

You have been sued by the person - named "plaintiff" in the Floyd Circuit Court.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons. (You have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL**

DATE: 12/21/2017

Christina M. Eurton

Robert G. Bottorff II, #24101-49
**BOB BOTTORFF LAW PC**
705 East Court Avenue
Jeffersonville, Indiana 47130-3907
Phone: (812) 914-7100
Fax: (812) 924-7673
Email: notice@bettercallbob.org

