UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CCE, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| ACUITY, A MUTUAL INSURANCE ) | Case No. 4:18-cv-00009-RLY-DML |
| COMPANY ) | |
| ) | |
| and ) | |
| ) | |
| ASSURED NL INSURANCE SERVICES, INC., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**ORDER GRANTING JOINT MOTION AND STIPULATION OF DISMISSAL**

This matter having come before the Court on the parties' Joint Motion and Stipulation of Dismissal, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that this action be **DISMISSED, WITH PREJUDICE**, with each party to bear its own costs, and **STRICKEN** from the Court's active docket.

SO ORDERED.

DATE: 7/06/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record